# United States District Court

## Southern District of Georgia

Solbello, Inc.

_____  Case No.  1:25-cv-00267-JRH-BKE
Plaintiff

v.   ShoreShade LLC

Appearing on behalf of

Plaintiff
_____  _____
Defendant                      (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   2nd   day of   February  ,  2026  .

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Payton Collier Bullard

Business Address:   Ward and Smith, P.A.
                    Firm/Business Name

                    751 Corporate Center Drive
                    Street Address

Suite 300            Raleigh         NC          27607
Street Address (con't)  City        State        Zip

PO Box 33009
Mailing Address (if other than street address)

_____   Raleigh       NC       27636-3009
Address Line 2    City         State       Zip

910.794.4800                    _____
Telephone Number (w/ area code)  Georgia Bar Number

Email Address:   pcbullard@wardandsmith.com