# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| SOLBELLO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHORESHADE, LLC,<br><br>Defendant. | Case No. 1:25-cv-00267-JRH-BKE |

**DECLARATION OF CAMERON M. SCHULZE**

I, Cameron M. Schulze, hereby declare as follows:

1. I am a member of ShoreShade LLC ("ShoreShade").

2. Solbello, Inc. ("Solbello") alleges that ShoreShade's sail product (the "ShoreShade Product") infringes Claim 44 of U.S. Pat. No. RE50606 (the "Reissue Patent").

3. The ShoreShade product is sold to customers with the lower end cap shown below, albeit in different colors.




4. An annotated version of a drawing is shown below to illustrate how the ShoreShade product functions with the lower end cap.




***<u>Layout for ShoreShade's Products</u>***

5. The lower end cap includes fins, and these fins will engage the surrounding sand when the lower end cap is positioned in the sand. When installed in a manner that follows the instructions, the engagement of the fins with the sand will prevent rotation of the lower end cap over the range of normal conditions in which a beachgoer might be on the beach for recreational purposes (e.g., typical winds at the beach as opposed to hurricane level winds). The product is sold to customers with the lower end cap attached to the pole using a strong adhesive that effectively prevents removal of the lower end cap once attached. Attachment of the lower end cap to the pole prevents rotation of the pole relative to the lower end cap, and the top beams and arms are attached to the pole to prevent rotation of these components relative to the pole under normal conditions. Thus, the lower end cap effectively prevents rotation of these components relative to the blowing wind when installed in a manner that follows the instructions.

6. The size of the lower end cap and dimensions of the fins were chosen to be inobtrusive but capable of preventing rotation of the lower end cap and thus the overall product under normal conditions. Prototype testing of the ShoreShade product with the lower end cap

installed demonstrated that the lower end cap did prevent rotation of the pole as desired. Only after this round of testing was the design considered final and commercial production of the ShoreShade product was commenced to be available to the public in time for the 2026 selling season. When the installation instructions are followed, the engagement of the fins with the sand will prevent rotation of the lower end cap, preventing rotation of the top beams relative to the blowing wind under normal conditions.

7. Instructions for installing the ShoreShade product are submitted in Exhibit 7 to ShoreShade's Response. Portions of these instructions are reproduced below.




As can be seen, the user is instructed to insert the sand tool vertically, twist it, remove it, and then fling the collected sand. This process continues until the handle is flush with the ground, obtaining a hole with a depth of about 11.5 inches. At this depth, where the end cap will be seated, the sand is tightly packed rather than loose sand as is frequently seen at the beach surface. The sail is then extended, after which the product is aligned with the wind. After alignment with the wind, the pole with end cap is inserted vertically into the hole.

8. ShoreShade also includes a QR code on its instructions to provide a video with guidance for users on how to properly install the product. This video can be found here: https://shoreshadesails.com/set-up/.

9. ShoreShade's website states in numerous locations "Anti-Rotation End Cap Keeps Your Shade Where You Want It!"[1]

10. There are several reasons that the pole does not rotate when the product is correctly installed.

11. For example, as will be further detailed below, the outer diameter of the sand tool is less than the outer diameter of the lower end cap.

12. I went to the beach at Hilton Head on Sunday, May 3, 2026 to perform various tests with the product. Shawn Carnes was with me and assisted with setting up the product, while ShoreShade's videographer attended with us to capture drone videos of the tests. Wind speeds that day were typical.

13. In the ShoreShade videos that were captured on May 3, the sand tool is used appropriately — inserted straight down into the ground, resulting in a small hole. With the sand tool extending straight up and down, the sand tool was pushed down into the sand and twisted. The sand tool was then lifted out of the hole so that the sand could be removed from the sand tool. This process was repeated until the handle of the sand tool was flush with the ground.

14. An image showing the hole after use of the sand tool is illustrated below. This hole had a diameter similar to the diameter of the sand tool used to dig the hole, with both diameters being about 28.14 millimeters when measured by a caliper.

[1] https://shop.shoreshadesails.com/shoreshade-sail-ocean-blue-85xs/; https://shop.shoreshadesails.com/shoreshade-sail-cosmic-purple/; https://shop.shoreshadesails.com/shoreshade-sail-sunrise-orange-hzyw/.






