# EXHIBIT 4

Questel

# CERTIFICATE OF TRANSLATION

Questel-Orbit, Incorporated
2331 Mill Road, Suite 600
Alexandria, VA 22314, U.S.A.
www.questel.com

| | |
|---|---|
| Client Name: | **Nelson Mullins Riley & Scarborough LLP** |
| Source Language: | **German** |
| Target Language: | **English** |
| Project Number: | **NELSO2620001NY-L_Q (081566/09000)** |
| Application: | **DE202014103145U1 dated 09.07.2014** |

The document identified below was translated by Questel-Orbit, Incorporated, through its translation subsidiary MultiLing Corporation or Morningside Translations, LLC. On behalf of the translating entity, the undersign certifies the following:

1) it is a professional translation company of multiple languages, including the source and target languages noted above;
2) to the best of its knowledge, information, and belief, the translated document is accurate as a premium filing ready level translation; and
3) the above statements were made with the knowledge that willful false statements are punishable by fine or imprisonment under Section 1001 of Title 18 of the United States Code.

Original Document Identifier:

1. DE202014103145U1

Translated Document Identifier:

1. DE202014103145U1_EN

Signed this 01 day of May 2026.

Name: Kristin Nevison
Title: Project Manager

(19) German Patent and Trademark Office

(10) **DE 20 2014 103 145 U1** 2015.11.19

(12) # Utility model

(21) File No: **20 2014 103 145.6**

(22) Date filed: **July 9, 2014**

(47) Registration date: **October 12, 2015**

(45) Date of publication in Patent Gazette: **November 19, 2015**

(51) Int Cl.: ***F21V 23/06*** (2006.01)

***F21S 8/08*** (2006.01)

(73) Name and domicile of the holder:
**alfa GmbH Fahnen- und Lichtpoleen, 86368 Gersthofen, DE**

(74) Name and domicile of the representative:
**Ernicke, Klaus, Dipl.-Ing.(Univ.), 86153 Augsburg, DE**

(56) Identified prior art:

| | | |
|---|---|---|
| **DE** | **39 18 169** | **A1** |
| **DE** | **103 23 306** | **A1** |
| **DE** | **20 2007 001 082** | **U1** |
| **DE** | **20 2010 016 056** | **U1** |

**The following information is taken from the documents submitted by the applicant.**

(54) Title: **Lighting for a flagpole and power supply device**

(57) Main claim: Power supply device for a rotatable pole light (10) with a rotatable support body (8) supported at the head region (5) of a pole (1) for supporting a pole light (10) and a cable holder (13) insertable into the pole (1), wherein the cable holder (13) is connected to the support body (8) in a rotationally fixed manner and carries a power supply cable (15).

**Fig. 1**



## DESCRIPTION

[0001] The invention relates to a flagpole with a lighting device for illuminating a hoisted flag that can be rotated in the wind. In order for the flag lighting to always achieve the desired effect, viz., illuminating the flag, the lighting must be able to rotate with the flag. In practice, there are no fully satisfactory flag lighting systems. In particular, the power supplies of previously known pole lights exhibit poor maintainability and high manufacturing costs.

[0002] From DE 296 18 542, a flagpole with lighting is known, which can be attached to a rotatable arm. A sliding contact is provided at the pole head to transfer energy from the rotationally fixed pole to the rotatable boom. Contact is made in the sliding contact only when the flag boom is hoisted, i.e., when the flag boom is in its uppermost position and in contact with the pole head. The sliding contact is not accessible from the ground.

[0003] From DE 103 23 306 A1, a self-illuminating flag is known, i.e., a flag body that glows from the inside out. According to a first exemplary embodiment, the self-illuminating flag body is inserted into a receiving slot in the upper part of a flagpole. The overall upper part is mounted to rotate relative to a middle part. Sliding contacts are provided between the middle part and the upper part for the power supply. A battery or accumulator module is integrated into the middle part. This flag shall be small and easy to handle, and could serve, for example, as a corner flag for a football field. According to a second embodiment, the self-illuminating flag can be routed in retaining strips on the outside of a flagpole. In this case, the flag is connected to the pole in a rotationally fixed manner.

[0004] From DE 20 2007 001 082 U1, another design of a flagpole is known in which a flag light is attached to a flag boom. In this case, a power supply for the rotatable light is fed in via a sliding contact that is arranged on the pole head. The sliding contact is not accessible there when the pole is in an erected

state. Alternatively, a solar unit can be attached to a lighting apparatus that is fastened to the boom, to ensure an independent power supply.

[0005] From DE 20 2010 011 983 U1, a pole light fastened to a flag boom is known, which is supplied with power by an externally arranged solar module. In this case as well, a sliding contact for transmitting the power is located at the pole head.

[0006] DE 295 19 098 U1, DE 20 2011 106 901 U1, DE 20 2011 102 886 U1, DE 20 2005 021 297 U1 and JP 2000010515A each disclose flag lights which have a solar power supply arranged at the pole head or on a flag boom as the sole power source.

[0007] The arrangement of a sliding contact at the pole head has proven to be disadvantageous. Due to constant exposure to the elements, the sliding contacts tend to age more quickly. Replacement is usually only possible with complete dismantling of the pole and by technical personnel from the pole manufacturer, so that considerable maintenance costs and maintenance times result.

[0008] The object of the present invention is to present an improved lighting and power supply system for flagpoles, as well as a pole that is equipped with such a system. The invention achieves the object with the features in the characterizing part of the independent claims.

[0009] According to a first independent aspect of the present disclosure, a power supply device for a rotatable pole light is provided. The power supply device has a support body to support the pole light. The rotatable support body is supported at the head region of the pole, in particular a flagpole. For example, it can be supported on a pole tube via a pivot bearing. Alternatively, it can be connected to a rotatable part of the pole tube.

[0010] The power supply device also has a torsionally rigid cable holder that can be inserted into the pole. The cable holder is connected to the support body in a rotationally fixed manner and serves as a guide means for the power supply cable, by means of which the pole light is supplied with electricity. That is, the cable holder carries the power supply cable in the pole.

[0011] The entire power supply device, including the power supply cable, can rotate around the vertical axis of the flagpole. The power supply cable can be routed as a continuous cable from the pole head and the light arranged there to the pole base via the cable support. The power supply cable does not need to be interrupted along the entire route between the lighting and the pole base. The cable support can serve as a guide channel for the power supply cable so that the cable can simply be inserted from the pole base to the pole head. Accordingly, if necessary, the cable can be easily pulled out to one side and replaced with a new cable.

[0012] Sliding contacts do not need to be provided in the region of the pole head or in the middle region of the pole. This makes the power supply device considerably more durable and also easier to maintain. The continuous line is generally maintenance-free for several years. All parts possibly subject to wear or aging can be arranged in an easily accessible location in the pole base. This applies in particular to an electrical rotary coupling. If there should be a malfunction or failure of an electrical or electronic component, all maintenance-relevant parts are immediately accessible through just one opening in the pole base.

[0013] According to a second independent aspect of the present disclosure, a power supply device for a hoistable pole light is provided. A hoistable light can be raised or lowered on the pole. The proposed power supply device has a storage device that accommodates a length of the power supply cable, released when hoisting the pole light, in the form of at least one cable loop.

The storage device is arranged in the pole, i.e., in particular inside the pole tube. It can preferably be routed along or within a cable support.

[0014] The pole light can be raised and lowered using a separate hoisting device on the pole. Alternatively, the pole light can be attached to a holder provided for hoisting a flag and raised or lowered together therewith. By storing the freed-up cable length in a cable loop, the supply cable does not need to be interrupted between the head region and base region of the pole. Furthermore, no coiling or elastic deformation of the power supply cable is necessary, resulting in particularly low mechanical stress. The excess cable length is always neatly stored inside the pole.

[0015] A stationary electrical connection for the power supply cable can be provided at the pole base. Accordingly, even with the hoistable pole light, all energy-carrying components that are arranged above the pole base can be operated maintenance-free. Furthermore, the pole light can be easily lowered, e.g., to replace a lighting means, without having to disconnect the power supply cable or remove it from the pole to do this.

[0016] The aforementioned aspects can each be used separately or combined with each other. That is, in the context of the present disclosure, a rotatable and hoistable pole light is also provided, which is connected to a correspondingly rotatable power supply device which supports the hoisting and rotating of the pole light.

[0017] According to another aspect of the present disclosure, a pole, in particular a flagpole, is provided with a power supply device of the aforementioned type.

[0018] Further advantageous embodiments of the invention are specified in the dependent claims, the following description, as well as the accompanying drawings.

[0019] The invention is illustrated by way of example and schematically in the drawings, in which:

[0020] **Fig.** 1 is a flagpole with a power supply device according to a first embodiment variant with a rotatable pole light;

[0021] **Fig.** 2 and **Fig.** 3 are applications of a power supply device for a rotatable pole light for a pole with a fixed as well as rotatably mounted pole tube;

[0022] **Fig.** 4 is an isolated representation of a power supply device according to a preferred embodiment;

[0023] **Fig.** 5 and **Fig.** 6 are preferred embodiments of a support body with a rotational coupling device for producing a desired target rotational position between the support body and a carrier sleeve;

[0024] **Fig.** 7 is a power supply device for a hoistable pole light with a storage device for a cable loop according to a preferred embodiment;

[0025] **Fig.** 8 is an example of a power supply cable with a plurality of electrical wires and two support wires to absorb tensile forces;

[0026] **Fig.** 9 is a guide rail for a hoistable carrier slide with additional seats for lighting means of a flag light;

[0027] **Fig.** 10 is a preferred embodiment of a pole base with a swivel joint and a central feedthrough for a power supply cable;

[0028] **Fig.** 11 to **Fig.** 13 are another exemplary embodiment of a flagpole with a power supply device for a hoistable pole light and a storage device.

[0029] A power supply device (**2**) and a flagpole (**1**) with a power supply device (**2**) according to a first embodiment are shown in **Fig.** 1.

[0030] The present invention is suitable for poles (**1**) for various applications. The poles (**1**) can preferably comprise flagpoles and a hoisting device (**14**) for raising and lowering a flag (**16**). Alternatively, the poles can be used to hoist similar objects such as advertising signs or display boards. For the sake of simplicity, it is assumed in the following that the pole (**1**) is a flagpole.

[0031] The pole (**1**) has a base region (**7**), i.e., a lower end, via which it is fixed immovably and, if necessary, detachably to a foundation (**9**) or a ground mount. The term pole base (**7**) serves below as a spatial reference point and refers to at least a lower portion of the pole (**1**). The pole (**1**) can be designed as desired. It can have a one-piece pole tube (**4**, **4a**). In this case, at least the lowest portion of the pole tube (**4**) is designated as the pole base (**7**). Alternatively, a multi-part, especially two-part, pole tube (**4**) can be provided. In this case, the lowest immovably mounted part can be designated as the pole base (**7**). Such a pole base (**7**) can, for example, support a pivot bearing (**35b**) by which the upper part of the pole tube (**4b**) is rotatably attached. The following exemplary embodiments describe different embodiments for a pole (**1**) in more detail.

[0032] In the example shown in **Fig.** 1, the pole tube (**4**) is a single piece, and it extends from the base region (**7**) to the head region (**5**) of the pole (**1**), i.e., up to an upper end. It cannot rotate along its entire length. An alternative design of a pole (**1**) with at least a partially rotatable pole tube (**4**, **4b**) is discussed further below.

[0033] A support body (**8**) arranged in the head region (**5**) of the pole (**1**) from **Fig.** 1. The support body (**8**) can, for example, be fastened to the pole head via any pivot bearing (not shown). It can support the weight forces of the pole light (**10**) in any desired manner. In the shown example, a lighting means holder (**11**) is fastened to the support body (**8**) and in turn holds one or more lighting means (**12**). Alternatively, the lighting means (**12**) can be arranged directly on the support body (**8**) or in any other way.

[0034] The lighting means holder (**11**) and the one or more lighting means (**12**) can be oriented perpendicularly to the vertical axis of the pole (**1**), as in the shown example, i.e., substantially horizontally aligned, and protrude in the radial direction from the support body (**8**). Alternatively, a different orientation

is possible, e.g., aligned horizontally but running tangentially to the support body (**8**). Furthermore, a plurality of lighting means holders (**11**) are provided.

[0035] Arranged on the pole (**1**) is a flag (**16**) which via a hoisting device (**14**) can be raised and lowered. The hoisting device (**14**) can be designed in any way. In the shown example, it has a flag holder (**3**) which can be hoisted via a hoisting cable (**14a**). The flag holder (**3**) is preferably axially displaceable and rotatable mounted on the pole (**1**). A holder of any design can be provided for this purpose. Further below, various embodiments are shown of a carrier (**24**, **37**) slidably mounted on the pole.

[0036] A flag (**16**) can be fastened to the movable flag boom (**3**) and raised or lowered therewith on the pole. The flag (**16**) can additionally be connected to the pole tube (**4**), using any fastening means (not shown), at the vertical edge, lying against the pole, of the flag (**16**). For this purpose, fastening loops are suitable, for example.

[0037] A cable holder (**13**) is fixed non-rotatably on the support body (**8**). The cable holder (**13**) can be inserted into the pole (**1**) and runs inside the pole tube (**4**) from the head region (**5**) to the base region (**7**). The cable holder (**13**) is preferably designed to be torsionally rigid and can have any shape. In particular, it can be formed by a hollow body with any cross-sectional profile, e.g., a tube, a C-profile, a U-profile, a square profile, or a solid circular profile (not hollow). For the sake of simplicity, it will be assumed in the following that the cable holder (**13**) is formed by a hollow profile, in particular a circular tube, into which a power supply cable (**15**) can be introduced.

[0038] The power supply cable (**15**) can be routed within the cable holder (**13**) or on the outside of the cable holder (**13**), For example, on the one hand, in the base region (**7**) of the pole (**1**), routed out of the base end of the cable holder (**13**), and on the other, at the head region (**5**) of the pole (**1**), directly or indirectly connectible to a pole light (**10**). In or on the support body (**8**), further

routing means can be provided that route a power supply cable (**15**) to an exit opening. From there, the cable (15) can, for example, be routed freely suspended to pole light (**10**). Alternatively, routing means can also be provided outside the support body (**8**), e.g., empty pipes or empty hoses, which guide the cable into a housing of the pole light (**10**). Accordingly, the power supply cable (**15**) between the two connection points in the pole base (**7**) and on a lighting means (**11**) can be completely enclosed by routing means. The routing means, the support body (**8**), the cable holder (**13**) and all intermediate contact points can be made waterproof if necessary. This enables a power supply particularly well protected from environmental influences.

[0039] As in the example shown in **Fig.** 1, only the flag (**16**) is hoistable by the flag boom (**3**). The pole light (**10**) is arranged fixedly on the pole head in the axial direction (**5**), but is rotatably mounted around the vertical axis of the pole (**1**). In the shown design, preferably LED's are used as the lighting means (**12**) that have a particularly long lifespan, especially several tens of thousands of hours of operating time. All other electronic components of the power supply device are preferably arranged in the region of the pole base (**7**) and more preferably within the pole tube (**4**). They can be made accessible through a cutout in the pole tube, which forms an opening (**47**). The pole base (**7**) can preferably have a height of less than 1.80 m. The opening (**47**) can preferably be arranged at a maximum height of 1.50 meters above the ground to allow for the most convenient maintenance of the components arranged in the pole base (**7**) without ladders or the like needing to be used.

[0040] The power supply cable (**15**) is preferably routed between the pole light (**10**) and the pole base (**7**) without interruption and decoupled from external rotational forces via the support body (**8**), the able holder (**13**) as well as, if applicable, the other guide means mentioned above. A rotational movement of the pole light (**10**) is associated with a rotation of the support body (**8**) and a rotation of the cable holder (**13**) so that the part of the power supply device (**2**)

lying fully in the middle region (**6**) and in the head region (**5**) can rotate as a single piece.

[0041] Preferably an electric rotary coupling (**17**) is arranged in the base region (**7**). This has a rotor part (**18**) and a stator part (**19**) between which an electrical energy transfer takes place. The energy transfer can occur, for example, through a sliding contact, a rolling contact, a fluid contact, or in any other way. The rotary coupling (**17**) is preferably a separate and replaceable component. In the event of maintenance, it can be attached or removed from the outside through the opening (**47**), wherein it is electrically disconnected from the power supply cable (**15**). It is therefore possible to individually replace the electrical rotary coupling without having to remove the power supply cable (**15**). Furthermore, no parts of the pole tube (**4**) or the hoisting device (**14**) need to be dismantled or replaced to exchange the rotary coupling (**17**).

[0042] On the rotor part (**18**), a connecting cable can preferably be provided which can be connected via a plug connection (**21**) to the end of the power supply cable (**15**) exiting at the base end of the cable holder (**13**). This allows for particularly easy and quick installation. Furthermore, excess cable lengths can be provided that also allow the replacement of the connector (**21**). The plug connection (**21**) as well as the excess lengths can be fastened after connection, e.g., with cable ties at the base end of the cable holder (**22**) or on the rotor part (**18**).

[0043] On the stator part (**18**), another connection line can be provided (not shown in **Fig.** 1) which, for example, can be connected to a grid power line or an intermediate power converter (**34**). Correspondingly, excess cable lengths and plug-in contacts can also be provided here.

[0044] The base end of the cable holder (**13**) is preferably non-rotatably connected via a connecting element (**22**) to the rotor part (**18**) of the electric rotary coupling (**17**). The connecting element (**22**) can be designed in any way.

In the example shown in **Fig.** 1, the connecting element (**22**) consists of a sliding sleeve that is placed on the base end of the cable holder (**13**) and can be pushed downwards over the rotor part (**18**). Alternatively, any other connecting element (**22**) can be used.

[0045] **Fig.** 2 shows a second variant of a flagpole (**1**) with a power supply device (**2**) in cross-section. Here again, the support body (**8**) is mounted via a swivel joint (**35a**) at the pole head (**5**) and equipped with a transversely protruding pole light (**10**). On the outside of the pole, a sliding sleeve (**25**) is guided on which a carrier sleeve (**24**) with a flag boom (**3**) is placed. The sliding sleeve (**25**) and the carrier sleeve (**24**) can be part of a hoisting device (**14**). The sliding sleeve (**25**) can be raised or lowered using a hoisting cable (not shown). It is preferably mounted rotationally fixed and axially displaceable on the stationary pole tube (**4a**). The carrier sleeve (**24**) is entrained by the sliding sleeve (**25**) and is rotatably mounted thereon so that the flag boom (**3**) with a flag can rotate freely in the wind around the stationary pole tube (**4a**).

