# EXHIBIT 6

1 The examination is being carried out on the **following application documents**

**Description, Pages**

1-19 as originally filed

**Claims, Numbers**

1-15 as originally filed

**Drawings, Sheets**

1/17-17/17 as originally filed

2 Lack of clarity, Article 84 EPC

2.1 Claims 1, 4 and 9 (products) as well as 10 and 13 (methods) have been drafted as separate independent claims.

Under Article 84 in combination with Rule 43(2) EPC, an application may contain more than one independent claim in a particular category only if the subject matter claimed falls within one or more of the exceptional situations set out in paragraph (a), (b) or (c) of Rule 43(2) EPC. This is not the case in the present application.

The search has been restricted to the subject matter indicated by the applicant in his letter of 29.08.2025 filed in reply to the invitation pursuant to Rule 62a(1) EPC, namely claims 4-8 and 10-12.

**The applicant's attention is drawn to the fact that the application will be further prosecuted on the basis of subject matter for which a search has been carried out and that the claims should be limited to that subject matter at a later stage of the proceedings (Rule 62a(2) EPC).**

2.2 The claims only refer to a sun shade assembly, but in the description on page 1, second paragraph the technical field describes a **self-adjusting** sun shade assembly. Therefore the claims are not supported by the description as required by Article 84 EPC, as its scope is broader than justified by the description and drawings.

3 Amendments, Article 76(1) EPC

3.1 It is a divisional application in the sense of Article 76 EPC of the earlier European patent application No. 20 856 803.0.

3.2 The content of the present Application extends beyond the content of the parent application as filed, contrary to Article 76(1) EPC:

In the description of the parent application on page 2 the sun-shade assembly is described with more features as in the present application, that have also not presented as optional. Claims 4 and 10 of the present application only disclose "at least one rib" and not as in the parent application "a pair of ribs". Furthermore the claims 4 and 10 do neither disclose that the sail comprises a channel to house each rib nor a pivot cap or at least one support arm or a slider or a tension adjuster.

3.3 Reference is made to the following documents; the numbering will be adhered to in the rest of the procedure.

D1 US 2013/019794 A1 (NEAL TERRELL [US]) 24 January 2013 (2013-01-24)

D2 DE 20 2014 103145 U1 (ALFA GMBH FAHNEN UND LICHTMASTEN [DE]) 12 October 2015 (2015-10-12)

D3 DE 203 03 861 U1 (SENSENWERK SONNLEITHNER GES M [AT]) 8 May 2003 (2003-05-08)

4 Lack of novelty, Article 54(1) and (2) EPC

4.1 The present application does not meet the requirements of Article 52(1) EPC, because the subject matter of claims 4 and 10 is not new in the sense of Article 54(1) and (2) EPC.

4.2 Independent claim 4:

Document D1 (the expressions in brackets refer to this document) discloses

a sun shade assembly (see fig 5, it has to be noted that the flag also provides shade) comprising:
a mast ("rod" 1) configured to extend upwardly from a supporting surface, and having a top end and a bottom end (see fig 5);

at least one rib (the rod to which the flag is attached) located proximate the top end of said mast, and configured to rotate relative to the supporting surface;
a sail (the flag in fig 5) having a proximal edge secured to said rib and an unrestrained free edge adapted to unfurl in response to blowing of the wind, and wherein an entire surface area of said sail is unrestrained from the proximal edge to the free edge; and
when unfurled, said sail and rib are adapted to rotate together to a direction of the blowing wind (see [0028]).

The subject matter of claim 4 is therefore already known from document D1.

4.3 The same reasoning applies mutatis mutandis to the corresponding method claim 10, which defines a method of using the sunshade assembly comprising all features of claim 4.

4.4 Furthermore the features of the claims 4 and 10 are also disclosed in document D2 (see fig 2 and [0045]).

4.5 The additional features of dependent claims 5, 7 and 8 are also disclosed in document D1 or D2:

D1: 7 (see fig 1), 8 ("tube" 2)

D2: 5 ("Trägerhülse" 24)

Therefore the subject matter of these claims is also not new.

5 Lack of inventive step, Article 56 EPC

5.1 The feature of dependent claims 6 and 11 has already been employed for the same purpose in a similar sunshade (see D3, fig 1 and 2, "Rückstellfeder" 12). It would therefore be obvious to the person skilled in the art to apply this feature with corresponding effect to a sunshade assembly according to D2, thus arriving at a sunshade according to claims 6 and 11.

5.2 In claim 11 it has not been clarified how the rotation is adjustably controlled. Therefore it is also possible that a user holds the flag as described in D1 so that it can not or only slowly rotate. Therefore the solution proposed in claim 11 comes within the scope of the customary practice followed by persons skilled in the art, especially as the advantages thus achieved can be readily contemplated in advance. Consequently, the subject matter of this claim appears to lack an inventive step (Articles 52(1) and 56 EPC).

5.3 In claim 12, a slight constructional change in the method of claim 10 is suggested which comes within the scope of the customary practice followed by persons skilled in the art, especially as the advantages thus achieved can be readily contemplated in advance. Consequently, the subject matter of claim 12 also appears to lack an inventive step.

6 Upon the continuation of the procedure, the Applicant is invited to take account of the following points:

6.1 Should the Applicant think of a combination of features not disclosed in any of the documents cited in the search report, a new independent claim may be drafted to include these features, bearing in mind that the features known in combination in D1 should be placed in the preamble of such a claim in accordance with Rule 43(1) EPC. In addition, **the problem and the advantages resulting from the combination of features should be mentioned by the applicant**.

