# EXHIBIT 7

shoreshade®

MAKE SHADE A BREEZE.

@shoreshade ShoreShade

www.shoreshadesails.com

# Set Up Instructions

MAKE SHADE A BREEZE.

**Step 1.** Sand Tool: Push, twist, fling!



Note: Repeat until handle of sand tool is flush with the ground.

**Step 2.** Extend pole, close latch, slide up, and insert pin!



**Step 3.** Align with wind, firmly place into hole, attach cup holders, and enjoy!



**No Wind** Lower pole height halfway, hook bungees to corners, push stakes into ground.



Copyright © 2026 ShoreShade

# Set Up Instructions

## What's Included

1. ShoreShade (1)
2. Carrying Bag (1)
3. Stakes + Bungees (2)
4. Sand Tool (1)
5. Cup Holders (2)



1.



2.



3.



4.



5.

# Scan for Set Up Video

