**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| SOLBELLO, INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:25-cv-00267 |
| SHORESHADE, LLC, | * | |
| Defendant. | * | |

## ORDER

Presently before the Court is Defendant ShoreShade LLC's Motion to Stay Pending Post Grant Review Proceedings. (Doc. __.) Upon consideration of the Motion to Stay, and finding good cause exists to grant the Motion, it is hereby **ORDERED** that the Motion to Stay is **GRANTED**. All discovery and discovery-related deadlines applying in this action to Defendants are hereby stayed. The parties shall submit a joint report to the Court within 21 days after the final resolution of the PGR, including any appeals.

Dated this ________ day of ____, 2026.

______________________________
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA