IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Solbello, Inc., Plaintiff | ) | CIVIL ACTION FILE NO.: 1:25-cv-00267-JRH-BKE |
| v. | ) | |
| ShoreShade LLC, Defendant | ) | |

**PLAINTIFF AND DEFENDANT'S JOINT CLAIM CONSTRUCTION STATEMENT**

Solbello, Inc. ("Solbello") and ShoreShade LLC ("ShoreShade") hereby submit this Joint Claim Construction Statement providing the information required under this Court's May 26, 2026, Scheduling Order and N.D. Cal. Local Patent Rule 4-3.

## I. Local Rule 4-3(a): Proposed Constructions on Which the Parties Agree.

The parties agree on the following construction for the following terms:

- "anchor": "any element that provides weight and/or a mechanism by which to secure assembly into a support surface."
- "rotate together to a direction of the blowing wind": "turn as a unit in response to the wind to the direction in which the wind is blowing."

Otherwise, the parties have reached no agreement on a proposed construction for any of the claim terms in U.S. Patent No. RE50606 E (the "'606 Patent"), the patent asserted in this case.

## II. Local Rule 4-3(b): Proposed Constructions in Dispute.

Attached as Exhibit 1 is a table setting forth the parties' proposed constructions of the disputed claim terms in the '606 Patent.[1]

Attached as Exhibit 2 are Solbello's proposed constructions of asserted claim terms in the '606 Patent, including an identification of the primary supporting intrinsic and extrinsic evidence as required by Local Rule 4-3(b).

Attached as Exhibit 3 are ShoreShade's proposed constructions of asserted claim terms in the '606 Patent, including an identification of the primary supporting intrinsic and extrinsic evidence as required by Local Rule 4-3(b).

## III. Local Rule 4-3(c): Most Significant Terms.

The parties agree that the following disputed terms of the '606 Patent are the most significant for the purposes of this litigation:

- Whether preamble is limiting
- Pivot cap
- At least one rib … configured to rotate relative to the supporting surface
- Freely rotate about the mast

Solbello further believes that the following term is also most significant for purposes of the litigation:

- Sun shade assembly

[1] Where Exhibits 1 and 3 define a term for an independent claim, that definition applies equally to any asserted dependent claim that incorporates the same term. For example, the term "sun shade assembly" will be construed for independent claim 44, as well as for its asserted dependent claims 45 and 47.

Solbello does not believe the construction of any of these terms will be case or claim dispositive.

ShoreShade further believes that the following terms are also most significant for purposes of the litigation:

- Cap
- Sail
- Self-adjusts in response to the blowing of the wind

ShoreShade believes that interpretation of the claim terms that it submits are most significant will be dispositive of at least Plaintiff's allegations of literal infringement.

## IV. Local Rule 4-3(d): Anticipated Length of Time Necessary for Claim Construction Hearing.

At this time, the parties estimate that approximately 2 hours are needed for the claim construction hearing.

## V. Local Rule 4-3(e): Witnesses.

At this time, the parties do not propose calling any fact or expert witnesses live at the claim construction hearing for purposes of supporting their proposed claim constructions for the disputed terms. Should there be a change in the parties' views on this issue, they will apprise the Court accordingly.

## VI. Local Rule 4-3(f): Factual Findings.

At this time, the parties do not plan on requesting factual findings related to claim construction from the Court. Should there be a change in the parties' views on this issue, they will apprise the Court accordingly.

This the 21st of September, 2026.

*/s/ Joseph A. Schouten*
Joseph A. Schouten*
N.C. State Bar I.D. No.: 39430
E-mail: docket@wardandsmith.com
E-mail: jas@wardandsmith.com
Payton Collier Bullard*
N.C. State Bar I.D. No.: 56731
E-mail: pcbullard@wardandsmith.com
Gavin B. Parsons*
N.C. State Bar I.D. No.: 28013
E-mail: gbparsons@wardandsmith.com
Mark S. Wigley*
N.C. State Bar I.D. No.: 63599
E-mail: mswigley@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: (919) 277-9100
Facsimile: (919) 277-9177

*/s/ Christopher A. Cosper*
Christopher A. Cosper
Ga. State Bar I.D. No.: 142020
E-mail: ccosper@hullbarrett.com
For the firm of
Hull Barrett, PC
801 Broad Street, 7th Floor
Augusta, GA 30901
Telephone: (706) 722-4481
Facsimile: (706) 722-9779

*Attorneys for Plaintiff Solbello, Inc.*

*/s/ Craig N. Killen*
**Lucas A. Westby**
GA Bar No. 594008
lucas.westby@nelsonmullins.com
**Megan Walker Burton**
GA Bar No. 525103
megan.burton@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP 201 17th Street NW Suite 1700 Atlanta, GA 30363

**Craig N. Killen***
craig.killen@nelsonmullins.com
SC Bar No. 65464
**Jonathan D. Todd***
SC Bar No. 103758
jonathan.todd@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

*Attorneys for Defendant ShoreShade LLC*

* *Admitted Pro Hac Vice*

**Certificate of Service**

I hereby certify that on September 21, 2026, I served the foregoing document to the following individuals by electronic mail at the following addresses which are the last addresses known to me:

Lucas A. Westby
E-mail: lucas.westby@nelsonmullins.com
Megan Walker Burton
Email: megan.burton@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Craig N. Killen
Email: craig.killen@nelsonmullins.com
Jonathan D. Todd
Email: jonathan.todd@nelsonmullins.com
Nelson, Mullins, Riley & Scarborough, LLP
One Wells Fargo Center
301 S. College Street, 23rd Floor
Charlotte, NC 28202

*Attorneys for Defendant ShoreShade LLC*

*/s/ Christopher A. Cosper*
Christopher A. Cosper
GA State Bar I.D. No.: 142020
E-mail: ccosper@hullbarrett.com
For the firm of
Hull Barrett, PC
801 Broad Street, 7th Floor
Augusta, GA 30901
Telephone: (706) 722-4481
Facsimile: (706) 722-9779