# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Solbello, Inc.,<br>Plaintiff<br><br>v.<br><br>ShoreShade LLC,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.:<br>1:25-cv-00267-JRH-BKE |

**PLAINTIFF AND DEFENDANT'S**
**DISPUTED PROPOSED CONSTRUCTIONS**

| Claim Term & Claim | Solbello's Proposed Construction | ShoreShade's Proposed Construction |
|---|---|---|
| **Whether preamble is limiting**<br><br>21, 34, 44 | Preamble is limiting | Not limiting |
| **sun shade assembly**<br><br>21, 34, 44 | "assembly designed to provide shade from the sun" | "an assembly that provides shade from the sun" |
| **sunshade**<br><br>34 | Plain and ordinary meaning.<br><br>In alternative: see "sun shade assembly" above | "a sun shade assembly, i.e., an assembly that provides shade from the sun" |
| **pivot cap**<br><br>21, 34 | "cap that is mounted so as to, when not locked into position, be capable of pivoting relative to the mast" | "a cap configured to rotate relative to the mast" |

| | | |
|---|---|---|
| **cap**<br><br>45 | Plain and ordinary meaning.<br><br>In alternative: “an overlaying or covering structure” | “a cap configured to rotate relative to the mast” |
| **coating**<br><br>29 | “layer of material applied to, and covering all or a portion of, the top and/or bottom face of the sail” | “a material in a layer on the sail which reduces its noise or movement in use, or which makes the sail water-proof or water-resistant” |
| **support surface/ supporting surface**<br><br>34, 44 | “the ground or other external surface that supports or receives the assembly” | Plain and ordinary meaning |
| **at least one rib … configured to rotate relative to the supporting surface**<br><br>44 | “Supporting surface”: See “supporting surface” above.<br><br>“Configured to”: “at least one rib … capable of turning relative to the supporting surface” | “at least one rib … specifically designed to rotate relative to the mast”<br><br>Alternatively, if § 112(6) is applied,<br><br>“at least one rib … attached to a pivot cap, with the pivot cap being rotatable relative to the non-movable mast so that the at least one rib rotates with the pivot cap.” |
| **a sail**<br><br>21, 34, 44 | “lightweight material arranged to form a single layer that is carried by the wind and provides shade, with a top face and a bottom face” | Plain and ordinary meaning |

| | | |
|---|---|---|
| **freely rotate about the mast**<br><br>21, 34 | Plain and ordinary meaning.<br><br>In alternative: "when not locked into position, is capable of rotating about the mast without being fixed in a single rotational orientation" | "is capable of rotating 360 degrees about the mast without any components being specifically adapted to resist movement [of the pivot cap about the mast]." |
| **self-adjusts in response to the blowing of the wind**<br><br>34 | Plain and ordinary meaning.<br><br>In alternative: "changes its orientation in response to the direction in which the wind is blowing" | "rotates automatically and without user intervention in response to the blowing of the wind" |
| **unrestrained free edge adapted to unfurl in response to blowing of the wind, and wherein an entire surface area of said sail is unrestrained from the proximal edge to the free edge**<br><br>44 | Plain and ordinary meaning.<br><br>In alternative: "edge that is not secured to any rib, arm, mast, or other structure, and that is able to unfurl in response to the blowing wind, with no structure securing the sail anywhere between its secured edge and its free edge" | "the sail is adapted to unfurl in response to blowing of the wind, and wherein the entire surface area of the sail is unrestrained from the proximal front edge to its free rear edge" |