# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | | |
|---|---|---|---|
| Solbello, Inc., | | ) | |
| | Plaintiff | ) | |
| | | ) | CIVIL ACTION FILE NO.: |
| | v. | ) | 1:25-cv-00267-JRH-BKE |
| | | ) | |
| ShoreShade LLC, | | ) | |
| | Defendant | ) | |

**PLAINTIFF'S PRELIMINARY CLAIM CONSTRUCTIONS & EXTRINSIC EVIDENCE**

Plaintiff Solbello, Inc., by and through undersigned counsel, and pursuant to Northern District of California Local Patent Rule 4.2 and the Court's May 26, 2026, scheduling order, hereby provides the following Preliminary Claim Constructions and Extrinsic Evidence with respect to the asserted claims of the United States Patent No. RE50606 E (the "'606 Patent").

**<u>RESERVATION OF RIGHTS</u>**

These claim constrictions are preliminary. Solbello reserves the right to amend these claim constructions pursuant to applicable authority. Discovery is just beginning. Solbello specifically reserves the right to amend these Preliminary Claim Constructions in light of information obtained from ShoreShade or third parties during the course of discovery. Discovery from ShoreShade is necessary for Solbello to fully determine what Claim Constructions should be construed in this matter.

Solbello may add further Claim Constructions and Extrinsic Evidence based on further investigation and discovery and in light of any arguments ShoreShade makes regarding the prior art.

Solbello's disclosure of these Preliminary Claim Constructions should not be construed as assuming, conceding, or adopting any argument regarding claim construction or the scope or applicability of any claim limitation. These Preliminary Claim Constructions and Extrinsic Evidence should not be cited or relied upon as evidence of any position regarding claim scope or claim interpretation, and should not be cited or relied upon as evidence of any admission regarding the scope or applicability of any claim limitations with respect to infringement or validity. Further, as agreed upon by the parties, these Preliminary Claim Constructions need not, and do not, include any disclosure of expert testimony. As agreed upon by the parties, should any party wish to present expert testimony in connection with claim construction, the party will formally make such disclosures in accordance with the September 21, 2026, deadline for expert disclosures set forth in the Court's May 26, 2026, scheduling order.

## PRELIMINARY CLAIM CONSTRUCTIONS & EXTRINSIC EVIDENCE

Pursuant to Local Patent Rule 4.2, Solbello identifies the following Preliminary Claims Constructions:

### I. Solbello's Proposed Terms – '606 Patent

| Claim Term/Element | Claim(s) | Proposed Construction | Extrinsic Evidence | Intrinsic Evidence | 35 U.S.C. § 112(f) |
|---|---|---|---|---|---|
| "sun shade assembly" | 21, 22, 24, 26, 27, 29, 34, 44, 45, 47 | "an assembly designed to provide shade from the sun" | | Patent Title<br><br>Abstract<br><br>1:23-62, 5:65-6:2, 11:12-15, 11:47-48, 11:62-65, 12:31-49, 13:3-11<br><br>Figs. 1, 8a, 9d, 10e, 10g-10h<br><br>'606 Patent File History | |
| "pivot cap" | 21, 22, 24, 26, 27, 29, 34 | "cap that is mounted so as to, when not locked into position, be capable of pivoting relative to the mast" | | 2:7-23, 2:33-37, 3:7-15, 6:67-7:16, 8:9-18, 9:3-41<br><br>Figs. 3c-3g, 7a-7b<br><br>'606 Patent File History | |
| "anchor" | 21, 22, 24, 26, 27, 29, 34, 47 | "any element that provides weight and/or a mechanism by which | | 8:48-58<br><br>Figs. 5a and 5b | |

| | | | | | |
|---|---|---|---|---|---|
| | | to secure assembly into a support surface” | | ’606 Patent File History | |
| “coating” | 29 | “layer of material applied to, and covering all or a portion of, the top and/or bottom face of the sail” | Definition of “coating”: a layer of a particular substance that covers a surface<br><br>Cambridge online dictionary (www.dictionary.cambridge.org) | 2:49-51, 11:16-36<br><br>Figs. 9a-9c<br><br>’606 Patent File History | |
| “support surface/ supporting surface” | 34, 44, 45, 47 | “the ground or other external surface that supports or receives the assembly” | | Abstract<br><br>6:3-6, 8:48-63, 11:47-60<br><br>Figs. 5a, 10a-10c<br><br>’606 Patent File History | |

## II. ShoreShade's Proposed Terms – '606 Patent

| Claim Term/Element | Claim(s) | Proposed Construction | Extrinsic Evidence | Intrinsic Evidence | 35 U.S.C. § 112(f) |
|---|---|---|---|---|---|
| Whether or not preamble is limiting | 21, 34, 44 | Preamble is limiting. | | Patent title<br><br>Abstract<br><br>1:24-26, 1:30-62, 3:32-34, 5:66-6:1, 9:62-10:5, 11:5-15, 11:47-48, 12:29-54, 13:8-11<br><br>Figs. 1, 10e, 10g<br><br>'606 Patent File History | |
| "sun shade assembly" | 21, 34, 44 | See "sun shade assembly" above. | | | |
| "sunshade" | 34 | Plain and ordinary meaning.<br><br>In alternative: see "sun shade assembly" above. | | | |
| "anchor" | 21, 34, 47 | See "anchor" above. | | | |
| "pivot cap" | 21, 34 | See "pivot cap" above. | | | |