15. In contrast, the side-to-side width from the outer edge of one fin to the outer edge of an opposite fin is about 38.44 millimeters. Thus, the hole had a diameter considerably smaller than edge-to-edge fin width. The diameter of the lower end cap was about 31.34 millimeters at locations away from the fins.





16. As a result of these dimensions, insertion of the pole into the hole pushes sand in a way that conforms tightly to the lower end cap. The fins are thus completely surrounded by tightly packed sand. This effectively impedes rotation of the end cap and the other parts of the ShoreShade product.

17. As noted above, ShoreShade has tested its products on multiple occasions to confirm that the lower end cap prevents rotation of the product when properly installed and used in normal conditions. The most recent tests, conducted on May 3, are shown in videos being submitted to the Court, which are described in detail in Paragraph 36.

18. In the videos, the ShoreShade product is set up in the manner described in the installation instructions discussed above.

19. In the first test that was conducted on May 3, the hole was first formed as instructed. The ShoreShade product was rotated so that the shade was aligned with the wind, and the pole and the lower end cap were then inserted into the hole. Because of the narrow diameter of the hole, the sand fit tightly around the lower end cap and its fins.

20. The ShoreShade product was then left undisturbed in this state for over 12 minutes, and the top beams never rotated. A Solbello product was set up adjacent to the ShoreShade product, and the testing showed the Solbello product rotating with the wind while the ShoreShade product did not. Ground-view and drone-view images of this test are shown below with explanatory annotations. A wind strip was installed on a pole to indicate the direction of the blowing wind, and this wind strip can be seen in both the ground-view and the drone-view.






21. In a second test on May 3, the ShoreShade product was intentionally offset at an angle from the direction of the blowing wind and then the lower end cap was inserted into the hole. The offset angle was over 45 degrees initially, increasing to angles of about 60 degrees or more at times as the wind shifted. However, even though the ShoreShade product was offset at an angle to the direction of the blowing wind, the lower end cap held in place and did not allow the ShoreShade product to rotate to the direction of the blowing wind. The test lasted for a full 15 minutes, during which time the ShoreShade product never rotated.

22. After initially setting up the ShoreShade product for the second test of this second video, the Solbello product was set up next to it to demonstrate how the products function

differently. The Solbello product immediately rotated to the direction of the blowing wind while the ShoreShade product held in place for the entire duration of the test.




23. The first image below shows the Solbello product being initially held by hand at a position offset from the direction of the blowing wind. The second image below shows the Solbello product, after being released, has fully readjusted to the direction of the blowing wind within five seconds. The ShoreShade product, however, has not shifted from its installed orientation.





24. Upon removing the end cap from the hole, the hole had the shape shown below. The locations where the fins were located can be clearly seen, making it apparent that the fins held in position throughout the duration of the test. Other tests consistently showed a similar shape after removing the lower end cap from the hole, indicating that the lower end cap worked as intended.



25. I have viewed the video submitted by Paul James on behalf of Solbello. The video shows that Mr. James failed to install ShoreShade's product appropriately and manipulated the test conditions.

26. At about the 11 second mark in Mr. James' video, Mr. James uses the sand tool inappropriately. Rather than pushing the sand tool straight down, rotating the sand tool, and then removing the sand vertically as shown in the instructions, Mr. James uses the sand tool almost like a shovel, stabbing at the ground from numerous different angles offset from the vertical direction. This results in an enlarged hole before the end cap was ever inserted.

27. At about the 27 second mark, you can see the pole shift in the hole due to the large hole that was created. At about the 40 second mark in the Solbello video, the size of the hole appears to be about twice the diameter of the pole itself.

28. At about the 29 second mark in the Solbello video, essentially right after inserting the lower end cap into the ground, Mr. James rotated the entire device by about 90 degrees. By doing so, this rotated the lower end cap and its fins, loosening the sand around the fins of the lower end cap. This action is similar to drilling a starter hole in a piece of wood larger than a screw to be driven into the hole. The screw will not be tight. This would constitute user error (or user manipulation), not a defect in the screw.