[0046] At the base end (**7**), another rotary coupling with a rotor part (**18**) and a stator part (**19**) is arranged inside the pole base (**17**); these can be connected to the power supply cable (**15**) in the aforementioned manner and a power cord (**20**).

[0047] In the example shown in **Fig.** 2, the electrical rotary coupling (**17**) is movably arranged in the axial direction of the pole (**1**). The movable arrangement can be achieved in any way, in particular by fastening to a rail (**38**) (cf. **Fig.** 4). The rotor part (**18**) the rotary coupling (**17**) can be moved upwards so that it fits into the opening of the cable holder (**13**) located at the base end. A rotationally fixed connection can be easily achieved here using a connecting element (**22**) in the form of a clamping screw that is screwed into the base end of the cable holder (**13**). The connecting cables of the rotor part (**18**) can be reconnected to the power supply cable (**15**) via a plug connection

(**21**). For this purpose, the respective cable ends can be led out through a side opening in the base end of the cable holder (**13**).

[0048] In **Fig.** 3, an alternative embodiment of a flagpole (**1**) and a power supply device (**2**) is shown. In this case, the pole is made of several parts. It has a stationary pole base (**7**) and a rotatable upper part (**4b**) which is mounted via swivel joint (**35b**) to the pole base (**7**).

[0049] A support body (**8**) in this case is non-rotatably connected to the rotatably mounted pole tube (**4b**) and is fastened at its head end (**5**). A pole light (**10**) is in turn arranged on the support body (**8**), and a cable holder (**13**) extends from the support body (**8**) from downwards towards the pole base (**7**).

[0050] The pivot joint (**35b**) at the pole base can be designed in any way. It preferably has a central opening for the passage of the cable holder (**13**). In the example from **Fig.** 3, the pole base (**7**), in the lower region, consists of a base tube (**50**), to which a slightly thinner support tube (**53**) connects to accommodate the outer bearing rings of the swivel joint (**35b**). The inner bearing rings are connected via a connecting tube (**48**) to a sleeve (**49**) on which the rotatable pole tube (**4b**) is placed on the outside. The base end of the cable holder (**13**) can be routed through the connecting pipe (**48**). Accordingly, the inner part of the pivot joint (**35**), the pole tube (**4b**), the support body (**8**), the cable holder (**13**) as well as the pole light (**10**) can rotate as one piece. They are all rotatably mounted via the pivot joint (**35b**) relative to the pole base (**7**). In this case, the rotatable pole tube (**4b**) transmit the torsional forces so that the cable holder (**13**) can be designed to be weaker - for example, as a thin-walled pipe or hose.

[0051] A guide rail (**36**) for a carrier slide (**37**) is arranged on the outside of the rotating pole tube (**4b**). A flag boom (**3**) is attached to the carrier slide (**37**), by which a flag (**16**) on the pole (**1**) can be raised or lowered. A standard hoisting cable (not shown) can be used for this purpose.

[0052] As a variant to **Fig.** 3, a pole (**1**) can have the described pole base (**7**) with the swivel joint (**35b**) and the pole tube (**4b**) rotatably mounted thereon, wherein, however, a cable holder (**13**) is omitted. A power supply cable (**15**) can in this case be connected to the rotor part (**18**) of the rotary coupling (**17**) arranged in the pole base (**7**) and then routed through the pivot joint (**35b**) into the rotatable pole tube (**4b**). In this case, the rotor part (**18**) can be directly non-rotatably connected to the connecting pipe (**48**) instead of to the cable holder (**13**). The power supply cable (**15**) can then be routed in the pole tube (**4b**) to the head region (**5**) and connected there to the pole light (**10**). In this case too, the power supply cable (**15**) is relieved of torsional forces, and the entire upper pole part can rotate as one piece. Also alternatively, a flexible cable holder (**13**), e.g., in the form of a hose, can be provided which forms a guide channel for the power supply cable (**15**) between the pivot joint (**35b**) and the pole head (**5**).

[0053] **Fig.** 4 separately shows a power supply device (**2**). From the comparison of **Fig.** 2 and **Fig.** 3, it is evident that the power supply device (**2**) can be adapted merely by adapting the support body (**8**) to the two applications with the stationary pole tube (**4a**) or with the rotating pole tube (**4b**). This enables a modular construction, and the manufacturing costs can be kept low even with a wide variety of pole lengths and pole shapes.

[0054] The electric rotary coupling (**17**), preferably together with any existing power converter (**34**), is fastened to a rail (**38**) which is mounted in the pole base (**7**) in an axially displaceable manner. The rail (**38**) with the rotary coupling (**17**) and the power converter (**34**) forms a modular assembly that can be prefabricated depending on the type of lighting means to be used.

[0055] The power supply cable (**15**) can preferably be multi-wired. It can be designed as a standard cable with 3-5 wires and can be used for various types of lighting means such as LED's, fluorescent tubes, UV tubes and the like. This further expands the modular concept. The power supply device (**2**) can be

premounted on a pole (**1**). The selection of a desired lighting means (LED, fluorescent tubes, etc.) and the appropriate module assembly and equipment for the pole base (with transformer for 12V or 24V/with 230V supply/with dimmer/with timer, etc.) can be made independently of the power supply device (**2**) since this can be equally suitable for all types. This allows for particularly fast final assembly with a simultaneously wider variety of variants with many identical parts.

[0056] The LED-based pole light (**10**) can preferably be designed as a low-voltage system with a 12V or 24V supply voltage. A power converter (**34**) in the form of a transformer can transform from the usual grid voltage to the supply voltage of the lighting means. It can be arranged to be easily accessible in the pole base (**7**) and protected from environmental influences. The opening (**47**) in the pole base (**7**) can be closed by a flap which, if applicable, can be designed to be waterproof and lockable. A power cord (**20**) is preferably introduced through the foundation (**9**) from below into the pole base (**7**). This allows all electrical components to be securely accommodated in the pole interior protected from vandalism. Furthermore, the electric rotary coupling (**17**) in the pole base (**7**) can be protected from a variety of environmental influences so that corrosion of the contact elements is prevented, and a very long service life is achieved.

[0057] Should a defect nevertheless occur, all components subject to wear or maintenance, in particular the electric rotary coupling (**17**) and a power converter (**34**), are easily accessible through the opening (**47**) in the pole base (**7**). They can be replaced on-site by an electrician or the owner of the pole themselves, which means particularly great user-friendliness for the customer, since no technician from the pole manufacturer needs to be called, and the pole can remain in place during maintenance work. It may be provided that an additional rotary coupling (**17**) or other spare parts be kept in the pole base (**7**).

[0058] **Fig.** 5 and **Fig.** 6 shows two examples of a rotary coupling apparatus (**23**) which can be provided on a support body (**8**) to connect the rotational movement of the support body (**8**) to a rotational movement of a flag carrier - here, a carrier sleeve (**24**). Such rotary coupling apparatuses (**23**) can be provided on flagpoles (**1**) which have an immovably mounted (non-rotatable) pole tube (**4a**). In contrast to the pole tube (**4a**), on the one hand the carrier sleeve (**24**) with a flag boom (**3**), and on the other the support body (**8**) with the pole light (**10**), are each rotatably mounted per se. So that the pole light (**10**) can correctly illuminate the flag (**16**), the flag boom (**3**) and the pole light (**10**) must, however, be arranged as snugly as possible one over the other (cf. **Fig.** 2). Furthermore, the flag boom (**3**) and the pole light (**10**) should rotate together, i.e., with the same rotational speed and a fixed relative position to each other, around the pole (**1**) when the flag (**16**) is hoisted. This flush alignment is a desired rotational position. For other lighting means and other objects to be illuminated, corresponding target rotation positions can be defined.

[0059] **Fig.** 5 shows a first variant of a guide device that, when hoisting the carrier sleeve (**24**), produces a common alignment as the desired target rotational position between the support body (**8**) and the carrier sleeve (**24**). The guide device is designed here as an inclined guide (**23a**) which widens downwards. The flag boom (**3**) arranged on the carrier sleeve (**24**) can engage in the inclined guide (**23a**) during hoisting and, at the uppermost position, is brought to a final rotation position in which the flag boom (**3**) is aligned flush under the flag lighting (**10**).

[0060] Between the carrier sleeve (**24**) and the support body (**8**), a clamping contact (**39**) can also be provided in order to transfer energy from the power supply cable (**15**) on a consumer fastened to the carrier sleeve (**24**). In the example shown in **Fig.** 5, the clamping contact can be formed by contact pins that engage in contact sockets on the other part. As a consumer, additional lighting means can for example be provided on the carrier sleeve (**24**) for

illuminating a flag (**16**) or any other consumer. Furthermore, the pole light (**10**) shown in **Fig.** 2 and **Fig.** 3 can also be fastened to the flag boom (**3**) instead of on the lighting means holder (**11**) and raised and lowered together therewith on the flagpole. It then forms a hoistable pole light. Further examples of a hoistable pole light are discussed below.

[0061] In **Fig.** 6, an alternative embodiment is shown of a rotary coupling apparatus (**23**). In this case, a latch mechanism (**23b**) is provided on the support body (**8**) or alternatively on the carrier sleeve (**24**). The latch mechanism (**23b**) can have a plurality of movable latches, that each have a ramp edge running obliquely to the horizontal plane and a locking edge oriented substantially vertically. The latches can interact with a flag boom (**3**) or another suitable contact element on the carrier sleeve (**24**). A latch can be pushed away by the boom if said boom is rotated along the ramp edge. This happens, for example, when the carrier sleeve (**24**) is moved by wind action and is rotated relative to the support body (**8**). A relative rotation is only possible in the direction that is directed towards the desired target rotational position between the support body (**8**) and the carrier sleeve (**24**). In the opposite direction, however, relative rotation is prevented by the locking edges on the pawls.

[0062] In the example shown in **Fig.** 6, only two latches with a relatively large design are shown. Alternatively, a larger number of latches can be provided, and the latches can be designed significantly smaller. If the carrier sleeve (**24**) is hoisted and comes into contact with the support body (**8**) or the latch mechanism (**23b**), initially, a relative position deviating from the target rotational position can exist. However, as soon as the flag (**16**) and therefore the carrier sleeve (**24**) are moved by the wind action, the support body (**8**) and the carrier sleeve (**24**) rotate relative to each other and gradually come into the desired target rotational position. In this target rotational position, they are then held by the latch mechanism until the carrier (**24**) is lowered.

[0063] Between the support body (**8**) and the carrier sleeve (**24**), a clamping contact (**39**) can also be provided which in this case is formed, for example, by contact springs. One possible embodiment of such contact springs (**39**) is shown in **Fig.** 6 in cross-section. Once the support body (**8**) and the carrier sleeve (**24**) have reached their target rotational position, the respective contact springs come into engagement with each other and are then held in this contact position. This is therefore a clamping contact in which the contact partners remain stationary relative to each other upon reaching the desired rotational position.

[0064] In **Fig.** 7, a flagpole (**1**) and a power supply device (**2**) are shown in accordance with the second aspect of the present disclosure. The flagpole (**1**) has a fixed pole tube in the shown example (**4**), on which a flag boom (**3**) is guided. On the flag boom (**3**), a pole light (**10**) arranged which comprises at least one lighting means (**12**). The lighting means (**12**) is aligned substantially parallel to the boom (**3**) and therefore perpendicularly to the pole (**1**). The boom (**3**) and the pole light (**10**) can be hoisted by a common support. Alternatively or additionally, one or more lighting means can be arranged in a different orientation or at a different location. In particular, one or more elongated lighting means can be arranged parallel to the pole and, together with the flag boom (**3**), be stored so as to be hoistable.

[0065] The lighting device (**10**) can be hoisted using a separate hoisting cable (**14a**). Alternatively, it can be provided that the power supply cable (**15**) form part of the hoisting device (**14**). For this purpose, the power supply cable (**15**) can absorb the tensile forces that are required to raise and/or lower the hoistable elements partially or completely and transfer them to the support (**14**, **37**) movable in the axial direction of the pole (**1**).

[0066] The power supply cable (**15**) can accordingly comprise a flexible and stretch-resistant tensile element, through which the tensile forces are absorbed. Preferably, the energy-carrying cable components are decoupled

from the tensile forces. **Fig. 8** shows an example of such a power supply cable (**15**). This is designed by way of example as a flat cable which has one or more electrical (or other types of energy-carrying) wires (**30**). These wires (**30**) can preferably be elastic. In addition, the power supply cable in the shown example includes two stretch-resistant support wires (**31**) or cores.

[0067] Since the support wires (**31**) are stretch-resistant while the energy-carrying wires (**30**) are elastic, the tensile forces introduced by the hoisting process into the power supply cable (**15**) are predominantly or exclusively absorbed by the support wires (**31**). In the shown example, all wires (**30**, **31**) are enclosed in a common sleeve (**32**) which in this case is formed, for example, as a plastic coating made of a rubber material or of EPDM.

[0068] Alternatively, the energy-carrying wires can be embedded in a stretch-resistant sheath (**32**). Again alternatively, a tensile element can be formed by a link chain into which a flexible power supply cable (**15**) is embedded. Alternatively, any other constructive embodiment can be chosen by which the energy-carrying wires (**30**) of the power supply cable (**15**) are decoupled from or partially or completely relieved of the tensile forces required for hoisting.

[0069] The power supply device (**2**) shown in **Fig.** 7 has a storage device (**26**) which accommodates a released length of the power supply cable (**15**) in a cable loop (**15a**) while hoisting the pole light (**10**). In the shown example, a single cable loop (**15a**) is provided which is open upwards. The power supply cable (**15**) runs from one base end of the cable holder (**13**) in an ascending direction to the head region (**5**) of the pole where it is preferably fixed by means of a clamping device or in a similar manner. If necessary, only the stretch-resistant wires or the elements of the power supply cable (**15**) provided in any other way that absorbs the tensile forces can be fixed to the pole head - for example, by clamping.

[0070] Further along, the power supply cable (**15**), starting from the pole head (**5**), forms the downwards hanging cable loop (**15a**) in the pole (**1**), i.e., the line runs from the pole head initially downwards in a vertical direction and is routed back upwards in the region of a deflection device (**27**) where it then runs back to the pole head. There, via one or more pulleys (**1**), it is routed to the outside of the pole from where it runs as a substantially free-hanging line to the hoistable pole light (**10**). The power supply cable (**15**) is fixed to the hoistable pole light (**10**) to transfer the tensile forces to the boom (**3**), in particular by fixing the support wires (**31**) on the carrier (**24**, **37**) by clamping.

[0071] Between the fixing point in the head region of the pole and the fixing point on the hoistable parts, a movable cable section of the power supply cable (**15**) is therefore formed, the free part of which is stored in the cable loop (**15a**). If the pole light (**10**) is lowered, the cable loop (**15a**) shortens, wherein the deflection device (**27**) is also pulled upwards. From the cable loop (**15a**), a part of the power supply cable (**15**) released, which moves via the pulleys to the outside of the pole and runs down there.

[0072] In the example shown in **Fig.** 7, the deflection device (**27**) is axially movably routed via guide elements in the form of rings on the cable holder (**13**). Alternative or additionally, it can be routed on the pole tube (**4**) or hang freely.

[0073] The deflection device (**27**) is still coupled to a hoisting cable (**14a**) in the example according to **Fig.** 7. The hoisting cable (**14a**) is routed upwards from the base region (**7**) within the pole tube (**4**) to a pulley which is connected to the deflection device (**27**) in a tensile-resistant manner and substantially rigidly connected. From this pulley, the hoisting cable (**14a**) is routed back downwards and to the opening (**47**) in the pole base. Accordingly, the hoisting cable (**14a**) forms a cable pull, by means of which a pulling force to hoist the pole light (**10**) is transferred to the deflection device (**27**) and via this into the cable loop (**15a**).

[0074] According to a variation of **Fig.** 7, a separate hoisting device (**14**) can be provided for hoisting the pole light (**10**) and/or a supporting body for carrying a flag (**16**). This can be designed, for example, according to the variants shown in the **Fig.** 1, or **Fig.** 11 to **Fig.** 13. Alternatively, it can be designed in any other way and in particular according to the disclosure in DE 10 2004 032 153 B3. It can therefore be a hoisting device that is at least partially arranged in a pole groove and comprises a slide guided in the pole groove. A pull cable of the hoisting device (**14**) is preferably routed downwards through the inner cavity of a pole tube (**4**) so that it is secured against external manipulation.

[0075] In the example shown in **Fig.** 7, the pole light (**10**) be arranged in a rotatable or stationary manner. Preferably, the power supply device (**2**) including the pole light (**10**), the storage device (**26**) and the cable holder (**13**) is rotatable and in particular rotatable as a single piece. In the base region (**7**) of the pole (**1**), the power supply device (**2**) according to **Fig.** 7 can have substantially the same components that have already been described with reference to the preceding figures.

[0076] In **Fig.** 9, a guide rail (**36**) is shown for external attachment to a pole tube (**4**), in particular on a rotatably mounted pole tube (**4b**). The guide rail (**36**) comprises a slide groove (**40**), in which a carrier slide (**37**) for a flag carrier (**3**) can be guided. A cable pull of a hoisting device (**14**), in particular a pulley block, can also be guided in the slide groove (**40**).

[0077] Furthermore, as an integral element, at least one lighting means seat (**41**) in the form of an additional guide groove is introduced into the guide rail (**36**). This guide groove (**41**) can be designed for the direct or indirect accommodation of a lighting means. In particular, an LED strip can be inserted into the guide groove (**41**). Furthermore, a transparent protective cover can be attached or fastened to the guide groove (**41**) to protect a lighting means from environmental influences. One guide groove (**41**) is preferably provided on

each side of the slide groove (**40**) and is arranged parallel and at a constant distance from the slide groove (**40**).

[0078] Instead of an LED strip, other lighting means such as fluorescent tubes, UV tubes and the like can also be fastened to the guide groove (**41**). Power can be supplied to a lighting means attached to the guide groove (**41**) in any way, in particular via the power supply cable (**15**) routed to the head region in the cable holder (**13**). Alternatively, a separate connection cable can be routed from the base region of the pole and, in particular, from the rotor part (**18**) of the rotary coupling (**17**) through the pole tube (**4**) to a guide groove (**41**). A flag light arranged or attached in the guide groove (**41**) can preferably be combined with a pole light (**10**) arranged in the head region (**5**). Furthermore, a combination with a hoistable pole light can be provided. The guide rail (**36**) shown in **Fig.** 9 can in particular be used on a pole (**1**) with a rotating pole tube (**4b**) according to **Fig.** 3.