6.2 To meet the requirements of Rule 43 (1) EPC, the independent claims should be properly cast in the two part form, with those features which in combination are part of the prior art being placed in the preamble (see document D1).

6.3 In the event of new claims being filed, the description must be brought into conformity with such new claims; care should be taken during revision, especially of the introductory portion including any statements of problem or advantage, not to add subject matter which extends beyond the content of the application as originally filed (Article 123 (2) EPC).

6.4 To meet the requirements of Rule 42(1)(b) EPC, document D1 should be identified in the description and the relevant background art disclosed therein should be briefly discussed.

6.5 In order to expedite the procedure and to facilitate the examination of the conformity of the amended application with the requirements of Article 123(2) EPC, the applicant is requested to clearly identify all amendments carried out, irrespective of whether they concern amendments by addition, replacement or deletion, and to indicate on which passages of the original application each of these amendments are based (EPO-Guidelines H-III, 2.2, second sentence).

CLAIMS:

1. A sun shade assembly comprising:

a mast configured to extend upwardly from a supporting surface;

a pair of pivoted ribs carried by said mast and configured to rotate relative to the supporting surface, and said pivoted ribs adapted to lift outwardly from said mast at respective pivot points into an unfolded condition and to lower at respective pivot points from the unfolded condition to a folded condition alongside said mast;

a cap located at a top end of said mast, and wherein the first ends of said pivoted ribs are attached to said cap;

a sail having a proximal edge secured to each of said pivoted ribs, and an unrestrained free edge opposite the proximate edge;

whereby said sail is unfolded by lifting said pivot ribs outwardly from said mast from the folded condition into the unfolded condition such that the unrestrained free edge of said sail unfurls in response to blowing of the wind, and wherein said sail and ribs rotate together to a direction of the blowing wind; and

a tension adjuster adapted for adjusting pivot tension of said cap, thereby controlling rotation of said sail and ribs in response to blowing of the wind.

2. The assembly of claim 1, and comprising an anchor located at a bottom end of said mast.

3. The assembly of claim 1, and comprising at least one handle for gripping said mast.

4. A sun shade assembly comprising:

a mast configured to extend upwardly from a supporting surface, and having a top end and a bottom end;

at least one rib located proximate the top end of said mast, and configured to rotate relative to the supporting surface;

a sail having a proximal edge secured to said rib and an unrestrained free edge adapted to unfurl in response to blowing of the wind, and wherein an entire surface area of said sail is unrestrained from the proximal edge to the free edge; and

when unfurled, said sail and rib are adapted to rotate together to a direction of the blowing wind.

5. The assembly of claim 4, wherein said at least one rib is attached to a cap located at the top end of said mast.

6. The assembly of claim 5, further comprising a tension adjuster adapted for adjusting pivot tension of said cap, thereby controlling rotation of said sail and rib in response to blowing of the wind.

7. The assembly of claim 4, and comprising an anchor located at the bottom end of said mast.

8. The assembly of claim 4, and comprising at least one handle for gripping said mast.

9. A sun shade assembly comprising:

a mast configured to extend upwardly from a supporting surface, and having a top end and a bottom end;

a pair of pivoted ribs pivotably attached proximate the top end of said mast, and configured to rotate relative to the supporting surface;

a sail having a proximal edge defining a channel sized and shaped to receive each of said pivoted ribs, and an unrestrained free edge adapted to unfurl in response to blowing of the wind;

a slider configured to move up and down said mast, and operatively actuating said pivoted ribs such:

(i) that raising said slider on said mast causes said pivoted ribs to open outwardly from a folded condition into an unfolded condition thereby unfolding said sail, such that when unfolded said sail unfurls in response to blowing of the wind and rotates together with said pivoted ribs to a direction of the blowing wind; and

(ii) lowering said slider on said mast causes said pivoted ribs to fold downwardly into the folded condition adjacent said mast, such that said sail is folded for storage.

10. A method of using a sunshade assembly, the method comprising:

extending a mast of the sunshade assembly upwardly from a supporting surface, the sunshade assembly further comprising a rib carried by the mast and configured to rotate relative to the supporting surface, and a sail having a proximal edge secured to the rib and an unrestrained free edge opposite the proximate edge, and wherein an entire surface area of the sail is unrestrained from the proximal edge to the free edge;

unfurling the unrestrained free edge of the sail in response to blowing of the wind; and

when the sail is unfurled, enabling the sail and rib to rotate together to a direction of the blowing wind.

11. The method according to claim 10, and comprising adjustably controlling rotation of the sail and rib in response to blowing of the wind.

12. The method according to claim 10, and comprising lowering the rib to a folded condition alongside the mast, thereby folding the sail for storage.

13. A method of using a sunshade assembly, the method comprising:

extending a mast of the sunshade assembly upwardly from a supporting surface, the sunshade assembly further comprising a pair of pivoted ribs carried by the mast and configured to rotate relative to the supporting surface, and a sail having a proximal edge secured to each of the pivoted ribs and an unrestrained free edge opposite the proximate edge;

lifting the pivoted ribs outwardly from the mast at respective pivot points from a folded condition alongside the mast into an unfolded condition, such that in the unfolded condition the unrestrained free edge of the sail unfurls in response to blowing of the wind; and

when the sail is unfurled, enabling the sail and pivoted ribs to rotate together relative to the mast to a direction of the blowing wind.

14. The method according to claim 13, and comprising adjustably controlling rotation of the sail and pivoted ribs in response to blowing of the wind.

15. The method according to claim 13, and comprising lowering the pivoted ribs from the unfolded condition to the folded condition alongside the mast, thereby folding the sail for storage.