| | | | | | |
|---|---|---|---|---|---|
| "cap" | 45 | Plain and ordinary meaning.<br><br>In alternative: "an overlaying or covering structure" | Support for alternative construction:<br><br>Definition of "cap": 4 : "an overlaying or covering structure."<br><br>Merriam-Webster online dictionary (www.merriam-webster.com) | | |
| "rotate together to a direction of the blowing wind" | 44 | Plain and ordinary meaning.<br><br>In alternative: "turn as a unit in response to the direction in which the wind is blowing" | | Support for alternative construction:<br><br>1:45-46, 2:33-37, 5:67-6:11, 9:62-10:5, 12:36-57, 13:8-11<br><br>Figs. 1, 10g-10h<br><br>'606 Patent File History | |
| "at least one rib … configured to rotate relative to the | 44 | **"Supporting surface":** see | | 2:1-12, 2:33-37, 6:61-67, 7:27-40, 8:9-18, 9:3-8 | |

| | | | | | |
|---|---|---|---|---|---|
| supporting surface." | | "supporting surface" above.<br><br>**"Configured to":** "at least one rib … capable of turning relative to the supporting surface" | | '606 Patent File History | |
| "a sail" | 21, 34, 44 | "lightweight material arranged to form a single layer that is carried by the wind and provides shade, with a top face and a bottom face" | | Abstract<br><br>5:66-6:1, 9:62-13:15<br><br>8a-8b, 9d, 10e, 10g-10h<br><br>'606 Patent File History | |
| "freely rotate about the mast" | 21, 34 | Plain and ordinary meaning.<br><br>In alternative: "when not locked into position, is capable of rotating about the mast without being fixed in a single rotational orientation" | | Support for alternative construction:<br><br>2:1-23, 2:33-37, 3:7-15, 6:67-7:16, 8:9-18, 9:3-41<br><br>Figs. 3c-3g, 7a-7b<br><br>'606 Patent File History | |
| "a coating" | 29 | See "coating" above. | | | |
| "self-adjusts in response to the | 34 | Plain and ordinary meaning. | | Support for alternative construction: | |

| | | | | | |
|---|---|---|---|---|---|
| blowing of the wind.” | | In alternative: “changes its orientation in response to the direction in which the wind is blowing” | | Patent Title<br><br>Abstract<br><br>1:30-55, 2:10-12, 2:33-37, 3:10-17, 6:1-13, 6:61-65, 9:3-41, 12:29-57, 13:8-15<br><br>Figs. 10g-10h<br><br>’606 Patent File History | |
| “unrestrained free edge adapted to unfurl in response to blowing of the wind, and wherein an entire surface area of said sail is unrestrained from the proximal edge to the free edge.” | 44 | Plain and ordinary meaning<br><br>In alternative: “edge that is not secured to any rib, arm, mast, or other structure, and that is able to unfurl in response to the blowing wind, with no structure securing the sail anywhere between its secured edge and its free edge” | | Support for alternative construction:<br><br>1:60-67, 2:44-48, 2:52-54, 3:15-28, 4:18-62, 5:67-6:13, 7:51-62, 9:62-11:46, 12:29-54, 13:8-15<br><br>Figs. 8a-10h.<br><br>’606 Patent File History | |

This the 27th day of August, 2026.

*/s/ Christopher A. Cosper*
Christopher A. Cosper
Ga. State Bar I.D. No.: 142020
E-mail: ccosper@hullbarrett.com
For the firm of
Hull Barrett, PC
801 Broad Street, 7th Floor
Augusta, GA 30901
Telephone: (706) 722-4481
Facsimile: (706) 722-9779

*/s/ Joseph A. Schouten*
Joseph A. Schouten*
N.C. State Bar I.D. No.: 39430
E-mail: docket@wardandsmith.com
E-mail: jas@wardandsmith.com
Payton Collier Bullard*
N.C. State Bar I.D. No.: 56731
E-mail: pcbullard@wardandsmith.com
Gavin B. Parsons*
N.C. State Bar I.D. No.: 28013
E-mail: gbparsons@wardandsmith.com
Mark S. Wigley*
N.C. State Bar I.D. No.: 63599
E-mail: mswigley@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: (919) 277-9100
Facsimile: (919) 277-9177

**Of counsel, admitted pro hac vice*

**Certificate of Service**

I hereby certify that on August 27, 2026, I served the foregoing document to the following individuals by electronic mail at the following addresses which are the last addresses known to me:

Lucas A. Westby
E-mail: lucas.westby@nelsonmullins.com
Megan Walker Burton
Email: megan.burton@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Craig N. Killen
Email: craig.killen@nelsonmullins.com
Jonathan D. Todd
Email: jonathan.todd@nelsonmullins.com
Nelson, Mullins, Riley & Scarborough, LLP
One Wells Fargo Center
301 S. College Street, 23rd Floor
Charlotte, NC 28202

*Attorneys for Defendant ShoreShade LLC*

*/s/ Joseph A. Schouten*
Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
E-mail: jas@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: (919) 277-9100
Facsimile: (919) 277-9177