29. ShoreShade's instructions further say the device should be aligned with the wind before insertion in the hole (Step 3), so again Mr. James failed to follow the instructions.

30. At the 50 second mark, Mr. James packs in sand around the top of hole, but he had already defeated the purpose of the end cap by intentionally making the hole larger than it should have been and manually rotating the device after inserting the lower end cap into the ground. Other videos for Mr. James did not show how the product was installed, and he does not describe how installation was conducted for these tests.

31. I have reviewed the specification, Claim 44, and drawings of the Reissue Patent. The Reissue Patent discusses the ribs rotating relative to a non-movable mast in several locations. For example, the Reissue Patent states:

a. "The method further includes adjusting the tension adjuster to achieve a desired amount of rotation of the pivot cap, ribs, support arms, slider, and sail relative to the non-movable mast." Reissue Patent at column 3, lines 7–10.

b. "The pivot cap joins ribs 10 and enables rotation of the ribs about mast 30. Thus, the pivot cap can freely rotate about the mast in response to wind conditions, as discussed in more detail below and as shown in FIG. 3b." Reissue Patent at column 6, lines 62-65.

c. "Particularly, the mast remains in a stationary position, while the slider (and attached support arms and ribs) rotate in response to the wind blowing." Reissue Patent at column 7, lines 34–38.

d. "[T]he mast does not rotate in response to wind conditions due to its attachment to the anchor." Reissue Patent at column 9, lines 1–2.

e. "Specifically, when the wind shifts direction, the sail will self-adjust (e.g. the pivot cap, ribs, sail, support arm, and slider rotate about the non-movable mast in response to the wind blowing and changing direction)." Reissue Patent at column 12, lines 39–42.

32. Based on my review of the Reissue Patent, the Reissue Patent never describes a mast that is capable of rotating and never describes an example where rotation of the ribs is accomplished without the ribs rotating relative to the mast. Instead, the specification always states that the mast does not rotate. The pivot cap, the ribs, and support arms are always described as being able to rotate relative to the mast to allow the ribs to rotate to the direction of the blowing wind (subject to how tight the tension adjuster is).

33. The Reissue Patent goes as far as stating that "because the sail rotates relative to the mast it prevents loosening the auger position and thereby causing failure of the assembly." Reissue Patent at column 12, lines 42–45. Thus, rotation of the mast described in the Reissue Patent would result in loosening the auger position and thereby cause failure of the assembly. Reissue Patent at column 12, lines 42–45.

34. Entry of a preliminary injunction would have a devastating impact on ShoreShade's business.

35. ShoreShade anticipates that an injunction would prevent it from selling its main products for the next two beach seasons, and this would potentially cause ShoreShade to shut down its business, particularly since ShoreShade is a relatively small business.

36. The following videos are provided to the Court and to Solbello for use at the May 8, 2026, hearing:

a. **Ground Aligned Sped Up** – Shows a ground-view video where the ShoreShade product was aligned with the wind when the pole was inserted into the hole, with the video being sped up when the product was in a deployed state to reduce the length of the overall video.

b. **Ground Aligned Full** - Shows a ground-view video where the ShoreShade product was aligned with the wind when the pole was inserted into the hole, with this being a full-length video.

c. **Drone Aligned Sped Up** - Shows a drone-view video where the ShoreShade product was aligned with the wind when the pole was inserted into the hole, with the video being sped up when the product was deployed.

d. **Drone Aligned Full** – Shows a drone-view video where the ShoreShade product was aligned with the wind when the pole was inserted into the hole, with this being a full-length video.

e. **Ground Offset Sped Up** – Shows a ground-view video where the ShoreShade product was offset from the wind direction when the pole was inserted into the hole, with the video being sped up when the product was deployed.

f. **Ground Offset Full** - Shows a ground-view video where the ShoreShade product was offset from the wind direction when the pole was inserted into the hole, with this being a full-length video.

g. **Drone Offset Sped Up** - Shows a drone-view video where the ShoreShade product was offset from the wind direction when the pole was inserted into the hole, with the video being sped up when the product was deployed.

h. **Drone Offset Full** – Shows a drone-view video where the ShoreShade product was offset from the wind direction when the pole was inserted into the hole, with this being a full-length video.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2026

Cameron M. Schulze