[0079] **Fig.** 10 shows another preferred embodiment of a pole base (**7**) with a pivot bearing (**35b**) for accommodating a rotatable pole tube (**4b**). The pole base (**7**) comprises a base plate (**51**), by means of which it can be fastened to a foundation (**9**) or another stationary stable element. A base tube (**50**), which forms the outer contour of the pole base (**7**), is fastened to the base plate (**51**). In the base tube (**50**), an inner space (**61**) is formed in which a rotary coupling (**17**) can be accommodated according to the above description, as well as other parts of the power supply device (**2**).

[0080] At the top end of the base tube (**50**), a support tube (**53**) is fixed via a spacer ring (**52**). At the upper end of the support tube (**53**), there is a bearing housing (**54**) which is provided as a separate component in the shown example. Alternatively, the bearing housing can be attached to the support tube (**53**) in one piece.

[0081] A ball bearing (**55**) is supported by the bearing housing (**54**) and forms a first part of the pivot bearing (**35b**) for the rotatable pole tube (**4b**). Further down on the outside of the support tube (**53**), a plain bearing bushing (**56**) is arranged which forms the second part of the pivot bearing (**35b**). The plain bearing bushing (**56**) works together with a bearing sleeve (**57**). The outer ring of the ball bearing (**55**) and the bearing sleeve (**57**) are fastened to a connecting pipe (**58**). The rotatable pole tube (**4b**) can be shoved onto this connecting pipe (**58**). The pole base according to **Fig.** 7 can be prefabricated including the pivot bearing (**35b**) and the connecting pipe (**58**) as a modular assembly and can be combined with different shapes and sizes of pole tubes (**4b**).

[0082] Inside the support tube (**53**), a feedthrough (**60**) is provided for the power supply cable (**15**) and the cable holder (**13**). Furthermore, a plain bearing bushing can be provided on the support tube (**53**) - here, at the lower end - through which, for example, a tubular cable holder (**13**) can be accommodated. An opening (**47**) can be provided at any point on the base tube (**50**) in order to make the inner space (**61**) and the parts of the power supply device (**2**) arranged there accessible from the outside. The opening (**47**) is preferably closable by a lockable flap. The pole tube (**4b**) can be fixed for example by screws (**59**) to the connecting pipe (**58**) and connected thereto in a rotationally fixed manner.

[0083] In **Fig.** 11 to **Fig.** 13, another variant of a flagpole (**1**) with a power supply device (**2**) is shown. In the shown example, the flagpole (**1**) has a stationary, i.e., non-rotatable, pole tube (**4**). A support body (**8**) is rotatably mounted in the head region. A cable holder (**13**) is connected to the support body (**8**) in a rotationally fixed manner and extends downwards in the axial direction of the pole towards the pole base. In the shown example, a storage device (**26**) with a cable loop (**15a**) is arranged within the cable holder (**13**). The cable loop (**15a**) is open downwards here and is accommodated via a movable deflection device (**27**). Arranged on the outside on the pole tube (**4**) is an axially displaceable sliding sleeve (**25**), which accommodates a carrier sleeve (**24**).

The carrier sleeve (**24**) is rotatably mounted opposite the sliding sleeve (**24**). The sliding sleeve (**25**) can be mounted in a rotationally fixed manner relative to the pole tube (**4**).

[0084] In the shown example, the sliding sleeve (**25**) is raised or lowered by a hoisting device (**14**) on the pole tube (**4**). The hoisting device (**14**) comprises a first cable section that is routed from the sliding sleeve (**25**) via a pulley arranged on the pole head (**5**) to a block (**43**). The block (**43**) is connected to a hoisting cable (**14a**) which can be pulled from the pole base (**7**) to the block (**43**), then back down to a pulley and through an opening (**47**) to the outside. Via the hoisting cable (**14a**), the pulling force can be applied to raise and/or lower the sliding sleeve and all parts supported thereon.

[0085] In the shown example, the deflection device (**27**) is movably mounted via an axial guide, e.g., a slot, in the cable holder (**13**). If the deflection device (**27**) is pulled upwards, a part of the power supply cable (**15**) is stored in the thereby lengthened cable loop (**15a**). If the deflection device (**27**) moves downwards, accordingly a part of the connecting cable (**15**) from the cable loop (**15a**) is released. This part can be routed via the additional pulleys at the base end of the cable holder (**13**) and in the support body (**8**) outwards from the pole (**1**) and to a connection point on the pole light (**10**).

[0086] In the example shown in **Fig.** 11 to **Fig.** 13, the pole light (**10**) is fastened via a lighting means holder (**11**) on the carrier sleeve (**24**) and can be moved together therewith in the axial direction of the pole as well as be freely rotated around the main axis of the pole (**1**). Between the support body (**8**) and the carrier sleeve (**24**), a rotary coupling apparatus (**23**) may be provided that, for example, can be designed according to **Fig.** 5 or **Fig.** 6. Alternatively, any other rotary coupling device (**23**) can be provided. Alternatively, a rotary coupling apparatus (**23**) can be dispensed with, and the power supply cable (**15**) can transmit the rotational forces between the carrier (**24**) and the support body (**8**).

[0087] In the embodiment variant according to **Fig.** 11 to **Fig.** 13, the storage device (**26**) is also moved via the separately arranged hoisting device (**14**), wherein, however, the power supply cable (**15**) is decoupled from the tensile forces for raising or lowering the sliding sleeve (**25**). The movable deflection device (**27**) is coupled via a coupling cable pull (**42**) to the block (**43**) of the hoisting device (**14**). The up and down movement of the sliding sleeve (**25**) and accordingly the flag carrier (**3**) and the lighting device (**10**) will be explained with reference to a comparison of **Fig.** 11 through **Fig.** 13.

[0088] In **Fig.** 11, the sliding sleeve (**25**) is arranged in the hoisted position on the pole head. The pulling load is borne via the hoisting device (**14**) and the hoisting cable (**14a**). Furthermore, the coupling cable pull (**42**) fastened to the block (**43**) holds, via the block (**44**), the movable deflection device (**27**) in the shown upper limit position in which the cable loop (**15a**) is fully formed.

[0089] In the state shown in **Fig.** 12, the hoisting cable (**14a**) released to such an extent that the sliding sleeve (**25**) has moved downwards by a distance (2L) from the upper limit position. In so doing, the block (**43**) has been moved upwards by the same distance (2L) inside the pole tube (**4**). Accordingly, a cable length (2L) of the coupling cable pull (**42**) is released so that the block (**44**) was able to lower by a distance (1L) (ratio of 1-to-2). By lowering the block (**44**), a downwards displacement of the deflection device (**27**) by the path length (1L) was accordingly enabled so that, from the cable loop (**15a**), a part of the power supply cable (**15**) stored there was released by the length (2L). By means of the depicted coupling cable pull (**42**) and the movable deflection device (**27**), the upper end of the cable loop (**15a**) is moved so far that exactly the required length of the power supply cable (**15**) is released, and the end of the power supply cable (**15**) connected to the pole light (**10**) can be entrained load-free while lowering.

[0090] **Fig.** 13 shows a state in which the sliding sleeve (**25**) and all components arranged therein are fully lowered. In this position, the cable loop

(**15a**) is also reduced to a minimum. It should be noted that the deflection pulley provided on the deflection device (**27**) can, in the lowest position, also be located at the same height as the deflection pulley arranged immovably at the base end of the cable holder (**13**). In the position shown in **Fig.** 13, the sliding sleeve (**25**) with the pole light (**10**) attached thereto, both ends of the power supply cable (**15**), and all moving components of the storage device (**26**) are arranged in the pole base. All of the aforementioned components can be serviced through the opening (**47**) in the pole tube (**4**). Should a malfunction or failure occur in a power-carrying component of the pole light or the power supply device, complete maintenance of the system can be carried out from the base in the shown position. The entire power supply cable (**15**) can, for example, be pulled through the deflection device (**27**) as well as the other deflection pulleys by drawing in a new line, and completely replaced. This does not require lowering the pole (**1**), and neither does any scaffolding need to be erected. Furthermore, the entire pole light (**10**) be serviced or replaced. The same applies to the electrical rotary coupling (**17**) as well as all other components of the power supply device arranged in the pole base (**2**).

[0091] In the example shown in **Fig.** 11 to **Fig.** 13, the flag mount (**3**), the pole light (**10**), the support body (**8**), the cable holder (**13**), the rotor part (**18**) of the electric rotary coupling (**17**) and the slidably mounted deflection device (**27**) can rotate together. All components of the hoisting device as well as the power supply device (**2**) are arranged and guided inside the pole tube and only protrude to the outside at the head region or in the base region. Accordingly, the entire structure is protected from vandalism. Between the movable deflection device (**27**) and the block (**44**) of the coupling cable pull (**42**), a pivot bearing (**45**) can be provided. The block (**44**) can also optionally be mounted rotationally fixed and axially displaceable by an axial guide (**46**) relative to the pole tube (**4**).

[0092] Particularly large flagpoles for particularly large flags or other elements to be hoisted with a rotatable and hoistable pole light can also be equipped

with the hoisting and lighting system shown in **Fig.** 11 to **Fig.** 13. The system has a long service life because all wear-prone parts are securely placed in the pole interior and accordingly protected from environmental influences.

[0093] Modifications of the invention are possible in various ways. All features disclosed with regard to the aforementioned exemplary embodiments shown in the drawings can be combined with each other, replaced, supplemented or omitted in any way. By appropriately combining the aforementioned features, rotatable as well as non-rotatable pole lights are possible for rotatable and non-rotatable carriers (**24**, **37**). These can be arranged in any way on stationary (i.e., non-rotatable) pole tubes (**4**, **4a**) or on rotatable pole tubes (**4**, **4b**). A pole light (**10**) can be designed to be hoisted for any of the aforementioned combinations or arranged stationary on the pole head. A common hoisting system (cf. **Fig.** 11 to **Fig.** 13) can be provided for an element to be hoisted, in particular a flag (**16**), and a hoistable light (**10**). Alternatively, separate hoisting systems can be provided, for example, with two sliding sleeves (**25**) and/or carrier slides (**37**) arranged one above the other. The pole light (**10**) can have any relative position to the pole (**1**) and a hoisted element. In particular, any combinations are possible of a lighting means that is arranged above or on a flag boom (**3**), a lighting means that is arranged on the pole (**1**) and directed towards the hoisted element, as well as possibly a lighting means arranged on the hoisted element itself. Furthermore, a hoisted element can itself be a lighting means - for example, a flag in the form of a luminous foil or an illuminated sign.

[0094] By means of a power supply cable (**15**), any other consumers or generators that are arranged in the head region of the pole (**1**) and/or on a hoistable carrier (**24**, **37**) can be connected to the pole base as an alternative or in addition to a pole light (**10**). For example, solar elements for energy generation which are connected to accumulators arranged in the pole base or at any other location can be arranged on the support body (**8**) and/or via one of the support elements (**24**, **37**). The accumulators can, for example, be

arranged on the rail (**38**). Furthermore, other consumers such as neon signs, LED lettering panels, bubble machines or additional lighting elements for illuminating the pole's surroundings can be arranged at the aforementioned position. These can also be connected via the power supply cable (**15**) to other energy-carrying components in the pole base. Finally, a motor can be arranged on the pole (**1**) by means of which the pole light (**10**) and/or a rotatable part (**4b**) of the pole (**1**) can be brought into a desired position.

[0095] A power cord (**20**) is preferably routed through an opening in the base plate (**51**) from the inner space (**61**) of the pole base (**7**) into a foundation (**9**) and from there underground to a power source (**33**) or a connection to the supply grid (cf. **Fig.** 7). Alternatively, a power cord (**20**) can be run above ground into the pole base (**7**).

[0096] In a modification of **Fig.** 7 or **Fig.** 11 to **Fig.** 13, a cable loop (**15a**) can be loaded by a weight (**28**) so that it is ensured that, when a pole light (**10**) is hoisted, a released length of the power supply cable (**15**) is stored in the cable loop (**15a**). In this regard, a separate hoisting device can be provided for the pole light (**10**) so that the power supply cable (**15**) can bear just its own weight as well as the load of the weight (**28**).

List of reference signs

| | |
|---|---|
| **1** | Pole/flagpole |
| **2** | Power supply device |
| **3** | Flag holder/boom |
| **4** | Pole tube |
| **4a** | Stationary pole tube |
| **4b** | Rotatable pole tube |
| **5** | Pole head/head region |
| **6** | Middle region |
| **7** | Pole base/base region |

| | |
|---|---|
| **8** | Support body/pole cap |
| **9** | Foundation/ground mount |
| **10** | Pole light |
| **11** | Lighting means holder |
| **12** | Lighting means |
| **13** | Cable holder |
| **14** | Hoisting device |
| **14a** | Hoisting cable |
| **15** | Power supply cable/cable |
| **15a** | Cable loop |
| **16** | Flag |
| **17** | Electric rotary coupling |
| **18** | Rotor part |
| **19** | Stator part |
| **20** | Power cord |
| **21** | Plug connection |
| **22** | Connecting element |
| **23** | Rotary coupling apparatus |
| **23a** | Inclined guide |
| **23b** | Latch mechanism |
| **24** | Carrier sleeve/carrier |
| **25** | Sliding sleeve |
| **26** | Storage device |
| **27** | Movable deflection device |
| **28** | Weight |
| **29** | Guide means/guide ring |
| **30** | Electrical wire – elastic |
| **31** | Support wire/core – stretch-resistant |
| **32** | Sleeve/insulator |
| **33** | Power source/supply grid |
| **34** | Power converter/power supply unit/transformer |
| **35a** | Pivot joint at the pole head |

| | |
|---|---|
| **35b** | Pivot joint at the pole base |
| **36** | Guide rail |
| **37** | Carrier slide/carrier |
| **38** | Rail |
| **39** | Clamping contact |
| **40** | Slide groove |
| **41** | Lighting means seat/LED strip guide groove |
| **42** | Coupling cable pull |
| **43** | Block |
| **44** | Block |
| **45** | Pivot bearing |
| **46** | Axial guide |
| **47** | Opening |
| **48** | Connecting pipe |
| **49** | Sleeve |
| **50** | Base tube |
| **51** | Base plate |
| **52** | Spacer ring |
| **53** | Support tube |
| **54** | Bearing holder |
| **55** | Ball bearings |
| **56** | Plain bearing bushing |
| **57** | Bearing sleeve |
| **58** | Connecting pipe |
| **59** | Screw |
| **60** | Feedthrough |
| **61** | Inner space |
| **L** | Lift length |

**CITATIONS IN THE DESCRIPTION**

*This list of documents provided by the applicant was generated automatically and is exclusively included to better inform the reader. This list is not part of the German patent or utility model application. The DPMA assumes no liability for any errors or omissions.*

**Cited patent literature**

- DE 29618542 [0002]
- DE 10323306 A1 [0003]
- DE 202007001082 U1 [0004]
- DE 202010011983 U1 [0005]
- DE 29519098 U1 [0006]
- DE 202011106901 U1 [0006]
- DE 202011102886 U1 [0006]
- DE 202005021297 U1 [0006]
- JP 2000010515 A [0006]
- DE 102004032153 B3 [0074]

## Claims

1. A power supply device for a rotatable pole light (**10**) with a rotatable support body (**8**) supported at the head region (**5**) of a pole (**1**) for supporting a pole light (**10**) and a cable holder (**13**) insertable into the pole (**1**), wherein the cable holder (**13**) is connected to the support body (**8**) in a rotationally fixed manner and carries a power supply cable (**15**).

2. The power supply device according to claim 1, **characterized in that** the pole light (**10**) is designed to be hoistable, and the power supply device (**2**) has a storage device (**26**) which accommodates a released length of the power supply cable (**15**) in the form of at least one cable loop (**15a**) while hoisting the pole light (**10**).

3. The power supply device for a hoistable pole light (**10**), wherein the power supply device (**2**) has a storage device (**26**) which accommodates a released length of a power supply cable (**15**) in the form of at least one cable loop (**15a**) while hoisting the pole light (**10**).

4. The power supply device according to any of the preceding claims, **characterized in that** the power supply cable (**15**) is routed as an uninterrupted cable from the end (base end) of the cable holder (**13**) located at the base region (**7**) of the pole (**1**) to the support body (**8**).

5. The power supply device according to any of claims 1 or 2, **characterized in that** the power supply device (**2**) has an electric rotary coupling (**17**) connectible to the base end of the cable holder (**13**).

6. The power supply device according to any of the preceding claims, **characterized in that** the rotary coupling (**17**) is arranged in the pole base (**7**).

7. The power supply device according to any of the preceding claims, **characterized in that** the rotary coupling (**17**) is movably arranged in the axial direction of the pole (**1**).

8. The power supply device according to any of the preceding claims, **characterized in that** the rotary coupling (**17**) is a separate and replaceable component.

9. The power supply device according to any of the preceding claims, **characterized in that** a rotor part (**18**) of the rotary coupling (**17**) is connectible in a rotationally fixed manner to the base end of the cable holder (**13**), in particular by a connecting element (**22**) in the form of a clamping connection or a sliding sleeve.

10. The power supply device according to any of the preceding claims, **characterized in that** the power supply cable (**15**) routed through the cable holder (**13**) at the base end of the cable holder (**13**) is connectible via an electrical plug connection (**21**) to the electric rotary coupling (**17**).

11. The power supply device according to any of the preceding claims, **characterized in that** the support body (**8**) comprises a lighting means holder (**11**), in particular a boom, for accommodating at least one lighting means (**12**).

12. The power supply device according to any of the preceding claims, **characterized in that** a rotary coupling apparatus (**23**) is provided on the support body (**8**) to connect the rotational movement of the support body (**8**) to a rotational movement of a carrier sleeve (**24**), which is rotatably mounted and axially displaceable on the pole (**1**).

13. The power supply device according to any of the preceding claims, **characterized in that** the power supply device, in particular the rotary coupling

apparatus (**23**), has a guide device to establish a desired target rotational position between the support body (**8**) and the carrier sleeve (**24**).

14. The power supply device according to any of the preceding claims, **characterized in that** the guide device is an inclined guide (**23a**) that the carrier sleeve (**24**) and the support body (**8**) bring into a predetermined relative position during an axial approach.

15. The power supply device according to any of the preceding claims, **characterized in that** the guide device is a one-sided movement lock, in particular a latching mechanism (**23a**) which permits a relative rotation between the carrier sleeve (**24**) and the light holder (**8**) only towards a predetermined target position, and the support body (**8**) and the carrier sleeve (**24**) are fixed in the desired rotational position relative to each other once it is reached.

16. The power supply device according to any of the preceding claims, **characterized in that** an electrical clamping contact (**39**) connected to the power supply cable (**15**) is arranged on the light holder (**8**).

17. The power supply device according to any of the preceding claims, **characterized in that** the storage device (**26**) has a deflection device (**27**) that can be moved toward the pole to accommodate and guide at least one cable loop (**15a**).

18. The power supply device according to any of the preceding claims, **characterized in that** the deflection device (**27**) is guided on or in the cable carrier (**13**).

19. The power supply device according to any of the preceding claims, **characterized in that** the cable loop (**15a**) is open upwards.

20. The power supply device according to any of the preceding claims, **characterized in that** the cable loop (**15a**) is open downwards.

21. The power supply device according to any of the preceding claims, **characterized in that** the deflection device (**27**) is loaded on one side by a weight (**28**) in order to tighten the cable loop (**15a**).

22. The power supply device according to any of the preceding claims, **characterized in that** the deflection device (**27**) is coupled to a hoisting cable (**14a**), in particular by a cable pull.

23. The power supply device according to any of the preceding claims, **characterized in that** the hoisting cable (**14a**) transfers a tensile force required for hoisting to the cable loop (**15a**), and a carrier sleeve (**24**) or a carrier slide (**37**) is raised via the power supply cable (**15**) on the pole (**1**).

24. The power supply device according to any of the preceding claims, **characterized in that** the power supply cable (**15**) comprises at least one flexible and stretch-resistant tensile element, in particular a support wire (**31**).

25. The power supply device according to any of the preceding claims, **characterized in that** the deflection device (**27**) is connected via a separate coupling cable pull to a hoisting device (**14**) and driven thereby.

26. A pole, in particular a flagpole, with a hoisting device (**14**), an immovably arranged pole base (**7**) and a pole tube (**4b**) rotatably mounted on the pole base (**7**) via a swivel joint (**35b**), **characterized in that** the pole has an electric rotary coupling (**17**) arranged in the pole base (**7**) and below the pivot joint (**35b**).

27. The pole according to claim 26, **characterized in that** a rotor part (**18**) of the rotary coupling (**17**) is connected to an electrical supply cable (**15**) for a pole light (**10**) on the inside routed through the pivot joint (**35b**).

28. The pole, in particular a flagpole, with a hoisting device (**14**) and a pole light (**10**), **characterized in that** the pole (**1**) has a power supply device (**2**) according to any of the preceding claims.

29. The pole according to the preceding claim, **characterized in that** the hoisting device (**14**) moves a carrier sleeve (**24**) or a carrier slide (**37**) guided on the outside of the pole tube (**4**), and to which preferably at least one flag holder (**3**) and possibly a flag (**16**) is fastened.

30. The pole according to any of the preceding claims, **characterized in that** a pole light (**10**) is hoistable with a carrier sleeve (**24**) or a carrier slide (**37**).

31. The pole according to any of the preceding claims, **characterized in that** the pole is connected to a foundation in a rotationally fixed manner and has a rotatably mounted light holder (**8**) on the pole head (**5**).

32. The pole according to any of the preceding claims, **characterized in that** the pole (**1**) is designed in multiple parts, wherein the pole base (**7**) is immovably arranged over a foundation (**9**) and is connected to an upper rotatable pole part via a pivot bearing.

33. The pole according to any of the preceding claims, **characterized in that** a power cord (**20**) is routed through the foundation (**9**) into the pole base (**7**).

34. The pole according to any of the preceding claims, **characterized in that**, in the pole base (**7**), an electrical rotary coupling (**17**) is arranged whose stator part (**19**) is mounted rotationally fixed relative to the pole base (**7**).

35. The pole according to any of the preceding claims, **characterized in that** the electrical rotary coupling (**17**) is movably mounted in the axial direction of the pole base (**7**).

36. The pole according to any of the preceding claims**, characterized in that** a power converter (**34**) is arranged in the pole base (**7**), in particular a power supply unit for supplying the pole light (**10**).

37. The pole according to any of the preceding claims, **characterized in that** the pole has a guide rail (**36**) with a slide groove (**40**) for guiding a carrier slide (**37**), wherein the guide rail has at least one lighting means seat (**41**) running next to the slide groove (**40**), in particular a guide groove for accommodating an LED strip.

Five pages of drawings follow

**Appended drawings**

**Fig. 1**






Fig. 2




Fig. 3




Fig. 4




Fig. 5




Fig. 6

Fig. 7



# Fig. 8




# Fig. 9




# Fig. 10



Fig. 11




Fig. 12




Fig. 13



(19) Deutsches Patent- und Markenamt

(10) **DE 20 2014 103 145 U1** 2015.11.19

(12) # Gebrauchsmusterschrift

(21) Aktenzeichen: **20 2014 103 145.6**
(22) Anmeldetag: **09.07.2014**
(47) Eintragungstag: **12.10.2015**
(45) Bekanntmachungstag im Patentblatt: **19.11.2015**

(51) Int Cl.: ***F21V 23/06*** (2006.01)
***F21S 8/08*** (2006.01)

(73) Name und Wohnsitz des Inhabers:
**alfa GmbH Fahnen- und Lichtmasten, 86368 Gersthofen, DE**

(74) Name und Wohnsitz des Vertreters:
**Ernicke, Klaus, Dipl.-Ing.(Univ.), 86153 Augsburg, DE**

(56) Ermittelter Stand der Technik:

| | | |
|---|---|---|
| **DE** | **39 18 169** | **A1** |
| **DE** | **103 23 306** | **A1** |
| **DE** | **20 2007 001 082** | **U1** |
| **DE** | **20 2010 016 056** | **U1** |

**Die folgenden Angaben sind den vom Anmelder eingereichten Unterlagen entnommen**

(54) Bezeichnung: **Beleuchtung für einen Fahnenmast und Energiezuführungsvorrichtung**




(57) Hauptanspruch: Energiezuführungsvorrichtung für eine drehbare Mastbeleuchtung (10) mit einem am Kopfbereich (5) eines Mastes (1) abgestützten drehbaren Stützkörper (8) zur Unterstützung einer Mastbeleuchtung (10) und einem in den Mast (1) einführbaren Leitungsträger (13), wobei der Leitungsträger (13) drehfest mit dem Stützkörper (8) verbunden ist und eine Energieversorgungsleitung (15) führt.

**Beschreibung**

**[0001]** Die Erfindung betrifft einen Fahnenmast mit einer Beleuchtungsvorrichtung zum Anleuchten einer gehissten und im Wind drehbaren Fahne. Damit die Fahnenbeleuchtung jederzeit den gewünschten Effekt, nämlich das Erhellen der Fahne erzielt, muss die Beleuchtung mit der Fahne mitdrehen können. In der Praxis liegen keine voll zufriedenstellenden Fahnenbeleuchtungen vor. Insbesondere weisen die Energiezuführungen der bisher bekannten Mastbeleuchtungen eine schlechte Wartungsfähigkeit und hohe Herstellungskosten auf.

**[0002]** Aus der DE 296 18 542 ist ein Fahnenmast mit einer Beleuchtung bekannt, die an einem drehbaren Ausleger angebracht sein kann. Am Mastkopf ist ein Schleifkontakt vorgesehen, um Energie vom drehfest angeordneten Mast auf den drehbaren Ausleger zu übertragen. Eine Kontaktierung erfolgt in dem Schleifkontakt nur dann, wenn der Fahnenausleger gehisst ist, d.h. wenn der Fahnenausleger in der obersten Position und in Anlage mit dem Mastkopf ist. Der Schleifkontakt ist vom Boden her nicht zugänglich.

**[0003]** Aus der DE 103 23 306 A1 ist eine selbstleuchtende Fahne bekannt, d.h. ein Fahnenkörper der von innen heraus leuchtet. Der selbstleuchtende Fahnenkörper ist gemäß einem ersten Ausführungsbeispiel in einen Aufnahmeschlitz am Oberteil eines Fahnenstabes eingeschoben. Der Oberteil ist insgesamt gegenüber einem Mittelteil drehbar gelagert. Zwischen dem Mittelteil und dem Oberteil sind Schleifkontakte zur Übertragung der Stromversorgung vorgesehen. Im Mittelteil ist ein Batterie- oder Akkumodul integriert. Diese Fahne soll klein und leicht handhabbar sein und beispielsweise als Eck-Fahne für ein Fußballfeld dienen. Gemäß einer zweiten Ausführungsform kann die selbstleuchtende Fahne in Halteleisten an der Außenseite eines Fahnenmastes geführt sein. In diesem Fall ist die Fahne drehfest mit dem Mast verbunden.

**[0004]** Aus der DE 20 2007 001 082 U1 ist eine weitere Ausführung eines Fahnenmastes bekannt, bei der eine Fahnenbeleuchtung an einem Fahnenausleger befestigt ist. Hier wird ein Versorgungsstrom für die drehbare Beleuchtung über einen Schleifkontakt eingespeist, der am Mastkopf angeordnet ist. Dort ist der Schleifkontakt im aufgestellten Zustand des Mastes nicht zugänglich. Alternativ kann an einer Beleuchtungseinrichtung, die auf dem Ausleger befestigt ist, auch eine Solareinheit angebracht sein, um eine autarke Energieversorgung zu gewährleisten.

**[0005]** Aus der DE 20 2010 011 983 U1 ist eine an einem Fahnenausleger befestigte Mastbeleuchtung bekannt, die von einem extern angeordneten Solarmodul mit Strom versorgt wird. Auch hier befindet sich ein Schleifkontakt zur Übertragung des Stroms am Mastkopf.

**[0006]** Aus der DE 295 19 098 U1, der DE 20 2011 106 901 U1, der DE 20 2011 102 886 U1, der DE 20 2005 021 297 U1 sowie JP 2000010515A gehen jeweils Fahnenbeleuchtungen hervor, die eine am Mastkopf oder auf einem Fahnenausleger angeordnete Solarstromenergieversorgung als ausschließliche Stromquelle aufweisen.

**[0007]** Die Anordnung eines Schleifkontakts am Mastkopf hat sich als nachteilig herausgestellt. Durch die ständigen Witterungseinflüsse neigen die Schleifkontakte zu schneller Alterung. Ein Austausch ist in der Regel nur bei vollständiger Demontage des Mastes und durch Fachpersonal des Mast-Herstellers möglich, sodass sich erhebliche Wartungskosten und Wartungsdauern ergeben.

**[0008]** Es ist Aufgabe der vorliegenden Erfindung, eine verbesserte Beleuchtungs- und Energiezuführungstechnik für Fahnenmasten aufzuzeigen sowie einen Masten, der mit einer solchen Technik ausgestattet ist. Die Erfindung löst diese Aufgabe mit den Merkmalen im Kennzeichenteil der jeweils eigenständigen Ansprüche.

**[0009]** Gemäß einem ersten eigenständigen Aspekt der vorliegenden Offenbarung ist eine Energiezuführungsvorrichtung für eine drehbare Mastbeleuchtung vorgesehen. Die Energiezuführungsvorrichtung weist einen Stützkörper zur Unterstützung der Mastbeleuchtung auf. Der drehbare Stützkörper ist am Kopfbereich des Mastes, insbesondere eines Fahnenmastes, abgestützt. Er kann beispielsweise über ein Drehlager an einem Mastrohr abgestützt sein. Alternativ kann er mit einem drehbaren Teil des Mastrohres verbunden sein.

**[0010]** Die Energiezuführungsvorrichtung weist ferner einen torsionssteifen Leitungsträger auf, der in den Mast einführbar ist. Der Leitungsträger ist drehfest mit dem Stützkörper verbunden und dient als Führungsmittel für die Energieversorgungsleitung, mit der die Mastbeleuchtung mit Strom versorgt wird. D.h. der Leitungsträger führt die Energieversorgungsleitung im Mast.

**[0011]** Die gesamte Energiezuführungsvorrichtung kann sich mitsamt der Energieversorgungsleitung um die Hochachse des Fahnenmastes drehen. Über den Leitungsträger ist die Energieversorgungsleitung als durchgehende Leitung vom Mastkopf und der dort angeordneten Beleuchtung bis zum Mastfuß führbar. Die Energieversorgungsleitung braucht auf der gesamten Strecke zwischen Beleuchtung und Mastfuß nicht unterbrochen zu werden. Der Leitungsträger kann als Führungskanal für die Energieversorgungsleitung dienen, sodass die Leitung einfach vom Mast-

fuß bis zum Mastkopf eingeschoben werden kann. Entsprechend kann die Leitung bei Bedarf in einfacher Weise zu einer Seite herausgezogen und durch eine neue Leitung ersetzt werden.

**[0012]** Im Bereich des Mastkopfes sowie im Mittelbereich des Mastes brauchen keine Schleifkontakte vorgesehen zu werden. Hierdurch wird die Energiezuführungsvorrichtung erheblich haltbarer und außerdem wartungsfreundlicher. Die durchgehende Leitung ist in der Regel über mehrere Jahre wartungsfrei. Alle gegebenenfalls verschleiß- oder alterungsanfälligen Teile können an einer gut zugänglichen Stelle im Mastfuß angeordnet werden. Dies gilt insbesondere für eine elektrische Drehkopplung. Wenn es zu einer Störung oder dem Versagen eines elektrischen oder elektronischen Bauteils kommen sollte, sind alle wartungsrelevanten Teile durch nur eine Öffnung im Mastfuß sofort zugänglich.

**[0013]** Gemäß einem zweiten eigenständigen Aspekt der vorliegenden Offenbarung ist eine Energiezuführungsvorrichtung für eine hissbare Mastbeleuchtung vorgesehen. Eine hissbare Beleuchtung kann am Mast hochgezogen oder heruntergelassen werden. Die vorgeschlagene Energiezuführungsvorrichtung weist eine Speichervorrichtung auf, die eine beim Hissen der Mastbeleuchtung freiwerdende Länge der Energieversorgungsleitung in Form von mindestens einer Leitungsschlaufe aufnimmt. Die Speichervorrichtung ist im Mast, d.h. insbesondere innerhalb des Mastrohres angeordnet. Sie kann bevorzugt an oder in einem Leitungsträger geführt sein.

**[0014]** Die Mastbeleuchtung kann über eine eigene Hiss-Vorrichtung am Mast hochgezogen und heruntergelassen werden. Alternativ kann die Mastbeleuchtung an einem zum Hissen einer Fahne vorgesehenen Träger befestigt sein und zusammen mit diesem hochgezogen oder heruntergelassen werden. Durch das Speichern der freiwerdenden Leitungslänge in einer Leitungsschlaufe braucht die Zuführungsleitung nicht zwischen dem Kopfbereich und dem Fußbereich des Mastes unterbrochen zu werden. Ferner ist kein Aufrollen oder elastisches Verformen der Energieversorgungsleitung notwendig, sodass eine besonders geringe mechanische Beanspruchung erfolgt. Die überschüssige Leitungslänge ist jederzeit ordentlich im Mast aufgeräumt.

**[0015]** Es kann ein stationärer elektrischer Anschluss der Energieversorgungsleitung am Mastfuß vorgesehen sein. Somit können auch bei der hissbaren Mastbeleuchtung alle energieführenden Bauteile, die oberhalb des Mastfußes angeordnet sind, wartungsfrei betrieben werden. Ferner kann die Mastbeleuchtung beispielsweise zum Austausch eines Leuchtmittels auf einfache Weise herabgelassen werden, ohne dass dazu die Energieversorgungsleitung abgeklemmt oder aus dem Mast entfernt werden müsste.

**[0016]** Die vorgenannten Aspekte können jeweils separat genutzt oder miteinander kombiniert werden. D.h. im Rahmen der vorliegenden Offenbarung ist auch eine drehbare und hissbare Mastbeleuchtung vorgesehen, die mit einer entsprechend drehbaren Energieversorgungsvorrichtung verbunden ist, welche das Hissen und Drehen der Mastbeleuchtung unterstützt.

**[0017]** Gemäß einem weiteren Aspekt der vorliegenden Offenbarung ist ein Mast, insbesondere ein Fahnenmast, mit einer Energiezuführungsvorrichtung der vorgenannten Art vorgesehen.

**[0018]** In den Unteransprüchen, der nachfolgenden Beschreibung sowie den beigefügten Zeichnungen sind weitere vorteilhafte Ausbildungen der Erfindung angegeben.

**[0019]** Die Erfindung ist in den Zeichnungen beispielhaft und schematisch dargestellt. Es zeigen:

**[0020]** **Fig.** 1: Einen Fahnenmast mit einer Energiezuführungsvorrichtung gemäß einer ersten Ausführungsvariante mit einer drehbaren Mastbeleuchtung;

**[0021]** **Fig.** 2 u. **Fig.** 3: Anwendungen einer Energiezuführungsvorrichtung für eine drehbare Mastbeleuchtung für einen Mast mit feststehendem sowie mit drehbar gelagertem Mastrohr;

**[0022]** **Fig.** 4: eine isolierte Darstellung einer Energiezuführungsvorrichtung gemäß einer bevorzugten Ausführung;

**[0023]** **Fig.** 5 u. **Fig.** 6: bevorzugte Ausbildungen eines Stützkörpers mit einer Rotationskoppeleinrichtung zur Herstellung einer erwünschten Soll-Drehlage zwischen dem Stützkörper und einer Trägerhülse;

**[0024]** **Fig.** 7: eine Energiezuführungsvorrichtung für eine hissbare Mastbeleuchtung mit einer Speichervorrichtung für eine Leitungsschlaufe gemäß einer bevorzugten Ausführungsform;

**[0025]** **Fig.** 8: ein Beispiel für eine Energieversorgungsleitung mit mehreren elektrischen Adern und zwei Tragadern zur Aufnahme von Zugkräften;

**[0026]** **Fig.** 9: eine Führungsschiene für einen hissbaren Trägerschlitten mit zusätzlichen Aufnahmen für Leuchtmittel einer Fahnenbeleuchtung;

**[0027]** **Fig.** 10: eine bevorzugte Ausführungsform eines Mastfußes mit einem Drehgelenk und einer zentralen Durchführung für eine Energieversorgungsleitung;

**[0028]** **Fig.** 11 bis **Fig.** 13: ein weiteres Ausführungsbeispiel eines Fahnenmastes mit einer Energiezuführungsvorrichtung für eine hissbare Mastbeleuchtung und einer Speichervorrichtung.

**[0029]** Eine Energiezuführungsvorrichtung (**2**) und ein Fahnenmast (**1**) mit einer Energiezuführungsvorrichtung (**2**) gemäß einer ersten Ausführungsform sind in **Fig.** 1 dargestellt.

**[0030]** Die vorliegende Erfindung ist für Masten (**1**) für verschiedene Anwendungszwecke geeignet. Die Masten (**1**) können bevorzugt Fahnenmasten sein und eine Hiss-Vorrichtung (**14**) zum Hochziehen und Herablassen einer Fahne (**16**) umfassen. Alternativ können die Masten zum Hissen von vergleichbaren Gegenständen verwendet werden, wie beispielsweise Werbeschildern oder Anzeigetafeln. Im Folgenden wird vereinfachend davon ausgegangen, dass der Mast (**1**) ein Fahnenmast ist.

**[0031]** Der Mast (**1**) hat einen Fußbereich (**7**), d.h. ein unteres Ende, über das er stationär und gegebenenfalls lösbar an einem Fundament (**9**) oder einer Bodenhalterung fixiert ist. Die Bezeichnung Mastfuß (**7**) dient im weiteren als räumlicher Bezugspunkt und meint zumindest einen unteren Teilbereiches des Mastes (**1**). Der Mast (**1**) kann dabei beliebig ausgebildet sein. Er kann ein einteiliges Mastrohr (**4**, **4a**) haben. In diesem Fall wird zumindest der unterste Teilbereich des Mastrohrs (**4**) als Mastfuß (**7**) bezeichnet. Alternativ kann ein mehrteiliges, insbesondere zweiteiliges Mastrohr (**4**) vorgesehen sein. In diesem Fall kann der unterste stationär montierte Teil als Mastfuß (**7**) bezeichnet sein. Ein solcher Mastfuß (**7**) kann beispielsweise ein Drehlager (**35b**) abstützen, über das der obere Teil des Mastrohrs (**4b**) drehbar angebunden ist. In den nachfolgenden Ausführungsbeispielen werden verschiedene Ausführungen für einen Mast (**1**) genauer beschrieben.

**[0032]** Bei dem in **Fig.** 1 gezeigten Beispiel ist das Mastrohr (**4**) einteilig und es erstreckt sich vom Fußbereich (**7**) bis zum Kopfbereich (**5**) des Mastes (**1**), d.h. bis einem oberen Ende. Es kann sich über seine gesamte Länge nicht drehen. Eine alternative Ausbildung eines Mastes (**1**) mit zumindest teilweise drehbarem Mastrohr (**4**, **4b**) wird weiter unten behandelt.

**[0033]** Im Kopfbereich (**5**) des Mastes (**1**) von **Fig.** 1 ist ein Stützkörper (**8**) angeordnet. Der Stützkörper (**8**) kann beispielsweise über ein beliebiges Drehlager (nicht dargestellt) am Mastkopf befestigt sein. Er kann auf beliebige Weise die Gewichtskräfte der Mastbeleuchtung (**10**) abstützen. In dem gezeigten Beispiel ist an dem Stützkörper (**8**) ein Leuchtmittelträger (**11**) befestigt, welcher wiederum ein oder mehrere Leuchtmittel (**12**) trägt. Alternativ können die Leuchtmittel (**12**) direkt am Stützkörper (**8**) oder in beliebiger anderer Weise angeordnet sein.

**[0034]** Der Leuchtmittelträger (**11**) und die ein oder mehreren Leuchtmittel (**12**) können wie in dem gezeigten Beispiel quer zur Hochachse des Mastes (**1**) orientiert sein, d.h. im Wesentlichen horizontal ausgerichtet sein, und in Radialrichtung vom Stützkörper (**8**) abstehen. Alternativ ist eine andere Ausrichtung möglich, beispielsweise horizontal ausgerichtet, jedoch tangential zum Stützkörper (**8**) verlaufend. Es können ferner mehrere Leuchtmittelträger (**11**) vorgesehen sein.

**[0035]** An dem Mast (**1**) ist eine Fahne (**16**) angeordnet, die über eine Hiss-Vorrichtung (**14**) hochgezogen und heruntergelassen werden kann. Die Hiss-Vorrichtung (**14**) kann beliebig ausgebildet sein. In dem gezeigten Beispiel weist sie eine Fahnenhalterung (**3**) auf, die über ein Hiss-Seil (**14a**) hochgezogen werden kann. Die Fahnenhalterung (**3**) ist bevorzugt axial verschieblich und drehbar am Mast (**1**) gelagert. Hierzu kann ein beliebig ausgebildeter Träger vorgesehen sein. Weiter unten werden verschiedenen Ausführungen für einen am Mast verschieblich gelagerten Träger (**24**, **37**) aufgezeigt.

**[0036]** Eine Fahne (**16**) kann an dem beweglichen Fahnenausleger (**3**) befestigt und mit diesem am Mast hochgezogen oder heruntergelassen werden. Die Fahne (**16**) kann zusätzlich über beliebige Befestigungsmittel (nicht dargestellt) an der am Mast liegenden Hochkante der Fahne (**16**) mit dem Mastrohr (**4**) verbunden sein. Hierfür eignen sich beispielsweise Befestigungsschlaufen.

**[0037]** An dem Stützkörper (**8**) ist ein Leitungsträger (**13**) drehfest fixiert. Der Leitungsträger (**13**) kann in den Mast (**1**) eingeführt werden und verläuft innerhalb des Mastrohres (**4**) vom Kopfbereich (**5**) bis zum Fußbereich (**7**). Der Leitungsträger (**13**) ist bevorzugt torsionssteif ausgeführt und kann eine beliebige Form haben. Er kann insbesondere durch einen Hohlkörper mit einem beliebigen Querschnittsprofil gebildet sein, beispielsweise ein Rohr, ein C-Profil, ein U-Profil, ein quadratisches Profil, oder ein Vollkreis-Profil (nicht hohl) haben. Im Weiteren wird vereinfachend davon ausgegangen, dass der Leitungsträger (**13**) durch ein Hohlprofil, insbesondere ein kreisrundes Rohr gebildet ist, in das eine Energieversorgungsleitung (**15**) einführbar ist.

**[0038]** Innerhalb des Leitungsträgers (**13**) oder außenseitig am Leitungsträger (**13**) kann die Energieversorgungsleitung (**15**) geführt werden. Wie ist einerseits im Fußbereich (**7**) des Mastes (**1**) aus dem Fußende des Leitungsträgers (**13**) herausgeführt und andererseits am Kopfbereich (**5**) des Mastes (**1**) direkt oder indirekt an eine Mastbeleuchtung (**10**) anschließbar. Im oder am Stützkörper (**8**) können weitere Führungsmittel vorgesehen sein, die eine Energieversorgungsleitung (**15**) zu einer Austrittsöffnung führen. Von dort aus kann die Leitung (**15**) bspw. frei

hängend zur Mastbeleuchtung (**10**) geführt sein. Alternativ können auch außerhalb des Stützkörpers (**8**) Führungsmittel, bspw. Leerrohre oder Leerschläuche, vorgesehen sein, welche die Leitung bis in ein Gehäuse der Mastbeleuchtung (**10**) hineinführen. Somit kann die Energieversorgungsleitung (**15**) zwischen den beiden Anschlusspunkten im Mastfuß (**7**) und an einem Leuchtmittel (**11**) vollständig durch Führungsmittel umschlossen sein. Die Führungsmittel, der Stützkörper (**8**), der Leitungsträger (**13**) und alle dazwischen liegenden Kontaktstellen können ggfs. wasserdicht ausgeführt sein. Hierdurch wird eine besonders gut gegen Umwelteinflüsse geschützte Energieversorgung ermöglicht.

**[0039]** Bei dem in **Fig.** 1 dargestellten Beispiel ist nur die Fahne (**16**) über den Fahnenausleger (**3**) hissbar. Die Mastbeleuchtung (**10**) ist in Axialrichtung fest am Mastkopf (**5**) angeordnet, jedoch um die Hochachse des Mastes (**1**) drehbar gelagert. Bei der gezeigten Ausführung kommen als Leuchtmittel (**12**) bevorzugt LEDs zum Einsatz, die eine besonders lange Lebensdauer haben, insbesondere mehrere zehntausend Stunden Betriebszeit. Alle weiteren elektronischen Komponenten der Energiezuführungsvorrichtung sind bevorzugt im Bereich des Mastfußes (**7**) und dort ferner bevorzugt innerhalb des Mastrohres (**4**) angeordnet. Sie können durch einen Ausschnitt im Mastrohr, der eine Öffnung (**47**) bildet, zugänglich gemacht sein. Der Mastfuß (**7**) kann eine Höhe von bevorzugt weniger als 1,80m haben. Die Öffnung (**47**) kann bevorzugt auf einer Höhe von maximal 1, 50 über dem Boden angeordnet sein, um eine möglichst bequeme Wartung der im Mastfuß (**7**) angeordneten Komponenten zu ermöglichen, ohne dass Leitern o.Ä. eingesetzt werden müssten.

**[0040]** Die Energieversorgungsleitung (**15**) ist bevorzugt zwischen der Mastbeleuchtung (**10**) und dem Mastfuß (**7**) unterbrechungsfrei geführt und über den Stützkörper (**8**), den Leitungsträger (**13**) sowie ggfs. die oben erwähnten weiteren Führungsmittel von äußeren Drehkräften entkoppelt. Eine Drehbewegung der Mastbeleuchtung (**10**) ist mit einer Drehung des Stützkörpers (**8**) und einer Drehung des Leitungsträgers (**13**) verbunden, so dass der gesamte im Mittelbereich (**6**) und im Kopfbereich (**5**) liegende Teil der Energiezuführungsvorrichtung (**2**) als ein Stück drehen kann.

**[0041]** Im Fußbereich (**7**) ist bevorzugt eine elektrische Drehkupplung (**17**) angeordnet. Diese weist einen Rotorteil (**18**) und einen Statorteil (**19**) auf, zwischen denen eine elektrische Energieübertragung erfolgt. Die Energieübertragung kann beispielsweise durch einen Schleifkontakt, einen Rollkontakt, einen Fluidkontakt oder auf beliebige andere Weise erfolgen. Die Drehkupplung (**17**) ist bevorzugt ein separates und austauschfähiges Bauelement. Sie kann bei einem Wartungsfall von außen durch die Öffnung (**47**) angebracht oder entfernt werden, wobei sie elektrisch von der Energieversorgungsleitung (**15**) getrennt wird. Es ist somit ein einzelner Tausch der elektrischen Drehkupplung möglich, ohne die Energieversorgungsleitung (**15**) entfernen zu müssen. Ferner brauchen keine Teile des Mastrohres (**4**) oder der Hiss-Vorrichtung (**14**) für den Austausch der Drehkupplung (**17**) demontiert oder ersetzt zu werden.

**[0042]** Am Rotorteil (**18**) kann bevorzugt eine Anschlussleitung vorgesehen sein, die über eine Steckverbindung (**21**) mit dem am Fußende des Leitungsträgers (**13**) austretenden Ende der Energieversorgungsleitung (**15**) verbindbar ist. Hierdurch wird eine besonders einfache und schnelle Montage ermöglicht. Ferner können Kabel-Überlängen vorgesehen sein, die auch einen Austausch der Steckverbindung (**21**) gestatten. Die Steckverbindung (**21**) sowie die Überlängen können nach dem Anschließen bspw. mit Kabelbindern am Fußende des Leitungsträgers (**22**) oder am Rotorteil (**18**) befestigt werden.

**[0043]** An dem Statorteil (**18**) kann eine weitere Anschlussleitung vorgesehen sein (in **Fig.** 1 nicht dargestellt), die beispielsweise an eine Netzstromleitung oder einen zwischengeschalteten Energiewandler (**34**) angeschlossen sein kann. Hier können entsprechend ebenfalls Kabelüberlängen und Steckkontakte vorgesehen sein.

**[0044]** Das Fußende des Leitungsträgers (**13**) wird bevorzugt über ein Verbindungselement (**22**) drehfest mit dem Rotorteil (**18**) der elektrischen Drehkupplung (**17**) verbunden. Das Verbindungselement (**22**) kann beliebig ausgebildet sein. Bei dem in **Fig.** 1 gezeigten Beispiel besteht das Verbindungselement (**22**) aus einer Schiebehülse, die auf dem Fußende des Leitungsträgers (**13**) aufgesetzt ist und nach unten über den Rotorteil (**18**) geschoben werden kann. Alternativ kann ein beliebiges anderes Verbindungselement (**22**) genutzt werden.

**[0045]** **Fig.** 2 zeigt eine zweite Variante eines Fahnenmastes (**1**) mit einer Energiezuführungsvorrichtung (**2**) im Querschnitt. Hier ist erneut der Stützkörper (**8**) über ein Drehgelenk (**35a**) am Mastkopf (**5**) gelagert und mit einer quer abstehenden Mastbeleuchtung (**10**) ausgestattet. Außen am Mast ist eine Schlittenhülse (**25**) geführt, auf der eine Trägerhülse (**24**) mit einem Fahnenausleger (**3**) aufgesetzt ist. Die Schlittenhülse (**25**) und die Trägerhülse (**24**) können Bestandteil einer Hiss-Vorrichtung (**14**) sein. Die Schlittenhülse (**25**) kann über ein Hiss-Seil (nicht dargestellt) hochgezogen oder heruntergelassen werden. Sie ist bevorzugt drehfest und axial verschieblich am stationären Mastrohr (**4a**) gelagert. Die Trägerhülse (**24**) wird von der Schlittenhülse (**25**) mitgenommen und ist auf dieser drehbar gelagert, so dass der Fahnenausleger (**3**) mit einer Fahne frei um das stationäre Mastrohr (**4a**) im Wind drehen kann.

**[0046]** Am Fußende (**7**) ist innerhalb des Mastfußes erneut eine Drehkupplung (**17**) mit einem Rotorteil (**18**) und einem Statorteil (**19**) angeordnet, die in der vorerwähnten Weise mit der Energieversorgungsleitung (**15**) und einer Netzleitung (**20**) verbunden werden kann.

**[0047]** In dem in **Fig.** 2 gezeigten Beispiel ist die elektrische Drehkupplung (**17**) in Axialrichtung des Mastes (**1**) verschieblich angeordnet. Die verschiebliche Anordnung kann auf beliebige Weise erreicht werden, insbesondere über eine Befestigung an einer Schiene (**38**) (vgl. **Fig.** 4). Der Rotorteil (**18**) der Drehkupplung (**17**) kann nach oben verschoben werden, so dass er in die am Fußende gelegene Öffnung des Leitungsträgers (**13**) eintaucht. Eine drehfeste Verbindung kann hier auf einfache Weise durch ein Verbindungselement (**22**) in Form einer Klemmschraube erreicht werden, die in das Fußende des Leitungsträgers (**13**) eingedreht wird. Die Anschlusskabel des Rotorteils (**18**) können erneut über eine Steckverbindung (**21**) mit der Energieversorgungsleitung (**15**) verbunden werden. Hierzu können die jeweiligen Kabelenden durch eine seitliche Öffnung am Fußende des Leitungsträgers (**13**) herausgeführt sein.

**[0048]** In **Fig.** 3 ist eine alternative Ausführung eines Fahnenmastes (**1**) und einer Energiezuführungsvorrichtung (**2**) dargestellt. In diesem Fall ist der Mast mehrteilig ausgeführt. Er hat einen stationären Mastfuß (**7**) und einen drehbaren oberen Teil (**4b**), der über ein Drehgelenk (**35b**) am Mastfuß (**7**) gelagert ist.

**[0049]** Ein Stützkörper (**8**) ist in diesem Fall drehfest mit dem drehbar gelagerten Mastrohr (**4b**) verbunden und an dessen Kopfende (**5**) befestigt. An dem Stützkörper (**8**) ist wiederum eine Mastbeleuchtung (**10**) angeordnet und ein Leitungsträger (**13**) erstreckt sich von dem Stützkörper (**8**) aus nach unten hin zum Mastfuß (**7**).

**[0050]** Das Drehgelenk (**35b**) am Mastfuß kann beliebig ausgebildet sein. Es weist bevorzugt eine mittige Öffnung zur Durchführung des Leitungsträgers (**13**) auf. In dem Beispiel von **Fig.** 3 besteht der Mastfuß (**7**) im unteren Bereich aus einem Fußrohr (**50**), an das ein etwas dünneres Tragrohr (**53**) zur Aufnahme der äußeren Lagerringe des Drehgelenks (**35b**) anschließt. Die inneren Lagerringe sind über ein Verbindungsrohr (**48**) mit einer Hülse (**49**) verbunden, an der außenseitig das drehbare Mastrohr (**4b**) aufgesetzt ist. Durch das Verbindungsrohr (**48**) kann das Fußende des Leitungsträgers (**13**) hindurchgeführt werden. Somit können der innere Teil des Drehgelenks (**35**), das Mastrohr (**4b**), der Stützkörper (**8**), der Leitungsträger (**13**) sowie die Mastbeleuchtung (**10**) als ein Stück drehen. Sie sind allesamt über das Drehgelenk (**35b**) drehbar gegenüber dem Mastfuß (**7**) gelagert. In diesem Fall kann das drehbare Mastrohr (**4b**) die Torsionskräfte übertragen, sodass der Leitungsträger (**13**) schwächer ausgeführt sein kann, beispielsweise als dünnwandiges Rohr oder als Schlauch.

**[0051]** Außen an dem drehbaren Mastrohr (**4b**) ist eine Führungsschiene (**36**) für einen Trägerschlitten (**37**) angeordnet. An dem Trägerschlitten (**37**) ist ein Fahnenausleger (**3**) befestigt, über den eine Fahne (**16**) am Mast (**1**) hochgezogen oder heruntergelassen werden kann. Hierfür kann ein an sich bekanntes Hiss-Seil vorgesehen sein (nicht dargestellt).

**[0052]** Als Variante zu **Fig.** 3 kann ein Mast (**1**) den beschriebenen Mastfuß (**7**) mit dem Drehgelenk (**35b**) und dem daran drehbar belagerten Mastrohr (**4b**) aufweisen, wobei jedoch auf einen Leitungsträger (**13**) verzichtet wird. Eine Energieversorgungsleitung (**15**) kann in diesem Fall mit dem Rotorteil (**18**) der im Mastfuß (**7**) angeordneten Drehkupplung (**17**) verbunden und dann durch das Drehgelenk (**35b**) in das drehbare Mastrohr (**4b**) geführt sein. In diesem Fall kann der Rotorteil (**18**) statt mit dem Leitungsträger (**13**) direkt mit dem Verbindungsrohr (**48**) drehfest verbunden sein. Die Energieversorgungsleitung (**15**) kann dann im Mastrohr (**4b**) bis zum Kopfbereich (**5**) geführt und dort mit der Mastbeleuchtung (**10**) verbunden sein. Auch in diesem Fall wird die Energieversorgungsleitung (**15**) von den Torsionskräften entlastet und der gesamte obere Mastteil kann als ein Stück drehen. Wiederum alternativ kann ein flexibler Leitungsträger (**13**), bspw. in Form eines Schlauches, vorgesehen sein, der einen Führungskanal für die Energieversorgungsleitung (**15**) zwischen dem Drehgelenk (**35b**) und dem Mastkopf (**5**) bildet.

**[0053]** In **Fig.** 4 ist eine Energiezuführungsvorrichtung (**2**) separat dargestellt. Aus dem Vergleich zu den **Fig.** 2 und **Fig.** 3 ist ersichtlich, dass die Energiezuführungsvorrichtung (**2**) lediglich durch eine Anpassung des Stützkörpers (**8**) an die beiden Anwendungsfälle mit stationären Mastrohr (**4a**) oder mit drehbaren Mastrohr (**4b**) angepasst werden kann. Es ist somit eine Modulbauweise möglich und die Herstellkosten können auch bei einer Vielzahl von Mastlängen und Mastformen gering gehalten werden.

**[0054]** Die elektrische Drehkupplung (**17**) ist bevorzugt gemeinsam mit einem etwaig vorhandenen Energiewandler (**34**) auf einer Schiene (**38**) befestigt, die im Mastfuß (**7**) axial verschieblich gelagert ist. Die Schiene (**38**) mit der Drehkupplung (**17**) und dem Energiewandler (**34**) bildet eine Modulbaugruppe, die je nach der zu verwendenden Art der Leuchtmittel vorgefertigt sin kann.

**[0055]** Die Energieversorgungsleitung (**15**) kann bevorzugt mehradrig sein. Sie kann als Standardleitung mit 3–5 Adern ausgeführt und für verschiedene Formen von Leuchtmitteln wie beispielsweise LEDs,

Leuchtstoffröhren, UV-Röhren und dergleichen verwendbar sein. Hierdurch wird das Modulkonzept weiter ausgebaut. Die Energiezuführungsvorrichtung (**2**) kann an einem Mast (**1**) vormontiert werden. Die Auswahl eines gewünschten Leuchtmittels (LED, Leuchtstoff-Röhre etc.) und der passenden Modulbaugruppe und Ausstattung für den Mastfuß (mit Trafo für 12V o. 24V / mit 230V-Versorgung / mit Dimmer / mit Zeitschaltuhr etc.) kann unabhängig von der Energiezuführungsvorrichtung (**2**) erfolgen, da diese für alle Arten gleichermaßen geeignet sein kann. Somit ist eine besonders schnelle Endmontage bei gleichzeitig großer Variantenvielfalt mit vielen Gleichteilen möglich.

**[0056]** Die Mastbeleuchtung (**10**) auf LED-Basis kann bevorzugt als Niedervoltsystem mit 12V oder 24V Versorgungsspannung ausgeführt sein. Ein Energiewandler (**34**) in Form eines Trafos kann von der üblichen Netzspannung auf die Versorgungsspannung der Leuchtmittel transformieren. Er kann im Mastfuß (**7**) leicht zugänglich und gegen Umwelteinflüsse geschützt angeordnet sein. Die Öffnung (**47**) im Mastfuß (**7**) kann durch eine Klappe verschlossen werden, die gegebenenfalls wasserdicht und absperrbar ausgeführt ist. Ein Netzanschlusskabel (**20**) wird bevorzugt durch das Fundament (**9**) von unten her in den Mastfuß (**7**) eingeführt. Somit können alle elektrischen Komponenten gegen Vandalismus gesichert im Mastinneren aufgenommen werden. Ferner kann die elektrische Drehkupplung (**17**) im Mastfuß (**7**) gegenüber vielfältigen Umwelteinflüssen geschützt werden, sodass einer Korrosion der Kontaktelemente vorgebeugt und eine sehr hohe Lebensdauer erreicht wird.

**[0057]** Sollte dennoch ein Defekt auftreten, sind alle verschleiß- oder wartungsanfälligen Komponenten, insbesondere die elektrische Drehkupplung (**17**) und ein Energiewandler (**34**) durch die Öffnung (**47**) im Mastfuß (**7**) leicht zugänglich. Sie können vor Ort von einem Elektriker oder dem Eigentümer des Mastes selbst gewechselt werden, was für den Kunden eine besonders hohe Nutzerfreundlichkeit bedeutet, da kein Techniker des Mastherstellers gerufen werden muss und der Mast bei den Wartungsarbeiten stehen bleiben kann. Es kann gegebenenfalls vorgesehen sein, dass in dem Mastfuß (**7**) eine zusätzliche Drehkupplung (**17**) oder andere Ersatzteile vorgehalten werden.

**[0058]** **Fig.** 5 und **Fig.** 6 zeigen zwei Beispiele für eine Rotationskoppeleinrichtung (**23**), die an einem Stützkörper (**8**) vorgesehen werden kann, um die Drehbewegung des Stützkörpers (**8**) mit einer Drehbewegung eines Fahnenträgers, hier einer Trägerhülse (**24**) zu verbinden. Derartige Rotationskoppeleinrichtungen (**23**) können an Fahnenmasten (**1**) vorgesehen werden, die ein stationär gelagertes Mastrohr (**4a**) (nicht drehbar) haben. Gegenüber dem Mastrohr (**4a**) sind dann einerseits die Trägerhülse (**24**) mit einem Fahnenausleger (**3**) und andererseits der Stützkörper (**8**) mit der Mastbeleuchtung (**10**) jeweils für sich drehbar gelagert. Damit die Mastbeleuchtung (**10**) die Fahne (**16**) korrekt ausleuchten kann, müssen der Fahnenausleger (**3**) und die Mastbeleuchtung (**10**) jedoch möglichst fluchtend übereinander angeordnet sein (vgl. **Fig.** 2). Ferner sollten der Fahnenausleger (**3**) und die Mastbeleuchtung (**10**) gemeinsam, d.h. mit gleicher Drehgeschwindigkeit und einer festen Relativlage zueinander um den Mast (**1**) drehen, wenn die Fahne (**16**) gehisst ist. Diese fluchtende Ausrichtung ist eine Soll-Drehlage. Für andere Beleuchtungsmittel und andere zu beleuchtende Körper können entsprechende Soll-Drehlagen definiert sein.

**[0059]** **Fig.** 5 zeigt eine erste Variante einer Führungsvorrichtung, die beim Hissen der Trägerhülse (**24**) eine gemeinsame Flucht als gewünschte Soll-Drehlage zwischen dem Stützkörper (**8**) und der Trägerhülse (**24**) herstellt. Die Führungsvorrichtung ist hier als Schrägführung (**23a**) ausgebildet, die sich nach unten hin aufweitet. Der an der Trägerhülse (**24**) angeordnete Fahnenausleger (**3**) kann beim Hissen in die Schrägführung (**23a**) eingreifen und wird an der obersten Position in eine End-Drehlage gebracht, in der der Fahnenausleger (**3**) fluchtend unter der Fahnenbeleuchtung (**10**) ausgerichtet ist.

**[0060]** Zwischen der Traghülse (**24**) und dem Stützkörper (**8**) kann ferner ein Klemmkontakt (**39**) vorgesehen sein, um Energie von der Energieversorgungsleitung (**15**) auf einem an der Trägerhülse (**24**) befestigten Verbraucher zu übertragen. Bei dem in **Fig.** 5 dargestellten Beispiel kann der Klemmkontakt durch Kontaktstifte gebildet sein, die in Kontaktbuchsen am jeweils anderen Teil eingreifen. Als Verbraucher können beispielsweise an der Trägerhülse (**24**) zusätzliche Beleuchtungsmittel zum Anleuchten einer Fahne (**16**) oder beliebige andere Verbraucher vorgesehen sein. Ferner kann die in **Fig.** 2 und **Fig.** 3 dargestellte Mastbeleuchtung (**10**) statt an dem Leuchtmittelträger (**11**) auch am Fahnenausleger (**3**) befestigt sein und zusammen mit diesem am Fahnenmast hochgezogen und heruntergelassen werden. Sie bildet dann eine hissbare Mastbeleuchtung. Weiter unten werden weitere Ausführungsbeispiele für eine hissbare Mastbeleuchtung behandelt.

**[0061]** In **Fig.** 6 ist eine alternative Ausführungsform für eine Rotationskoppeleinrichtung (**23**) dargestellt. Hier ist am Stützkörper (**8**) oder alternativ an der Trägerhülse (**24**) ein Klinkenmechanismus (**23b**) vorgesehen. Der Klinkenmechanismus (**23b**) kann mehrere bewegliche Klinken aufweisen, die jeweils eine schräg zur horizontalen Ebene verlaufende Auflaufkante und eine im Wesentlichen vertikal ausgerichtete Rastkante aufweisen. Die Klinken können mit einem Fahnenausleger (**3**) oder einem anderen geeigneten Kontaktelement an der Trägerhülse (**24**) zu-

sammen wirken. Eine Klinke kann durch den Ausleger weggedrückt werden, wenn dieser an der Auflaufkante entlang gedreht wird. Dies geschieht beispielsweise wenn die Trägerhülse (**24**) durch Windeinwirkung bewegt wird und sich relativ gegenüber dem Stützkörper (**8**) dreht. Eine Relativdrehung ist dabei jeweils nur in der Richtung möglich, die zu der gewünschten Soll-Drehlage zwischen dem Stützkörper (**8**) und der Trägerhülse (**24**) hin gerichtet ist. In der Gegenrichtung wird eine Relativdrehung jedoch durch die Sperrkanten an den Klinken verhindert.

**[0062]** Bei dem in **Fig.** 6 dargestellten Beispiel sind nur zwei Klinken mit relativ großer Ausbildung dargestellt. Alternativ können größere Klinkenzahlen vorgesehen sein und die Klinken können deutlich kleiner ausgebildet sein. Wenn die Trägerhülse (**24**) gehisst wird und zur Anlage mit dem Stützkörper (**8**) bzw. dem Klinkenmechanismus (**23b**) kommt, kann zunächst eine von der Soll-Drehlage abweichende Relativlage vorliegen. Sobald jedoch die Fahne (**16**) und somit die Trägerhülse (**24**) durch Windeinwirkung bewegt wird, verdrehen sich der Stützkörper (**8**) und die Trägerhülse (**24**) relativ zueinander und kommen nach und nach in die gewünschte Soll-Drehlage. In dieser Soll-Drehlage werden sie dann durch den Klinkenmechanismus gehalten, bis der Träger (**24**) wieder herabgelassen wird.

**[0063]** Zwischen dem Stützkörper (**8**) und der Trägerhülse (**24**) kann wiederum ein Klemmkontakt (**39**) vorgesehen sein, der hier beispielsweise durch Kontaktfedern gebildet ist. Eine mögliche Ausführung solcher Kontaktfedern (**39**) ist in **Fig.** 6 im Querschnitt dargestellt. Sobald der Stützkörper (**8**) und die Trägerhülse (**24**) in die Soll-Drehlage gelangt sind, kommen die jeweiligen Kontaktfedern miteinander in Eingriff und werden dann in dieser Kontaktposition gehalten. Es handelt somit um einen Klemmkontakt, bei dem die Kontaktpartner ab dem Erreichen der Soll-Drehlage zueinander unbewegt bleiben.

**[0064]** In **Fig.** 7 sind ein Fahnenmast (**1**) und eine Energiezuführungsvorrichtung (**2**) gemäß dem zweiten Aspekt der vorliegenden Offenbarung dargestellt. Der Fahnenmast (**1**) hat in dem gezeigten Beispiel ein feststehendes Mastrohr (**4**), an dem ein Fahnenausleger (**3**) geführt ist. An dem Fahnenausleger (**3**) ist eine Mastbeleuchtung (**10**) angeordnet, die zumindest ein Leuchtmittel (**12**) umfasst. Das Leuchtmittel (**12**) ist im Wesentlichen parallel zum Ausleger (**3**) und somit quer zum Mast (**1**) ausgerichtet. Der Ausleger (**3**) und die Mastbeleuchtung (**10**) können über einen gemeinsamen Träger gehisst werden. Alternativ oder zusätzlich können ein oder mehrere Leuchtmittel in einer anderen Orientierung oder an anderer Stelle hissbar angeordnet sein. Insbesondere können ein oder mehrere langgestreckte Leuchtmittel parallel zum Mast angeordnet und gemeinsam mit dem Fahnenausleger (**3**) hissbar gelagert sein.

**[0065]** Das Hissen der Beleuchtungsvorrichtung (**10**) kann durch ein separates Hiss-Seil (**14a**) erfolgen. Alternativ kann vorgesehen sein, dass die Energieversorgungsleitung (**15**) einen Teil der Hiss-Vorrichtung (**14**) bildet. Hierfür kann die Energieversorgungsleitung (**15**) die Zugkräfte, die zum Hochziehen und/oder Herablassen der hissbaren Elemente erforderlich sind, teilweise oder vollständig aufnehmen und auf den in Axialrichtung des Mastes (**1**) verschieblichen Träger (**14**, **37**) übertragen.

**[0066]** Die Energieversorgungsleitung (**15**) kann entsprechend ein biegeelastisches und zugstabiles Zugmittel umfassen, über welches die Zugkräfte aufgenommen werden. Bevorzugt werden dabei die energieführenden Leitungsbestandteile von den Zugkräften entkoppelt. **Fig.** 8 zeigt ein Beispiel für eine derartige Energieversorgungsleitung (**15**). Diese ist beispielhaft als Flachkabel ausgebildet, welches ein oder mehrere elektrische oder in sonstiger Form energieführende Adern (**30**) aufweist. Diese Adern (**30**) können bevorzugt zugelastisch sein. Daneben beinhaltet die Energieversorgungsleitung in dem gezeigten Beispiel zwei zugstabile Tragadern (**31**) oder Seelen.

**[0067]** Da die Tragadern (**31**) zugstabil sind, während die energieführenden Adern (**30**) zugelastisch sind, werden die durch den Hiss-Vorgang in die Energieversorgungsleitung (**15**) eingebrachten Zugkräfte weit überwiegend oder ausschließlich über die Tragadern (**31**) aufgenommen. In dem gezeigten Beispiel sind alle Adern (**30**, **31**) in einer gemeinsamen Hülle (**32**) eingefasst, die hier beispielsweise als Kunststoffüberzug aus einem Kautschukmaterial oder aus EPDM gebildet ist.

**[0068]** Alternativ können die energieführenden Adern in eine zugstabile Umhüllung (**32**) eingebettet sein. Wiederum alternativ kann ein Zugmittel durch eine Gliederkette gebildet sein, in die eine biegeelastische Energieversorgungsleitung (**15**) eingebettet ist. Daneben kann eine beliebige andere konstruktive Ausführung gewählt werden, durch die die energieführenden Adern (**30**) der Energieversorgungsleitung (**15**) von den zum Hissen erforderlichen Zugkräften entkoppelt oder teilweise oder vollständig entlastet werden.

**[0069]** Die in **Fig.** 7 dargestellte Energiezuführungsvorrichtung (**2**) weist eine Speichervorrichtung (**26**) auf, die eine beim Hissen der Mastbeleuchtung (**10**) freiwerdende Länge der Energieversorgungsleitung (**15**) in einer Leitungsschlaufe (**15a**) aufnimmt. In dem gezeigten Beispiel ist eine einzelne Leitungsschlaufe (**15a**) vorgesehen, die nach oben hin geöffnet ist. Die Energieversorgungsleitung (**15**) verläuft von einem Fußende des Leitungsträgers (**13**) aus in aufsteigender Richtung bis zum Kopfbereich (**5**) des Mastes, wo sie bevorzugt über eine Klemmvorrichtung oder

in ähnlicher Weise fixiert ist. Gegebenenfalls können nur die zugstabilen Adern oder die in sonstiger Weise vorgesehenen die Zugkräfte aufnehmenden Elemente der Energieversorgungsleitung (**15**) am Mastkopf fixiert sein, beispielsweise durch eine Klemmung.

**[0070]** Im weiteren Verlauf bildet die Energieversorgungsleitung (**15**) vom Mastkopf (**5**) ausgehend die nach unten in den Mast (**1**) hängende Leitungsschlaufe (**15a**), d.h. die Leitung verläuft vom Mastkopf aus zunächst wieder in vertikaler Richtung nach unten und wird im Bereich einer Umlenkvorrichtung (**27**) nach oben zurück geführt, wo sie dann wieder bis zum Mastkopf zurückläuft. Dort wird sie über eine oder mehrere Umlenkrollen zur Außenseite des Mastes (**1**) geführt, von wo aus sie als im Wesentlichen freihängende Leitung bis zu der hissbaren Mastbeleuchtung (**10**) verläuft. An der hissbaren Mastbeleuchtung (**10**) ist die Energieversorgungsleitung (**15**) zur Übertragung der Zugkräfte auf den Ausleger (**3**) fixiert, insbesondere durch klemmendes Fixieren der Tragadern (**31**) am Träger (**24**, **37**).

**[0071]** Zwischen der Fixierstelle im Kopfbereich des Mastes und der Fixierstelle an den hissbaren Teilen ist somit ein beweglicher Leitungsabschnitt der Energieversorgungsleitung (**15**) gebildet, deren freier Teil in der Leitungsschlaufe (**15a**) gespeichert ist. Wenn die Mastbeleuchtung (**10**) herabgelassen wird, verkürzt sich die Leitungsschlaufe (**15a**), wobei die Umlenkvorrichtung (**27**) mit nach oben gezogen wird. Aus der Leitungsschlaufe (**15a**) wird ein Teil der Energieversorgungsleitung (**15**) freigegeben, welcher sich über die Umlenkrollen zur Außenseite des Mastes bewegt und dort hinabläuft.

**[0072]** In dem in **Fig.** 7 gezeigten Beispiel ist die Umlenkvorrichtung (**27**) über Führungselemente in Form von Ringen am Leitungsträger (**13**) axial verschieblich geführt. Sie kann alternativ oder zusätzlich am Mastrohr (**4**) geführt sein oder frei hängen.

**[0073]** Die Umlenkvorrichtung (**27**) ist in dem Beispiel gemäß **Fig.** 7 weiterhin mit einem Hiss-Seil (**14a**) gekoppelt. Das Hiss-Seil (**14a**) ist vom Fußbereich (**7**) aus innerhalb des Mastrohres (**4**) nach oben bis zu einer Umlenkrolle geführt, die mit der Umlenkvorrichtung (**27**) zugfest und im Wesentlichen starr verbunden ist. Von dieser Umlenkrolle aus wird das Hiss-Seil (**14a**) wieder nach unten und zur Öffnung (**47**) im Mastfuß zurück geführt. Somit bildet das Hiss-Seil (**14a**) einen Seilzug, durch welchen eine Zugkraft zum Hissen der Mastbeleuchtung (**10**) auf die Umlenkvorrichtung (**27**) und hierüber in die Leitungsschlaufe (**15a**) übertragen werden kann.

**[0074]** Gemäß einer Abwandlung der **Fig.** 7 kann für das Hissen der Mastbeleuchtung (**10**) und/oder eines Tragkörpers zur Führung einer Fahne (**16**) eine separate Hiss-Vorrichtung (**14**) vorgesehen sein. Diese kann beispielsweise gemäß den in den **Fig.** 1, oder **Fig.** 11 bis **Fig.** 13 gezeigten Varianten ausgebildet sein. Alternativ kann sie in beliebiger anderer Weise ausgebildet sein und insbesondere gemäß der Offenbarung in DE 10 2004 032 153 B3. Es kann sich also um eine Hiss-Vorrichtung handeln, die zumindest teilweise in einer Mastnut angeordnet ist und einen in der Mastnut geführten Schlitten umfasst. Ein Zugseil der Hiss-Vorrichtung (**14**) ist bevorzugt durch den inneren Hohlraum eines Mastrohrs (**4**) nach unten geführt, so dass es gegen äußere Manipulationen gesichert ist.

**[0075]** Bei dem in **Fig.** 7 gezeigten Beispiel kann die Mastbeleuchtung (**10**) drehbar oder stationär angeordnet sein. Bevorzugt ist die Energiezuführungsvorrichtung (**2**) einschließlich der Mastbeleuchtung (**10**), der Speichervorrichtung (**26**) und dem Leitungsträger (**13**) drehbar und insbesondere als ein Stück drehbar. Im Fußbereich (**7**) des Mastes (**1**) kann die Energiezuführungsvorrichtung (**2**) gemäß **Fig.** 7 im Wesentlichen dieselben Komponenten aufweisen, die bereits mit Bezug zu den vorhergehenden Figuren beschrieben worden sind.

**[0076]** In **Fig.** 9 ist eine Führungsschiene (**36**) zur außenseitigen Befestigung an einem Mastrohr (**4**), insbesondere an einem drehbar gelagerten Mastrohr (**4b**) dargestellt. Die Führungsschiene (**36**) umfasst eine Schlittennut (**40**), in der ein Trägerschlitten (**37**) für einen Fahnenträger (**3**) führbar ist. In der Schlittennut (**40**) kann ferner ein Seilzug einer Hiss-Vorrichtung (**14**) geführt sein, insbesondere ein Flaschenzug.

**[0077]** In die Führungsschiene (**36**) ist ferner als integrales Element zumindest eine Leuchtmittelaufnahme (**41**) in Form einer weiteren Führungsnut eingebracht. Diese Führungsnut (**41**) kann zur direkten oder indirekten Aufnahme eines Leuchtmittels ausgebildet sein. Es kann insbesondere ein LED-Streifen in der Führungsnut (**41**) einsetzbar sein. Ferner kann an der Führungsnut (**41**) eine transparente Schutzabdeckung angebracht oder befestigt sein, um ein Leuchtmittel vor Umwelteinflüssen zu schützen. Die Führungsnut (**41**) ist bevorzugt je einmal zu jeder Seite der Schlittennut (**40**) vorgesehen und parallel und mit gleichbleibendem Abstand zur Schlittennut (**40**) angeordnet.

**[0078]** An der Führungsnut (**41**) können an Stelle eines LED-Streifens auch andere Leuchtmittel wie beispielsweise Leuchtstoffröhren, UV-Röhren und dergleichen befestigt werden. Eine Energieversorgung für ein an der Führungsnut (**41**) angebrachtes Leuchtmittel kann auf beliebige Weise erfolgen, insbesondere über die im Leitungsträger (**13**) zum Kopfbereich geführte Energieversorgungsleitung (**15**). Alternativ kann ein separates Anschlusskabel vom Fußbereich des Mastes und insbesondere vom Rotorteil (**18**) der

Drehkupplung (**17**) aus durch das Mastrohr (**4**) zu einer Führungsnut (**41**) geführt sein. Eine in der Führungsnut (**41**) angeordnete oder dort befestigte Fahnenbeleuchtung kann bevorzugt mit einer im Kopfbereich (**5**) angeordneten Mastbeleuchtung (**10**) kombiniert sein. Ferner kann eine Kombination mit einer hissbaren Mastbeleuchtung vorgesehen sein. Die in **Fig.** 9 gezeigte Führungsschiene (**36**) kann insbesondere an einem Mast (**1**) mit drehbarem Mastrohr (**4b**) gemäß **Fig.** 3 Verwendung finden.

**[0079]** **Fig.** 10 zeigt eine weitere bevorzugte Ausführungsform für einen Mastfuß (**7**) mit einem Drehlager (**35b**) zur Aufnahme eines drehbaren Mastrohrs (**4b**). Der Mastfuß (**7**) umfasst eine Bodenplatte (**51**), über die er an einem Fundament (**9**) oder einem anderen stationären stabilen Element befestigt werden kann. An der Bodenplatte (**51**) ist ein Fußrohr (**50**) befestigt, das die Außenkontur des Mastfußes (**7**) bildet. In dem Fußrohr (**50**) ist ein Innenraum (**61**) gebildet, in dem eine Drehkupplung (**17**) gemäß der obigen Beschreibung sowie weitere Teile der Energiezuführungsvorrichtung (**2**) aufgenommen werden können.

**[0080]** Am oberen Ende des Fußrohres (**50**) ist über einen Distanzring (**52**) ein Tragrohr (**53**) fixiert. Am oberen Ende des Tragrohrs (**53**) befindet sich ein Lagerhalter (**54**), der in dem gezeigten Beispiel als separates Bauteil vorgesehen ist. Der Lagerhalter kann alternativ einstückig an das Tragrohr (**53**) anschließen.

**[0081]** Über den Lagerhalter (**54**) wird ein Kugellager (**55**) abgestützt, welches einen ersten Teil der Drehlagerung (**35b**) für das drehbare Mastrohr (**4b**) bildet. Weiter unten an der Außenseite des Tragrohrs (**53**) ist eine Gleitlagerbuchse (**56**) angeordnet, die den zweiten Teil des Drehlagers (**35b**) bildet. Die Gleitlagerbuchse (**56**) wirkt mit einer Lagerhülse (**57**) zusammen. Der äußere Ring des Kugellagers (**55**) und die Lagerhülse (**57**) sind an einem Verbindungsrohr (**58**) befestigt. Auf dieses Verbindungsrohr (**58**) kann das drehbare Mastrohr (**4b**) aufgeschoben werden. Der Mastfuß gemäß **Fig.** 7 kann einschließlich des Drehlagers (**35b**) und des Verbindungsrohrs (**58**) als Modulbaugruppe vorgefertigt sein und mit verschiedenen Formen und Größen von Mastrohren (**4b**) kombiniert werden.

**[0082]** Innerhalb des Tragrohrs (**53**) ist eine Durchführung (**60**) für die Energieversorgungsleitung (**15**) und den Leitungsträger (**13**) vorgesehen. Ferner kann an dem Tragrohr (**53**), hier am unteren Ende, eine Gleitlagerbuchse vorgesehen sein, durch die ein beispielsweise rohrförmiger Leitungsträger (**13**) aufgenommen werden kann. An dem Fußrohr (**50**) kann an einer beliebigen Stelle eine Öffnung (**47**) vorgesehen sein, um den Innenraum (**61**) und die dort angeordneten Teile der Energiezuführungsvorrichtung (**2**) von außen zugänglich zu machen. Die Öffnung (**47**) ist bevorzugt durch eine absperrbare Klappe verschließbar. Das Mastrohr (**4b**) kann beispielsweise durch Schrauben (**59**) auf dem Verbindungsrohr (**58**) befestigt und mit diesem drehfest verbunden werden.

**[0083]** In den **Fig.** 11 bis **Fig.** 13 ist eine weitere Variante für einen Fahnenmast (**1**) mit einer Energiezuführungsvorrichtung (**2**) dargestellt. In dem gezeigten Beispiel weist der Fahnenmast (**1**) ein stationäres, also nicht drehbares, Mastrohr (**4**) auf. Im Kopfbereich ist ein Stützkörper (**8**) drehbar gelagert. Mit dem Stützkörper (**8**) ist drehfest ein Leitungsträger (**13**) verbunden, der sich in Axialrichtung des Mastes nach unten hin zum Mastfuß erstreckt. In dem gezeigten Beispiel ist innerhalb des Leitungsträgers (**13**) eine Speichervorrichtung (**26**) mit einer Leitungsschlaufe (**15a**) angeordnet. Die Leitungsschlaufe (**15a**) ist hier nach unten geöffnet und über eine bewegliche Umlenkvorrichtung (**27**) aufgenommen. Außen am Mastrohr (**4**) ist eine axial verschiebliche Schlittenhülse (**25**) angeordnet, die eine Trägerhülse (**24**) aufnimmt. Die Trägerhülse (**24**) ist gegenüber der Schlittenhülse (**24**) drehbar gelagert. Die Schlittenhülse (**25**) kann gegenüber dem Mastrohr (**4**) drehfest gelagert sein.

**[0084]** Die Schlittenhülse (**25**) wird in dem gezeigten Beispiel durch eine Hiss Vorrichtung (**14**) am Mastrohr (**4**) hochgezogen oder heruntergelassen. Die Hiss-Vorrichtung (**14**) umfasst einen ersten Seilabschnitt, der von der Schlittenhülse (**25**) über eine am Mastkopf (**5**) angeordnete Umlenkrolle zu einer Flasche (**43**) geführt ist. Die Flasche (**43**) ist mit einem Hiss-Seil (**14a**) verbunden, welches sich vom Mastfuß (**7**) zur Flasche (**43**), dann wieder herunter zu einer Umlenkrolle und durch eine Öffnung (**47**) nach Außen hin ziehen lässt. Über das Hiss-Seil (**14a**) kann die Zugkraft zum Hochziehen und/oder Herablassen der Schlittenhülse und aller daran abgestützten Teile aufgebracht werden.

**[0085]** In dem gezeigten Beispiel ist die Umlenkvorrichtung (**27**) über eine Axialführung, bspw. ein Langloch, in dem Leitungsträger (**13**) verschieblich gelagert. Wenn die Umlenkvorrichtung (**27**) nach oben gezogen wird, wird ein Teil der Energieversorgungsleitung (**15**) in der dabei verlängerten Leitungsschlaufe (**15a**) gespeichert. Wenn die Umlenkvorrichtung (**27**) sich nach unten bewegt, wird entsprechend wieder ein Teil der Verbindungsleitung (**15**) aus der Leitungsschlaufe (**15a**) freigegeben. Dieser Teil kann über die weiteren Umlenkrollen am Fußende des Leitungsträgers (**13**) und im Stützkörper (**8**) nach außen aus dem Mast (**1**) heraus und zu einem Verbindungspunkt an der Mastbeleuchtung (**10**) geführt werden.

**[0086]** In dem in **Fig.** 11 bis **Fig.** 13 gezeigten Beispiel ist die Mastbeleuchtung (**10**) über einen Leuchtmittelträger (**11**) an der Trägerhülse (**24**) befestigt und kann zusammen mit dieser in Axialrichtung des Mastes bewegt sowie frei um die Hauptachse des Mas-

tes (**1**) gedreht werden. Zwischen dem Stützkörper (**8**) und der Trägerhülse (**24**) ist ggfs. eine Rotationskoppeleinrichtung (**23**) vorgesehen, die beispielsweise gemäß **Fig.** 5 oder **Fig.** 6 ausgebildet sein kann. Alternativ kann eine beliebige andere Rotationskoppelvorrichtung (**23**) vorgesehen sein. Wiederum alternativ kann auf eine Rotationskoppelvorrichtung (**23**) verzichtet werden und die Energieversorgungsleitung (**15**) kann die Rotationskräfte zwischen dem Träger (**24**) und dem Stützkörper (**8**) übertragen.

**[0087]** Bei der Ausführungsvariante gemäß den **Fig.** 11 bis **Fig.** 13 wird die Speichervorrichtung (**26**) über die separat angeordnete Hiss-Vorrichtung (**14**) mitbewegt, wobei jedoch die Energieversorgungsleitung (**15**) von den Zugkräften zum Hochziehen oder Ablassen der Schlittenhülse (**25**) entkoppelt ist. Die bewegliche Umlenkvorrichtung (**27**) ist über einen Koppel-Seilzug (**42**) mit der Flasche (**43**) der Hiss-Vorrichtung (**14**) gekoppelt. Das Auf- und Abbewegen der Schlittenhülse (**25**) und somit des Fahnenträgers (**3**) und der Beleuchtungsvorrichtung (**10**) wird anhand eines Vergleichs der **Fig.** 11 bis **Fig.** 13 erläutert.

**[0088]** In **Fig.** 11 ist die Schlittenhülse (**25**) in der gehissten Position am Mastkopf angeordnet. Die Zuglast wird über die Hiss-Vorrichtung (**14**) und das Hiss-Seil (**14a**) getragen. Ferner hält der an der Flasche (**43**) befestigte Koppel-Seilzug (**42**) über die Flasche (**44**) die bewegliche Umlenkvorrichtung (**27**) in der gezeigten oberen Grenzlage, in der die Leitungsschlaufe (**15a**) voll ausgebildet ist.

**[0089]** Bei dem in **Fig.** 12 gezeigten Zustand ist das Hiss-Seil (**14a**) so weit freigegeben, dass sich die Schlittenhülse (**25**) um eine Weglänge (2L) aus der oberen Grenzlage nach unten bewegt hat. Hierbei ist die Flasche (**43**) um dieselbe Weglänge (2L) innerhalb des Mastrohrs (**4**) nach oben bewegt worden. Entsprechend wurde an dem Koppel-Seilzug (**42**) eine Seillänge (2L) freigegeben, so dass sich die Flasche (**44**), um eine Weglänge (1L) senken konnte (Übersetzung 1-zu-2). Durch das Absenken der Flasche (**44**) wurde entsprechend eine Verschiebung der Umlenkvorrichtung (**27**) um die Weglänge (1L) nach unten ermöglicht, so dass aus der Leitungsschlaufe (**15a**) ein Teil der dort gespeicherten Energieversorgungsleitung (**15**) mit der Länge (2L) freigegeben wurde. Über den dargestellten Koppel-Seilzug (**42**) und die verschiebliche Umlenkvorrichtung (**27**) wird das obere Ende der Leitungsschlaufe (**15a**) jeweils so weit bewegt, dass genau die benötigte Länge der Energieversorgungsleitung (**15**) freigegeben wird, und sich das mit der Mastbeleuchtung (**10**) verbundene Ende der Energieversorgungsleitung (**15**) lastfrei beim Absenken mitbewegen kann.

**[0090]** In **Fig.** 13 ist ein Zustand dargestellt, bei dem die Schlittenhülse (**25**) und alle daran angeordneten Bauteile voll abgesenkt sind. In dieser Position ist auch die Leitungsschlaufe (**15a**) auf ein Minimum verkürzt. Es ist anzumerken, dass die an der Umlenkvorrichtung (**27**) vorgesehene Umlenkrolle in der untersten Position auch auf gleicher Höhe mit der stationär am Fußende des Leitungsträgers (**13**) angeordneten Umlenkrolle befinden kann. In der in **Fig.** 13 dargestellten Position sind die Schlittenhülse (**25**) mit der darauf befestigten Mastbeleuchtung (**10**), beide Enden der Energieversorgungsleitung (**15**) und alle beweglichen Komponenten der Speichervorrichtung (**26**) am Mastfuß angeordnet. Alle vorgenannten Komponenten können durch die Öffnung (**47**) im Mastrohr (**4**) gewartet werden. Sollte es zu einer Störung oder einem Versagen eines energieführenden Bauteils der Mastbeleuchtung oder der Energiezuführungsvorrichtung kommen, kann in der gezeigten Position eine vollständige Wartung des Systems vom Fußbereich aus durchgeführt werden. Die gesamte Energieversorgungsleitung (**15**) kann beispielsweise unter Einziehen einer neuen Leitung durch die Umlenkvorrichtung (**27**) sowie die sonstigen Umlenkrollen hindurchgezogen werden und vollständig ersetzt werden. Hierfür ist kein Umlegen des Mastes (**1**) und auch kein Aufbau eines Gerüsts erforderlich. Ferner kann die gesamte Mastbeleuchtung (**10**) gewartet oder ersetzt werden. Dasselbe gilt für die elektrische Drehkopplung (**17**) sowie alle sonstigen im Mastfuß angeordneten Bestandteile der Energiezuführungsvorrichtung (**2**).

**[0091]** Bei dem in **Fig.** 11 bis **Fig.** 13 gezeigten Beispiel können sich die Fahnenaufhängung (**3**), die Mastbeleuchtung (**10**), der Stützkörper (**8**), der Leitungsträger (**13**), der Rotor-Teil (**18**) der elektrischen Drehkupplung (**17**) und die verschieblich gelagerte Umlenkvorrichtung (**27**) gemeinsam drehen. Alle Komponenten der Hiss-Vorrichtung sowie der Energiezuführungsvorrichtung (**2**) sind innerhalb des Mastrohrs angeordnet und geführt und treten nur im Kopfbereich oder im Fußbereich nach außen. Somit ist die gesamte Konstruktion gegen Vandalismus gesichert. Zwischen der verschieblichen Umlenkvorrichtung (**27**) und der Flasche (**44**) des Koppel-Seilzugs (**42**) kann ein Drehlager (**45**) vorgesehen sein. Die Flasche (**44**) kann ferner gegebenenfalls über eine Axialführung (**46**) gegenüber dem Mastrohr (**4**) drehfest und axial verschieblich gelagert sein.

**[0092]** Mit dem in **Fig.** 11 bis **Fig.** 13 dargestellten Hiss- und Beleuchtungssystem können auch besonders große Fahnenmaste für besonders großflächige Fahnen oder andere zu hissende Elemente mit einer drehbaren und hissbaren Mastbeleuchtung ausgestattet werden. Das System weist eine hohe Lebensdauer auf, da alle verschleißanfälligen Teile sicher im Mastinneren platziert und so vor Umwelteinflüssen geschützt sind.

**[0093]** Abwandlungen der Erfindung sind in verschiedener Weise möglich. Alle zu den vorgenannten und in den Zeichnungen dargestellten Ausführungsbeispielen offenbarten Merkmale können in beliebiger Weise miteinander kombiniert, gegeneinander ersetzt, ergänzt oder weggelassen werden. Durch entsprechende Kombination der vorgenannten Merkmale sind drehbare sowie nicht drehbare Mastbeleuchtungen für drehbare sowie nicht drehbare Träger (**24**, **37**) möglich. Diese können in beliebiger Weise an stationären (d.h. nicht drehbaren) Mastrohren (**4**, **4a**) oder an drehbaren Mastrohren (**4**, **4b**) angeordnet werden. Eine Mastbeleuchtung (**10**) kann für jede der vorgenannten Kombinationen hissbar ausgebildet oder stationär am Mastkopf angeordnet sein. Für ein zu hissendes Element, insbesondere eine Fahne (**16**), und eine hissbare Beleuchtung (**10**) kann ein gemeinsames Hiss-System (vgl. **Fig.** 11 bis **Fig.** 13) vorgesehen sein. Alternativ können separate Hiss-Systeme mit beispielsweise zwei übereinander angeordneten Schlittenhülsen (**25**) und/oder Trägerschlitten (**37**) vorgesehen sein. Die Mastbeleuchtung (**10**) kann dabei eine beliebige Relativlage gegenüber dem Mast (**1**) und einem gehissten Element haben. Insbesondere sind beliebige Kombinationen möglich aus einem Leuchtmittel, das über oder an einem Fahnenausleger (**3**) angeordnet ist, einem Leuchtmittel, das am Mast (**1**) angeordnet und zum gehissten Element hingerichtet ist, sowie einem gegebenenfalls am gehissten Element selbst angeordneten Leuchtmittel. Ferner kann ein gehisstes Element selbst ein Leuchtmittel sein, beispielsweise eine Fahne in Form einer Leuchtfolie oder ein beleuchtetes Schild.

**[0094]** Durch eine Energieversorgungsleitung (**15**) können alternativ oder zusätzlich zu einer Mastbeleuchtung (**10**) beliebige andere Verbraucher oder Erzeuger, die im Kopfbereich des Mastes (**1**) und/oder an einem hissbaren Träger (**24**, **37**) angeordnet sind, mit dem Mastfuß verbunden werden. Beispielsweise können an dem Stützkörper (**8**) und/oder über eines der Trägerelemente (**24**, **37**) Solarelemente zur Energieerzeugung angeordnet sein, die mit im Mastfuß oder an beliebiger sonstiger Stelle angeordneten Akkumulatoren verbunden sind. Die Akkumulatoren können bspw. mit auf der Schiene (**38**) angeordnet sein. Ferner können an der genannten Position andere Verbraucher wie Leuchtschriften, LED-Schriftenpaneele, Seifenblasenerzeuger oder auch zusätzliche Beleuchtungselemente zur Ausleuchtung der Mastumgebung angeordnet sein. Diese können ebenfalls über die Energieversorgungsleitung (**15**) mit anderen energieführenden Komponenten im Mastfuß verbunden sein. Schließlich kann an dem Mast (**1**) ein Motor angeordnet sein, über den die Mastbeleuchtung (**10**) und/oder ein drehbarer Teil (**4b**) des Mastes (**1**) in eine gewünschte Lage gebracht werden kann.

**[0095]** Eine Netzanschlussleitung (**20**) wird bevorzugt durch eine Öffnung in der Bodenplatte (**51**) aus dem Innenraum (**61**) des Mastfußes (**7**) in ein Fundament (**9**) und von dort unterirdisch zu einer Stromquelle (**33**) oder einem Anschluss an das Versorgungsnetz geführt (vgl. **Fig.** 7). Alternativ kann ein Netzanschlusskabel (**20**) überirdisch in den Mastfuß (**7**) eingeleitet werden.

**[0096]** In Abwandlung zur **Fig.** 7 bzw. zu den **Fig.** 11 bis **Fig.** 13 kann eine Leitungsschlaufe (**15a**) durch ein Gewicht (**28**) belastet sein, so dass sichergestellt ist, dass beim Hissen einer Mastbeleuchtung (**10**) eine freiwerdende Länge der Energieversorgungsleitung (**15**) in der Leitungsschlaufe (**15a**) gespeichert wird. Es kann dabei eine separate Hiss-Vorrichtung für die Mastbeleuchtung (**10**) vorgesehen sein, so dass durch die Energieversorgungsleitung (**15**) nur deren Eigengewicht sowie die Last des Gewichtes (**28**) aufzunehmen sind.

Bezugszeichenliste

| | |
|---|---|
| **1** | Mast / Fahnenmast |
| **2** | Energiezuführungsvorrichtung |
| **3** | Fahnenhalterung / Ausleger |
| **4** | Mastrohr |
| **4a** | Stationäres Mastrohr |
| **4b** | Drehbares Mastrohr |
| **5** | Mastkopf / Kopfbereich |
| **6** | Mittelbereich |
| **7** | Mastfuß / Fußbereich |
| **8** | Stützkörper / Mastkappe |
| **9** | Fundament / Bodenhalterung |
| **10** | Mastbeleuchtung |
| **11** | Leuchtmittelträger |
| **12** | Leuchtmittel |
| **13** | Leitungsträger / Kabelträger |
| **14** | Hiss-Vorrichtung |
| **14a** | Hiss-Seil |
| **15** | Energieversorgungsleitung / Kabel |
| **15a** | Leitungsschlaufe |
| **16** | Fahne |
| **17** | Elektrische Drehkupplung |
| **18** | Rotor-Teil |
| **19** | Stator-Teil |
| **20** | Netzanschlusskabel |
| **21** | Steckverbindung |
| **22** | Verbindungselement |
| **23** | Rotationskoppeleinrichtung |
| **23a** | Schrägführung |
| **23b** | Klinkenmechanismus |
| **24** | Trägerhülse / Träger |
| **25** | Schlittenhülse |
| **26** | Speichervorrichtung |
| **27** | Verschiebliche Umlenkvorrichtung |
| **28** | Gewicht |
| **29** | Führungsmittel / Führungsring |
| **30** | Elektrische Ader – zugelastisch |
| **31** | Tragader / Seele – zugstabil |

**32** Hülle / Isolator
**33** Stromquelle / Versorgungsnetz
**34** Energiewandler / Netzgerät / Trafo
**35a** Drehgelenk am Mastkopf
**35b** Drehgelenk am Mastfuß
**36** Führungsschiene
**37** Trägerschlitten / Träger
**38** Schiene
**39** Klemmkontakt
**40** Schlittennut
**41** Leuchtmittelaufnahme / LED-Streifen Führungsnut
**42** Koppel-Seilzug
**43** Flasche
**44** Flasche
**45** Drehlager
**46** Axialführung
**47** Öffnung
**48** Verbindungsrohr
**49** Hülse
**50** Fußrohr
**51** Bodenplatte
**52** Distanzring
**53** Tragrohr
**54** Lagerhalter
**55** Kugellager
**56** Gleitlagerbuchse
**57** Lagerhülse
**58** Verbindungsrohr
**59** Schraube
**60** Durchführung
**61** Innenraum
**L** Hublänge

## ZITATE ENTHALTEN IN DER BESCHREIBUNG

*Diese Liste der vom Anmelder aufgeführten Dokumente wurde automatisiert erzeugt und ist ausschließlich zur besseren Information des Lesers aufgenommen. Die Liste ist nicht Bestandteil der deutschen Patent- bzw. Gebrauchsmusteranmeldung. Das DPMA übernimmt keinerlei Haftung für etwaige Fehler oder Auslassungen.*

### Zitierte Patentliteratur

- DE 29618542 [0002]
- DE 10323306 A1 [0003]
- DE 202007001082 U1 [0004]
- DE 202010011983 U1 [0005]
- DE 29519098 U1 [0006]
- DE 202011106901 U1 [0006]
- DE 202011102886 U1 [0006]
- DE 202005021297 U1 [0006]
- JP 2000010515 A [0006]
- DE 102004032153 B3 [0074]

## Schutzansprüche

1. Energiezuführungsvorrichtung für eine drehbare Mastbeleuchtung (**10**) mit einem am Kopfbereich (**5**) eines Mastes (**1**) abgestützten drehbaren Stützkörper (**8**) zur Unterstützung einer Mastbeleuchtung (**10**) und einem in den Mast (**1**) einführbaren Leitungsträger (**13**), wobei der Leitungsträger (**13**) drehfest mit dem Stützkörper (**8**) verbunden ist und eine Energieversorgungsleitung (**15**) führt.

2. Energiezuführungsvorrichtung nach Anspruch 1, **dadurch gekennzeichnet,** dass die Mastbeleuchtung (**10**) hissbar ausgebildet ist und die Energiezuführungsvorrichtung (**2**) eine Speichervorrichtung (**26**) aufweist, die eine beim Hissen der Mastbeleuchtung (**10**) freiwerdende Länge der Energieversorgungsleitung (**15**) in Form mindestens einer Leitungsschlaufe (**15a**) aufnimmt.

3. Energiezuführungsvorrichtung für eine hissbare Mastbeleuchtung (**10**), wobei die Energiezuführungsvorrichtung (**2**) eine Speichervorrichtung (**26**) aufweist, die eine beim Hissen der Mastbeleuchtung (**10**) freiwerdende Länge einer Energieversorgungsleitung (**15**) in Form mindestens einer Leitungsschlaufe (**15a**) aufnimmt.

4. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Energieversorgungsleitung (**15**) von dem am Fußbereich (**7**) des Mastes (**1**) gelegenen Ende (Fußende) des Leitungsträgers (**13**) bis zum Stützkörper (**8**) als unterbrechungsfreie Leitung geführt ist.

5. Energiezuführungsvorrichtung nach einem der Ansprüche 1 oder 2, **dadurch gekennzeichnet,** dass die Energiezuführungsvorrichtung (**2**) eine mit dem Fußende des Leitungsträgers (**13**) verbindbare elektrische Drehkupplung (**17**) aufweist.

6. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Drehkupplung (**17**) im Mastfuß (**7**) angeordnet ist.

7. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Drehkupplung (**17**) in Axialrichtung des Mastes (**1**) verschieblich angeordnet ist.

8. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Drehkupplung (**17**) ein separates und austauschfähiges Bauelement ist.

9. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass ein Rotorteil (**18**) der Drehkupplung (**17**) drehfest mit dem Fußende des Leitungsträgers (**13**) verbindbar ist, insbesondere durch ein Verbindungselement (**22**) in Form einer Klemmverbindung oder eine Schiebehülse.

10. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die durch den Leitungsträger (**13**) geführte Energieversorgungsleitung (**15**) am Fußende des Leitungsträgers (**13**) über eine elektrische Steckverbindung (**21**) mit der elektrischen Drehkupplung (**17**) verbindbar ist.

11. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass der Stützkörper (**8**) einen Leuchtmittelträger (**11**), insbesondere einen Galgen, zur Aufnahme mindestens eines Leuchtmittels (**12**) umfasst.

12. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass an dem Stützkörper (**8**) eine Rotationskoppeleinrichtung (**23**) vorgesehen ist, um die Drehbewegung des Stützkörpers (**8**) mit einer Drehbewegung einer Trägerhülse (**24**) zu verbinden, die drehbar und axial verschieblich am Mast (**1**) gelagert ist.

13. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Energiezuführungsvorrichtung, insbesondere die Rotationskoppeleinrichtung (**23**), eine Führungsvorrichtung aufweist, um eine gewünschte Soll-Drehlage zwischen dem Stützkörper (**8**) und der Trägerhülse (**24**) herzustellen.

14. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Führungsvorrichtung eine Schrägführung (**23a**) ist, die die Trägerhülse (**24**) und den Stützkörper (**8**) bei axialer Annäherung in eine vorgegebene Relativlage bringt.

15. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Führungsvorrichtung eine einseitige Bewegungssperre, insbesondere ein Klinkenmechanismus (**23a**) ist, der eine Relativdrehung zwischen der Trägerhülse (**24**) und dem Beleuchtungshalter (**8**) nur zu einer vorgegebenen Soll-Lage hin zulässt und den Stützkörper (**8**) und die Trägerhülse (**24**) in der Soll-Drehlage zueinander fixiert, sobald diese erreicht ist.

16. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass an dem Beleuchtungshalter (**8**) ein mit der Energieversorgungsleitung (**15**) verbundener elektrischer Klemmkontakt (**39**) angeordnet ist.

17. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekenn-**

**zeichnet,** dass die Speichervorrichtung (**26**) eine in Mastrichtung verschiebliche Umlenkvorrichtung (**27**) zur Aufnahme und Führung mindestens einer Leitungsschlaufe (**15a**) aufweist.

18. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Umlenkvorrichtung (**27**) am oder im Leitungsträger (**13**) geführt ist.

19. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Leitungsschlaufe (**15a**) nach oben hin geöffnet ist.

20. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Leitungsschlaufe (**15a**) nach unten hin geöffnet ist.

21. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Umlenkvorrichtung (**27**) durch ein Gewicht (**28**) einseitig belastet ist, um die Leitungsschlaufe (**15a**) zu spannen.

22. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Umlenkvorrichtung (**27**) mit einem Hiss-Seil (**14a**) gekoppelt ist, insbesondere durch einen Seilzug.

23. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass das Hiss-Seil (**14a**) eine zum Hissen benötigte Zugkraft auf die Leitungsschlaufe (**15a**) überträgt und eine Trägerhülse (**24**) oder ein Trägerschlitten (**37**) über die Energieversorgungsleitung (**15**) am Mast (**1**) hochgezogen wird.

24. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Energieversorgungsleitung (**15**) zumindest ein biegeelastisches und zugstabiles Zugmittel umfasst, insbesondere eine Tragader (**31**).

25. Energiezuführungsvorrichtung nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die Umlenkvorrichtung (**27**) über einen separaten Koppel-Seilzug mit einer Hiss-Vorrichtung (**14**) verbunden und durch diese angetrieben ist.

26. Mast, insbesondere Fahnenmast, mit einer Hiss-Vorrichtung (**14**), einem stationär angeordneten Mastfuß (**7**) und einem an dem Mastfuß (**7**) über ein Drehgelenk (**35b**) drehbar gelagerten Mastrohr (**4b**), **dadurch gekennzeichnet,** dass der Mast eine im Mastfuß (**7**) und unterhalb des Drehgelenks (**35b**) angeordnete elektrische Drehkupplung (**17**) aufweist.

27. Mast nach Anspruch 26, **dadurch gekennzeichnet,** dass ein Rotorteil (**18**) der Drehkupplung (**17**) mit einer innen durch das Drehgelenk (**35b**) hindurchgeführten elektrischen Versorgungsleitung (**15**) für eine Mastbeleuchtung (**10**) verbunden ist.

28. Mast, insbesondere Fahnenmast, mit einer Hiss-Vorrichtung (**14**) und einer Mastbeleuchtung (**10**), **dadurch gekennzeichnet,** dass der Mast (**1**) eine Energiezuführungsvorrichtung (**2**) nach einem der vorhergehenden Ansprüche aufweist.

29. Mast nach dem vorhergehenden Anspruch, **dadurch gekennzeichnet,** dass die Hiss-Vorrichtung (**14**) eine außen am Mastrohr (**4**) geführte Trägerhülse (**24**) oder einen Trägerschlitten (**37**) bewegt, woran bevorzugt zumindest eine Fahnenhalterung (**3**) und ggfs. eine Fahne (**16**) befestigt ist.

30. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass eine Mastbeleuchtung (**10**) mit einer Trägerhülse (**24**) oder einem Trägerschlitten (**37**) hissbar ist.

31. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass der Mast drehfest mit einem Fundament verbunden ist und am Mastkopf (**5**) einen drehbar gelagerten Beleuchtungsträger (**8**) aufweist.

32. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass der Mast (**1**) mehrteilig ausgebildet ist, wobei der Mastfuß (**7**) über ein Fundament (**9**) stationär angeordnet und über ein Drehlager mit einem oberen drehbaren Mastteil verbunden ist.

33. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass ein Netzanschlusskabel (**20**) durch das Fundament (**9**) in den Mastfuß (**7**) geführt ist.

34. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass im Mastfuß (**7**) eine elektrische Drehkopplung (**17**) angeordnet ist, deren Statorteil (**19**) drehfest gegenüber dem Mastfuß (**7**) gelagert ist.

35. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass die elektrische Drehkopplung (**17**) in Axialrichtung des Mastfußes (**7**) verschieblich gelagert ist.

36. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass im Mastfuß (**7**) ein Energiewandler (**34**) angeordnet ist, insbesondere ein Netzgerät zur Versorgung der Mastbeleuchtung (**10**).

37. Mast nach einem der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** dass der Mast eine Führungsschiene (**36**) mit einer Schlittennut (**40**) zur Führung eines Trägerschlittens (**37**) aufweist, wobei die Führungsschiene zumindest eine neben der Schlittennut (**40**) verlaufende Leuchtmittelaufnahme (**41**), insbesondere eine Führungsnut zur Aufnahme eines LED-Streifens aufweist.

Es folgen 5 Seiten Zeichnungen

**Anhängende Zeichnungen**

**Fig. 1**



Fig. 2




Fig. 3




Fig. 4




Fig. 5




Fig. 6



**Fig. 7**



**Fig. 8**




**Fig. 10**




**Fig. 9**






Fig. 11




Fig. 12




Fig. 13