# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| SOLBELLO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHORESHADE, LLC,<br><br>Defendant. | ) | Case No. 1:25-cv-00267-JRH-BKE |

**SHORESHADE LLC'S PRELIMINARY CLAIM CONSTRUCTIONS**

Pursuant to the deadlines in the Scheduling Order (Dkt. 63), Appendix to Joint Rule 26(f) Report (Dkt. 62-1) ("Appendix"), and LR 4-2 of the Patent Local Rules in N.D. Cal., Defendant ShoreShade LLC ("ShoreShade") serves the following Preliminary Claim Constructions regarding U.S. Pat. No. RE50606 (the "Reissue Patent").

## I. Introductory Statement and General Considerations

A. ShoreShade has not completed its investigation of all facts relating to this case. The Preliminary Claim Constructions contained herein is based on such information and documents as are presently reasonably available and specifically known to ShoreShade. ShoreShade reserves the right to supplement, alter, modify, and/or amend its Preliminary Claim Constructions in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, the Patent Local Rules of the United States District Court for the Northern District of California, the Appendix, and new facts and/or information that are developed and/or identified as discovery and/or expert discovery proceed in this case. Accordingly, ShoreShade reserves the right to supplement, alter, modify, and/or amend its Preliminary Claim Constructions as

additional documents are produced, written discovery responses are served, depositions are taken, additional facts are ascertained, analyses are made, legal research is completed, and disclosures and/or contentions are made, or as a result of the Court's legal determination of issues or the parties' meeting and conferring pursuant to the Court's Scheduling Order or otherwise.

B. ShoreShade's Preliminary Claim Constructions set forth herein does not constitute any concession by ShoreShade with respect to any alleged invalidity positions or non-infringement positions for any claims of the Reissue Patent.

C. By submitting these Preliminary Claim Construction, ShoreShade does not waive any of its claims or defenses in this case.

D. ShoreShade reserves the right to supplement, alter, modify, and/or amend these Preliminary Claim Constructions based on any claim constructions asserted by Plaintiff Solbello, Inc. ("Solbello"). In this regard, ShoreShade specifically reserves the right to counter any claim construction position taken by Solbello, and to propose an alternative claim construction thereto.

E. These Preliminary Claim Constructions are served without waiver of any privilege or other doctrine of protection, including but not limited to the attorney-client privilege and/or the work product doctrine.

F. ShoreShade's Preliminary Claim Constructions are based on ShoreShade's good faith interpretation and understanding of the Patent Local Rules of the United States District Court for the Northern District of California and the Appendix to the Joint Rule 26(f) Report (Dkt. No. 62-1) in this case, and is subject to correction for inadvertent errors and/or omissions, if any.

## II. ShoreShade's Claim Constructions

The claim terms that ShoreShade believes need to be, or should be, interpreted by the Court were set forth in ShoreShade's Disclosure of Claim Terms and Elements served August 6, 2026. The proposed constructions of each of these terms are set forth below in Exhibit A. The proposed constructions of each of the terms set forth by Solbello in its Proposed Terms and Claim Elements for Construction served August 6, 2026, are set forth below in Exhibit B. As described more fully therein, some of the claim terms have a plain and ordinary meaning that is readily understandable in the context of the intrinsic evidence. Support for ShoreShade's positions is thus found in the claims and specification of the Reissue Patent, and its prosecution history, all of which are in the possession of Solbello's counsel.

## III. ShoreShade's Extrinsic Evidence

ShoreShade intends at this time to rely on the following extrinsic evidence:

- https://dictionary.cambridge.org/dictionary/english/coating ("a layer of a particular substance that covers a surface"), provided at SHORE000173.
- https://www.dictionary.com/browse/coating ("a layer of any substance spread over a surface"), provided at SHORE000181.
- https://www.dictionary.com/browse/sail ("some similar piece or apparatus, as the part of an arm that catches the wind on a windmill"), provided at SHORE000186.
- https://www.merriam-webster.com/dictionary/cap ("cap" means "an overlaying or covering structure"), provided at SHORE000196.
- https://www.thefreedictionary.com/sail ("a piece of canvas or other fabric extended on rigging to catch the wind and propel a sailing vessel"), provided at SHORE000212.
- Admissions and arguments made by Solbello in connection with the motions for preliminary injunction filed in this case.

ShoreShade but may later determine that additional extrinsic evidence would be appropriate in view of any claim constructions proposed by Solbello, such as for purposes of rebutting Solbello's claim constructions. Moreover, ShoreShade has not decided at this time whether to rely on any expert witness in support of its claim constructions, but if so will provide an expert report by the separate deadline in the Scheduling Order. ShoreShade also reserves the right to name a rebuttal expert should Solbello seek to rely on expert testimony is support of claim construction.

Date: August 27, 2026

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

*/s/ Jonathan D. Todd*
**Lucas A. Westby**
GA Bar No. 594008
lucas.westby@nelsonmullins.com
**Megan Walker Burton**
GA Bar No. 525103
megan.burton@nelsonmullins.com
**Nelson Mullins Riley & Scarborough, LLP**
201 17th Street NW
Suite 1700
Atlanta, GA 30363

**Craig N. Killen***
SC Bar No. 65464
craig.killen@nelsonmullins.com
**Jonathan D. Todd***
SC Bar No. 103758
jonathan.todd@nelsonmullins.com
**Nelson Mullins Riley & Scarborough, LLP**
301 South College Street, Suite 2300
Charlotte, NC 28202

*Counsel for Defendant ShoreShade LLC*

* *Admitted Pro Hac Vice*

**EXHIBIT A**

| Claim Term | Claims | Proposed Construction | Exemplary References to Intrinsic Evidence |
|---|---|---|---|
| Whether or not preamble is limiting | 21, 34, 44 | Not limiting | N/A |
| sun shade assembly | 21, 34, 44 | “assembly that provides shade from the sun” | Reissue Patent at 1:60–62 |
| sunshade | 34 | “a sun shade assembly, i.e., an assembly that provides shade from the sun” | Reissue Patent at 1:60–62; 2:57–58; 13:8–9 |
| anchor | 21, 34, 47 | “any element that provides weight and/or a mechanism by which to secure the sun shade assembly into a support surface” | Reissue Patent at 8:49–51 |
| pivot cap | 21, 34 | “a cap configured to rotate relative to the mast” | Reissue Patent at 2:13–16; 3:33–35; 3:53–55; 6:62–65; 8:3–5; 8:13–15; 9:12–14; 12:39–42; Fig. 3b. |
| cap | 45 | “a cap configured to rotate relative to the mast” | Reissue Patent at 2:13–16; 3:33–35; 3:53–55; 6:62–65; 8:3–5; 8:13–15; 9:12–14; 12:39–42; Fig. 3b; claims 21, 34, 40. |
| rotate together to a direction of the blowing wind | 44 | “rotate together such that the ribs are perpendicular to the direction of the blowing wind” | Reissue Patent at 2:13–14; 4:60–63; 6:61–67; 9:18–21; 12:39–42, 12:52–57; Fig. 3b; Fig. 10h.<br><br>Text of Provisional Application at “Detailed Description of the Invention Section” and “How The Invention Works” section |

| Claim Term | Claims | Proposed Construction | Exemplary References to Intrinsic Evidence |
|---|---|---|---|
| at least one rib . . . configured to rotate relative to the supporting surface | 44 | "at least one rib . . . specifically designed to rotate relative to the mast" | Reissue Patent at 3:7–10; 6:61–67; 7:34–38; 8:62–9:2; 9:12–14; 12:39–42. |
| at least one rib . . . configured to rotate relative to the supporting surface | 44 | Alternatively, if § 112(6) is applied,<br><br>"at least one rib . . . attached to a pivot cap, with the pivot cap being rotatable relative to the non-movable mast so that the at least one rib rotates with the pivot cap." | Corresponding structure at Reissue Patent at: 3:32–4:62; 5:66–7:3; 7:33–35; 8:1–18; 9:12–14; 12:39–42; elements 10, 40, 30; Fig. 3b; Fig. 10h. |
| a sail | 21, 34, 44 | Upon further consideration, ShoreShade contends that this term does not require construction by the Court and that it should have its plain and ordinary meaning. | N/A |
| freely rotate about the mast | 21, 34 | "is capable of rotating 360 degrees about the mast without any components being specifically adapted to resist movement [of the pivot cap about the mast]." | Reissue Patent at 2:13–14; 2:33–36; 3:53–55; 6:62–65; 7:33–36; 9:1–2; 9:12–21; 12:39–42; Fig. 3b. |
| a coating | 29 | "a material in a layer on the sail which reduces its noise or movement in use, or which makes the sail water-proof or water-resistant" | Reissue Patent at 11:16–36 |

| Claim Term | Claims | Proposed Construction | Exemplary References to Intrinsic Evidence |
|---|---|---|---|
| self-adjusts in response to the blowing of the wind | 34 | "rotates automatically and without user intervention in response to the blowing of the wind" | Reissue Patent at 1:44–56; 4:60–62; 6:63–65; 7:35–37; 9:12–14; 12:39–45; 12:52–54; Fig. 3b; Fig. 10h. |
| unrestrained free edge adapted to unfurl in response to blowing of the wind, and wherein an entire surface area of said sail is unrestrained from the proximal edge to the free edge | 44 | "the sail is adapted to unfurl in response to blowing of the wind, and wherein the entire surface area of the sail is unrestrained from the proximal front edge to its free rear edge" | Reissue Patent at 9:66–10:4; 9:63–10:14; Fig. 8a; Fig. 10h. |
| support surface/supporting surface | 34, 44 | Plain and ordinary meaning | N/A |

**EXHIBIT B**

| Claim Term | Claims | Proposed Construction | Exemplary References to Intrinsic Evidence |
|---|---|---|---|
| sun shade assembly | 21, 34, 44 | "assembly that provides shade from the sun" | Reissue Patent at 1:60–62 |
| pivot cap | 21, 34 | "a cap configured to rotate relative to the mast" | Reissue Patent at 2:13–16; 3:33–35; 3:53–55; 6:62–65; 8:3–5; 8:13–15; 9:12–14; 12:39–42; Fig. 3b. |
| anchor | 21, 34, 47 | "any element that provides weight and/or a mechanism by which to secure the sun shade assembly into a support surface" | Reissue Patent at 8:49–51 |
| a coating | 29 | "a material in a layer on the sail which reduces its noise or movement in use, or which makes the sail water-proof or water-resistant" | Reissue Patent at 11:16–36 |
| support surface/supporting surface | 34, 44 | Plain and ordinary meaning | N/A |

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing document has been completed by electronically sending this document and associated materials to the following:

Joseph A. Schouten
Ward and Smith, P.A.
751 Corporate Center Drive
Suite 300
Raleigh, NC 27607
919-277-9100
Email: jas@wardandsmith.com

Mark S. Wigley
Ward and Smith, P.A.
751 Corporate Center Drive
Suite 300
Raleigh, NC 27607
919-277-9100
Email: mswigley@wardandsmith.com

This the 27th day of August 2026.

/s/ Jonathan D. Todd
Jonathan D. Todd

Cambridge Dictionary

*Meaning of* ***coating*** *in English*

# coating

***noun*** [ C ]

**UK** /ˈkəʊ.tɪŋ/ **US** /ˈkoʊ.t̬ɪŋ/

**Add to word list**

**a layer of a particular substance that covers a surface:**

- *a thick coating of chocolate*
- *The goggles have a laser-protection coating.*

–

**Coverings and layers**

- a blanket of something *idiom*
- antifouling
- base coat
- beeswax wrap
- blanket
- diaphragm
- interstratification
- interstratify
- lagging
- lamella
- lamellar
- seam

- space blanket
- strata
- stratum
- substratum
- uncover
- varnish

**See more results »**

*(Definition of **coating** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**coating** | AMERICAN DICTIONARY

# coating

***noun*** [ C ]

**US** /ˈkoʊt̬·ɪŋ/

Add to word list

**a coat :**

- *Use a baking pan with a nonstick coating.*

*(Definition of **coating** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

**What is the pronunciation of *coating*?**

## Translations of **coating**

in Chinese (Traditional)

厚厚一層…

See more

in Chinese (Simplified)

in Spanish

**capa…**

See more

in Portuguese

**banho, capa, cobertura…**

See more

in more languages

Need a translator?

Get a quick, free translation!

**Translator tool**

**Browse**

coated

coated in something

coati

coatigan

**coating**

coats of arms

coauthor

coax

coax something out of someone *phrasal verb*

Cambridge Dictionary



Cambridge Dictionary

[coat](#)
[candy coating](#)
[candy-coat](#)
[powder coating](#)
[sugar coating](#)
[sugarcoat](#)
[coat something with something](#)

**See all meanings**

WORD OF THE DAY

# be over the hump

to be past the most difficult or dangerous part of an activity or period of time

About this

Cambridge Dictionary



BLOG

You’re barking up the wrong tree! (Dog idioms, Part 2)

August 26, 2026

Read More

Contents AI Assistant To top

Cambridge Dictionary



NEW WORDS

# tasteslop

July 27, 2026

More new words

LEARN +

DEVELOP +

ABOUT +

CAMBRIDGE
UNIVERSITY PRESS & ASSESSMENT

Where your world gr ws

Cambridge Dictionary

Search a word or phrase

## Showing results for "coating"

present participle of coat.

American British Other Word Forms Etymology More Synonyms

# coating

[**koh**-ting] / ˈkoʊ tɪŋ /

NOUN

## coatings

1 a layer of any substance spread over a surface.

**Synonyms:** veneer, sheet, film, covering, coat

2 fabric for making coats.




## coating

/ ˈkəʊtɪŋ /

NOUN

1 a layer or film spread over a surface for protection or decoration

2 a heavy fabric suitable for coats

3 *dialect* a severe rebuke; ticking-off

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

https://www.dictionary.com/browse/coating
Last Accessed: August 27, 2026

## Other Word Forms

NOUN INFLECTED FORMS

coatings
plural

---

## Etymology

### Origin of coating

First recorded in 1760–70; coat + -ing [1]

---

## Example Sentences

Examples are provided to illustrate real-world usage of words in context. Any opinions expressed do not reflect the views of Dictionary.com.

SEE EXAMPLES FOR:

coating coatings

> The analysis also suggests that the vessel received four to five separate batches of **coating** over time.

From Science Daily • Aug. 21, 2026

> The team analyzed 10 **coating** samples to determine the biological origins of the natural materials used on the vessel.

From Science Daily • Aug. 21, 2026

From BBC • Aug. 13, 2026

> Hearn, who visited the reflecting pool in June during a bike ride, has said he reached his hand in the water to touch a piece of the **coating** that had already detached from the bottom.

From The Wall Street Journal • Aug. 11, 2026

> Their favorite places were painted with a thick **coating** of urine.

From "A Girl Named Disaster" by Nancy Farmer

## Related Words

blanket coat crust glaze layer membrane patina sheet skin varnish veneer

Definitions and idiom definitions from Dictionary.com Unabridged, based on the Random House Unabridged Dictionary, © Random House, Inc. 2023

Idioms from The American Heritage® Idioms Dictionary copyright © 2002, 2001, 1995 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company.

WORD OF THE DAY

**redivivus**

[red-*uh*-**vahy**-v*uh*s]

**Get the Word of the Day**

Entry list Careers Contact us Help Cookies, terms & privacy

Don't sell my info

© 2026 Dictionary Media Group, Inc., a division of IXL Learning

Search a word or phrase

American British More Idioms Other Word Forms More Synonyms

# sail

[seyl] / seɪl /

NOUN

## sails

1. an area of canvas or other fabric extended to the wind in such a way as to transmit the force of the wind to an assemblage of spars and rigging mounted firmly on a hull, raft, iceboat, etc., so as to drive it along.
2. some similar piece or apparatus, as the part of an arm that catches the wind on a windmill.
3. a voyage or excursion, especially in a sailing vessel.

   > *They went for a sail around the island.*

4. a sailing vessel or ship.
5. sailing vessels collectively.

   > *The fleet numbered 30 sail.*

6. sails for a vessel or vessels collectively.
7. *Astronomy.* **Sail,** the constellation Vela.

---

VERB (USED WITHOUT OBJECT)

## sails, sailed, sailing

1 to move along or travel over water.

> *steamships sailing to Lisbon.*

2 to manage a sailboat, especially for sport.

3 to begin a journey by water.

> *We are sailing at dawn.*

4 to move along in a manner suggestive of a sailing vessel.

> *caravans sailing along.*

5 to move along in a stately, effortless way.

> *to sail into a room.*

---

VERB (USED WITH OBJECT)

## sails, sailed, sailing

VERB PHRASE

***sail in / into***

a. to go vigorously into action; begin to act; attack.

b. to attack verbally.

> *He would sail into his staff when work was going badly.*

IDIOMS

1 ***set sail***, to start a sea voyage.

> *We set sail at midnight for Nantucket.*

2 ***in sail***, with the sails set.

3 ***make sail***,

a. to set the sail or sails of a boat or increase the amount of sail already set.

b. to set out on a voyage.

> *Make sail for the Leeward Islands.*

4 ***under sail***, with sails set; in motion; sailing.

> *It was good to be under sail in the brisk wind and under the warm sun.*

5 ***trim one's sails***, to cut expenses; economize.

> *We're going to have to trim our sails if we stay in business.*

## sail

/ seɪl /

NOUN

water

2 a voyage on such a vessel

> *a sail down the river*

3 a vessel with sails or such vessels collectively

> *to travel by sail*

> *we raised seven sail in the northeast*

4 a ship's sails collectively

5 something resembling a sail in shape, position, or function, such as the part of a windmill that is turned by the wind or the part of a Portuguese man-of-war that projects above the water

6 the conning tower of a submarine

7 having the sail set

8 a. to run up the sail or to run up more sail

b. to begin a voyage

9 a. to embark on a voyage by ship

b. to hoist sail

10 a. with sail hoisted

b. under way

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

VERB

1 to travel in a boat or ship

> *we sailed to Le Havre*

2 to begin a voyage; set sail

> *we sail at 5 o'clock*

3 (of a vessel) to move over the water

> *the liner is sailing to the Caribbean*

4 *(tr)* to manoeuvre or navigate a vessel

> *he sailed the schooner up the channel*

5 *(tr)* to sail over

> *she sailed the Atlantic single-handed*

6 to move fast or effortlessly

> *we sailed through customs*

> *the ball sailed over the fence*

7 to move along smoothly; glide

8 *informal*

a. to begin (something) with vigour

b. to make an attack (on) violently with words or physical force

"Collins English Dictionary — Complete & Unabridged" 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

---

sail

MORE IDIOMS

## More idioms and phrases containing *sail*

- smooth sailing
- take the wind out of one's sails
- trim one's sails

---

# Other Word Forms

## Derived Forms

| sailable | sailless | unsailable | unsailed |
| --- | --- | --- | --- |
| adjective | adjective | adjective | adjective |

## Inflected Forms

NOUNS

**sails**
plural

PARTICIPLES

| sailing | sailed |
| --- | --- |
| present | past |

| | | | | | |
|---|---|---|---|---|---|
| sail | sails | have sailed | has sailed | am sailing | are sailing |
| simple | simple | perfect | perfect | progressive | progressive |

| | | |
|---|---|---|
| is sailing | have been sailing | has been sailing |
| progressive | perfect progressive | perfect progressive |

PAST

| | | | | |
|---|---|---|---|---|
| sailed | had sailed | was sailing | were sailing | had been sailing |
| simple | perfect | progressive | progressive | perfect progressive |

FUTURE

| | | | |
|---|---|---|---|
| will sail | will have sailed | will be sailing | will have been sailing |
| simple | perfect | progressive | perfect progressive |

## Etymology

### Origin of sail

First recorded before 900; (noun) Middle English *sail(e), seille,* Old English *segl;* cognate with German *Segel,* Old Norse *segl;* (verb) Middle English *seillen, saylen,* Old English *siglan, seglian;* cognate with Dutch *zeilen,* Old Norse *sigla*

## Explanation

Vocabulary.com

A *sail* is the big piece of cloth attached to a mast that propels a sailboat through the water by catching the wind. Part of learning to *sail* a boat is learning how to use the *sails*. Most sailboats...

Keep Reading on Vocabulary.com

### Higher Learning: Synonyms For "Up"

Looking to grow your vocabulary? Check out this interactive, curated word list from our team of English language specialists at Vocabulary.com – one of over 17,000 lists we've built to help learners worldwide!

### "Encounter"

Interested in learning more words like this one? Our team at Vocabulary.com has got you covered! You can review flashcards, quiz yourself, practice spelling, and more – and it's all completely free to use!

### Greetings, World Traveler! — List 3

Want to remember this word for good? Start your learning journey today with our library of interactive, themed word lists built by the experts at Vocabulary.com – we'll help you make the most of your study time!

## Example Sentences

Examples are provided to illustrate real-world usage of words in context. Any opinions expressed do not reflect the views of Dictionary.com.

SEE EXAMPLES FOR:

**sail** **sails** **sailed** **sailing**

> Sailing from Busan New Port, the container ship -- the "PanStar Acro" -- will **sail** to Europe via the Arctic, testing whether a route opened by melting sea ice can be commercially viable.

From Barron's • Aug. 22, 2026

> The song is about escaping a New York winter: “Gonna **sail** away / Sun lights another day / Freedom on my mind.”

From Slate • Aug. 14, 2026

> That sweetener was intended as a show of confidence that Paramount's deal would **sail** through its regulatory reviews, unlike a Netflix acquisition that faced more regulatory scrutiny.

From Los Angeles Times • Aug. 12, 2026

> In the morning, they will **sail** to safety in Australia.

From "At Last She Stood" by Erin Entrada Kelly

## Related Words

cross cruise drift float fly leave move navigate reach run

shoot skim soar steer sweep

Definitions and idiom definitions from Dictionary.com Unabridged, based on the Random House Unabridged Dictionary, © Random House, Inc. 2023

Idioms from The American Heritage® Idioms Dictionary copyright © 2002, 2001, 1995 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company.

WORD OF THE DAY

**redivivus**

[red-*uh*-**vahy**-v*uh*s]

**Get the Word of the Day**

Entry list Careers Contact us Help Cookies, terms & privacy

Don't sell my info

© 2026 Dictionary Media Group, Inc., a division of IXL Learning

cap

noun 8 Synonyms Example Sentences Word History Phrases Containing Rhy

# cap 1 of 8 noun (1)

ˈkap

Synonyms of *cap* >

**often attributive**

**1 a** : a head covering especially with a visor and no brim

**b** : a distinctive head covering emblematic of a position or office: such as

**(1)** : a cardinal's biretta

**(2)** : **MORTARBOARD**

**2** : a natural cover or top: such as

**a** : an overlying rock layer that is usually hard to penetrate

**b (1)** : **PILEUS**

**(2)** : **CALYPTRA**

**c** : the top of a bird's head or a patch of distinctively colored feathers in this area

**3 a** : something that serves as a cover or protection especially for a tip, knob, or end

a bottle *cap*

**b** : a fitting for closing the end of a tube

**c** British : **CERVICAL CAP**

**d** : an artificial crown for a tooth

**4** : an overlaying or covering structure

**5** : a paper or metal container holding an explosive charge (as for a toy pistol)

Merriam-Webster



**7** : the symbol ∩ indicating the intersection of two sets

→ compare CUP sense 9

**8** : a cluster of molecules or chemical groups bound to one end or a region of a cell, virus, or molecule

**see also:** A FEATHER IN ONE'S CAP | CAP IN HAND

# cap 2 of 8 verb (1)

**capped; capping**

*transitive verb*

**1 a** : to provide or protect with a cap

*cap* a bottle

**b** : to give a cap to as a symbol of honor, rank, or achievement

**2** : to form a cap over : **CROWN**

mountains *capped* with mist

**3 a** : to follow with something more noticeable or more significant : **OUTDO**

**b** : to bring to a climax or conclusion

*cap* off the show with a song

**4** : to form a chemical cap on

**5** : to prevent from growing or spreading : set an upper limit on

*cap* oil prices

**6** : to supply (a tooth) with an artificial crown

: a small amount of an illegal or legally regulated drug

*especially* : a small amount of a drug enclosed in a capsule

a *cap* of cocaine

## cap 4 of 8 noun (3)

plural **caps**

1 : **CAPITALIZATION sense 1d**

2 : a capital letter → usually plural

a message written in *caps*

According to [linguist Deborah] Tannen, women's preference for expressive hashtags is "similar to their using exclamation points, *caps*, and repetition of letters to show emphasis, and to the fact that women's spoken intonation patterns tend to vary more than men's."

— Jessica Bennett

Good netiquette includes not using ***all caps*** [=exclusively capital letters] when typing, as it comes across as shouting.

— John DeGarmo

## cap 5 of 8 verb (2)

**capped; capping** *or* **cappin'** ˈka-pən

*intransitive verb*

1 **African American English slang** : to make an untrue statement with intent to deceive : **LIE**

Worst thing you could do is *cap* to me

— @_d157, on *X*, formerly *Twitter*

Everybody's like, "Oh you're lying, you *cappin'*."

— De'Aaron Fox: quoted at *The Ringer*

*often, specifically* **:** to lie by boasting or exaggerating

We will get them for sure ... not even in doubt or *capping* ...
– @damianfx_, on *X*, formerly *Twitter*

**2** **African American English slang** **:** to engage in a ritualized exchange of insults with someone **:** to tease or insult a person in capping → usually used with *on*

As a member a fraternity, I can joke around and *cap* on a fellow fraternity brother.
– Roland S. Martin

When *capping* on someone, the top insults are the ones directed at a person's mother.
– Allan Johnson

# cap 6 of 8 noun (4)

**slang**
**:** NONSENSE

... a good point even tho that last part is *cap*.
– @gamecubep, on *X*, formerly *Twitter*

*especially* **:** empty boasting or dishonest talk → often used in the phrase ***to call cap (on)***

... some continue to *call cap on* ... claims that he was working on a joint album with the late B.I.G. ...
– Sha Be Allah

→ see also NO CAP
NOTE: Usage of this term originated in African American English and has since become widespread.

# cap 7 of 8 abbreviation (1)

**1** capacity

**2** capital

**3** capitalize; capitalized

1 Civil Air Patrol

2 combat air patrol

**Noun (1)** Relevance

hat helmet

**Verb (1)**

limit restrict

**Noun (2)**

pill tablet

capsule

See All Synonyms & Antonyms in Thesaurus

## Noun (1)

grabbed a ***cap*** and plopped it on his head before running out

I can't find the ***cap*** to the milk bottle

a ***cap*** on player salary expenditures was suggested as a way to keep small market teams competitive

Merriam-Webster

noun 8 Synonyms Example Sentences Word History Phrases Containing Rhy

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.** Read More

### Noun

Options considered during the analysis included drilling holes in the existing piles and adding more steel inside, or widening the pile ***caps*** so more piles could be added on the outside.

– David Garrick, *San Diego Union-Tribune*, 26 Aug. 2026

The deal compels Facebook and Instagram to adopt new child-safety rules, including daily time ***caps***, school-hour notification bans, stronger age checks and expanded parental controls aimed at harmful content.

– Sonja Sharp, *Los Angeles Times*, 26 Aug. 2026

### Verb

The switch-hitting catcher ***capped*** a five-run first inning with a two-run shot off struggling Philadelphia Phillies ace Zack Wheeler.

– *ABC News*, 25 Aug. 2026

The firm has billed the city more than $850,000 in four months, despite having a one-year contract initially ***capped*** at $470,000.

– Brian Maass, *CBS News*, 25 Aug. 2026

See All Example Sentences for *cap*

## Etymology

**Noun (2)**

short for *capsule*

**Verb (2)**

perhaps development of CAP entry 2 in sense "outdo, surpass"

**Noun (4)**

derivative of CAP entry 5

## First Known Use

**Noun (1)**

before the 12th century, in the meaning defined at sense 1a

**Verb (1)**

15th century, in the meaning defined at transitive sense 1a

**Noun (2)**

1942, in the meaning defined above

**Noun (3)**

1906, in the meaning defined at sense 1

**Verb (2)**

1906, in the meaning defined at sense 1

**Noun (4)**

2011, in the meaning defined above

## Time Traveler

**The first known use of *cap* was before the 12th century**

See more words from the same century

a feather in one's cap

a feather in someone's cap

baseball cap

bathing cap

blasting cap

cap-and-trade

cap-a-pie

cap in hand

cap sleeve

cervical cap

cradle cap

death cap

See More

app

chap

clap

crap

flap

frap

gap

hap

lap

nap

nappe

pap

See All Rhymes for *cap*

Merriam-Webster

noun 8 Synonyms Example Sentences Word History Phrases Containing Rhy

See All Nearby Words

**no cap**

for real, seriously

**Words We're Watching: 'Cap'**

And where 'no cap' comes from

**Style** MLA

“Cap.” *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/cap. Accessed 27 Aug. 2026.

Copy Citation

ˈkap

1 : a head covering

*especially* **:** one that has a visor and no brim

2 : something that serves as a cover or protection for something

a bottle *cap*

3 : a natural cover or top: as

**a** : the umbrella-shaped part that bears the spores of a mushroom

**b** : the top of a bird's head

4 : a paper or metal container holding a small explosive charge (as for a toy pistol)

# cap 2 of 2 verb

**capped; capping**

1 : to cover or provide with a cap

2 : to follow with something **: OUTDO**

3 : to bring to a conclusion

*capped* off the show with a song

4 : to prevent from growing or spreading **:** set a limit on

*capped* oil prices

## Etymology

### Noun

Middle English *cappe* "cap," from Old English *cæppe* "cap," from Latin *cappa* "head coverings, cloak" — related to CAPE entry 2, CHAPEL

# cap 1 of 3 noun

ˈkap

**often attributive**

**1** **:** a natural cover or top: as

- **a** **:** **PILEUS**
- **b** **:** **PATELLA**, **KNEECAP**

**2** **:** something that serves as a cover or protection especially for a tip, knob, or end (as of a tooth)

**3** **British** **:** **CERVICAL CAP**

**4** **:** a cluster of molecules or chemical groups bound to one end or a region of a cell, virus, or molecule

the cell surface receptors were redistributed into *caps*

# cap 2 of 3 verb

**capped; capping**

*transitive verb*

**1** **:** to invest (a student nurse) with a cap as an indication of completion of a probationary period of study

**2** **:** to cover (a diseased or exposed part of a tooth) with a protective substance

**3** **:** to form a chemical cap on

the *capped* end of a messenger RNA

# cap 3 of 3 abbreviation

1 capacity

2 capsule

# cap noun

ˈkap

: an upper limit

a jury found that KAL had committed “willful misconduct,” thus removing the Warsaw Convention's $75,000 *cap* on damages
– *Dooley v. Korean Air Lines,* 524 U.S. 116 (1998)

verb

Britannica.com: Encyclopedia article about *cap*

Last Updated: 26 Aug 2026 - Updated example sentences

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and

## Top Lookups

Next refresh: 10

1 spiral

2 amatory

3 coalesce

4 bias

5 heritage

6 antithesis

7 cartoon

Merriam-Webster

noun 8 Synonyms Example Sentences Word History Phrases Containing Rhy

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre SUBSCRIBE

**A Who's Who Regarding 'Who's' and 'Whose'**

**Ye Olde Nincompoop: Old-Fashioned Words for 'Stupid'**

**14 Phobias You Probably Haven't Heard Of**

Merriam-Webster

noun 8 Synonyms Example Sentences Word History Phrases Containing Rhy

**Quordle**
Can you solve 4 words at once?
Play

**Blossom**
Pick the best words!
Play

**The Missing Letter**
A daily crossword with a twist
Play

**Add A Letter Quiz**
Pick the letter that goes in the same spot in fou...
Take the quiz

See All

© 2026 Merriam-Webster, Incorporated

# Sail - definition of sail by The Free Dictionary



# sail

Also found in: **Thesaurus**, **Legal**, **Acronyms**, **Idioms**, **Encyclopedia**, **Wikipedia**.

## sail

a piece of canvas or other fabric extended on rigging to catch the wind and propel a sailing vessel; an apparatus that catches the wind on a windmill; to move along or travel over water

**Not to be confused with:**

**sale** – the act of selling; the amount sold; disposal of goods at reduced prices; an event where goods are sold; a public auction

Abused, Confused, & Misused Words by Mary Embree Copyright © 2007, 2013 by Mary Embree

## sail (sāl)

*n.*

**1.** *Nautical*

**a.** A piece of fabric sewn together and fitted to the spars and rigging of a vessel so as to convert the force of the wind into forward motion of the vessel.

**b.** The sails of a ship or boat.

**c.** A narrow fairwater supporting the bridge of a submarine.

**2.** *pl.* **sail** or **sails** *Nautical* A sailing vessel.

**3.** *Nautical* A trip or voyage in a sailing craft.

**4.** Something, such as the blade of a windmill, that resembles a sail in form or function.

*v.* **sailed**, **sail·ing**, **sails**

*v.intr.*

**1.** *Nautical*

**a.** To move across the surface of water, especially by means of a sailing vessel.

**b.** To travel by water in a vessel.

**c.** To start out on such a voyage or journey: *Tomorrow we sail for the islands.*

**d.** To operate a sailing craft, especially for sport.

**2.** To move along or progress smoothly or effortlessly: *sailed into the room five minutes late; sailed through the exam; sailed through the red light.*

**3.** To move along through the air: *The ball sailed into the stands.*

*v.tr. Nautical*

**1.** To navigate or manage (a vessel).

**2.** To voyage upon or across: *sail the Pacific.*

***Phrasal Verb:***

***sail into***

To attack or criticize vigorously: *sailed into the workmen for the shoddy job they were doing.*

***Idiom:***

***under sail***

*Nautical* With the sails up; sailing.

---

[Middle English `seil`, from Old English `segl`. `Sail into`, from obsolete `sail`, *to attack*, from Middle English `sailen`, short for `assailen`; see **assail**.]

American Heritage® Dictionary of the English Language, Fifth Edition. Copyright © 2016 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

# sail (seɪl)

*n*

**1.** (Nautical Terms) an area of fabric, usually Terylene or nylon (formerly canvas), with fittings for holding it in any suitable position to catch the wind, used for propelling certain kinds of vessels, esp over water

**2.** (Nautical Terms) a voyage on such a vessel: *a sail down the river*.

**3.** (Nautical Terms) a vessel with sails or such vessels collectively: *to travel by sail*; *we raised seven sail in the northeast*.

**4.** (Nautical Terms) a ship's sails collectively

**5.** something resembling a sail in shape, position, or function, such as the part of a windmill that is turned by the wind or the part of a Portuguese man-of-war that projects above the water

**6.** (Nautical Terms) the conning tower of a submarine

**7.** (Nautical Terms) **in sail** having the sail set

**8.** (Nautical Terms) **make sail**

- **a.** to run up the sail or to run up more sail
- **b.** to begin a voyage

**9.** (Nautical Terms) **set sail**

- **a.** to embark on a voyage by ship
- **b.** to hoist sail

**10. trim one's sails** to act in a more frugal or restrained manner

**11.** (Nautical Terms) **under sail**

- **a.** with sail hoisted
- **b.** under way

*vb* (*mainly intr*)

**12.** (Nautical Terms) to travel in a boat or ship: *we sailed to Le Havre*.

**13.** (Nautical Terms) to begin a voyage; set sail: *we sail at 5 o'clock*.

**14.** (Nautical Terms) (of a vessel) to move over the water: *the liner is sailing to the Caribbean*.

**15.** (Nautical Terms) (*tr*) to manoeuvre or navigate a vessel: *he sailed the schooner up the channel*.

**16.** (Nautical Terms) (*tr*) to sail over: *she sailed the Atlantic single-handed*.

**17.** (often foll by: *over, through,* etc) to move fast or effortlessly: *we sailed through customs*; *the ball sailed over the fence*.

**18.** to move along smoothly; glide

**19.** *informal*

- **a.** to begin (something) with vigour
- **b.** to make an attack (on) violently with words or physical force

[Old English *segl;* related to Old Frisian *seil,* Old Norse *segl,* German *Segel*]

ˈ**sailable** *adj*

ˈ**sailless** *adj*

Collins English Dictionary – Complete and Unabridged, 12th Edition 2014 © HarperCollins Publishers 1991, 1994, 1998, 2000, 2003, 2006, 2007, 2009, 2011, 2014

https://www.thefreedictionary.com/sail
Last Accessed: August 27, 2026

# sail (seɪl)

*n.*

1. an area of canvas or other fabric extended on a ship or other vessel or vehicle to catch the wind for propulsion.
2. a similar apparatus, as on a windmill.
3. a voyage or excursion esp. in a vessel with sails.
4. sailing vessels collectively.
5. the sails of a ship or boat.

*v.i.*

6. to travel on water in a ship or boat.
7. to manage a sailboat, esp. for sport.
8. to begin a journey by water.
9. to move along in a manner suggestive of a sailing vessel: *caravans sailing along.*
10. to move along in a stately, effortless way: *to sail into a room.*

*v.t.*

11. to sail upon, over, or through: *to sail the seven seas.*
12. to navigate (a vessel).
13. **sail into,** to attack vigorously; assail.

***Idioms:***

1. **set or make sail,** to start a voyage.
2. **under sail,** with sails set; in motion; sailing.

[before 900; (n.) Old English *segl,* c. Old Frisian seil, Old Saxon segel, Old High German *segal* (German Segel), Old Norse *segl;* (v.) Old English *siglan, seglian*]

**sail′a•ble,** *adj.*

**sail′less,** *adj.*

Random House Kernerman Webster's College Dictionary, © 2010 K Dictionaries Ltd. Copyright 2005, 1997, 1991 by Random House, Inc. All rights reserved.

# sail

- Once meant specifically "to travel on a ship with sails," and, later, "to travel on any ship"; figuratively, it means "to go through effortlessly," as in, "to sail through the exam."

See also related terms for **sails**.

Farlex Trivia Dictionary. © 2012 Farlex, Inc. All rights reserved.

# Sail

sailing vessels *collectively*, 1436; sails *collectively*, 1385; windmill sails *collectively*.

*Examples*: sail of ducks, 1727; of ships, 1633; of Spaniards, 1458.

Dictionary of Collective Nouns and Group Terms. Copyright 2008 The Gale Group, Inc. All rights reserved.

# sail

**Past participle:** sailed

**Gerund:** sailing

Imperative

| Imperative |
|---|
| sail |
| sail |

Collins English Verb Tables © HarperCollins Publishers 2011

## Thesaurus

**Legend:** ≡ Synonyms ⟷ Related Words ≠ Antonyms

Switch to **new thesaurus**



**Noun 1. sail** - a large piece of fabric (usually canvas fabric) by means of which wind is used to propel a sailing vessel

≡ **canvass**, **canvas**, **sheet**

⟷ **balloon sail** - any light loose sail

⟷ **crossjack**, **mizzen course** - the lowermost sail on a mizzenmast

⟷ **fore-and-aft sail** - any sail not set on a yard and whose normal position is in a fore-and-aft direction

⟷ **foresail** - the lowest sail on the foremast of a square-rigged vessel

⟷ **reef** - one of several strips across a sail that can be taken in or rolled up to lessen the area of the sail that is exposed to the wind

⟷ **headsail** - any sail set forward of the foremast of a vessel

⟷ **mainsail** - the lowermost sail on the mainmast

⟷ **main-topsail** - a topsail set on the mainmast

⟷ **piece of cloth**, **piece of material** - a separate part consisting of fabric

⟷ **press of canvas**, **press of sail** - the greatest amount of sail that a ship can carry safely

⟷ **royal** - a sail set next above the topgallant on a royal mast

⟷ **sailing ship**, **sailing vessel** - a vessel that is powered by the wind; often having several masts

⟷ **save-all** - a sail set to catch wind spilled from a larger sail

⟷ **skysail** - the sail above the royal on a square-rigger

⟷ **square sail** - a four-sided sail set beneath a horizontal yard suspended at the middle from a mast

⟷ **topgallant**, **topgallant sail** - a sail set on a yard of a topgallant mast

⟷ **topsail** - a sail (or either of a pair of sails) immediately above the lowermost sail of a mast and supported by a topmast

**2. sail** - an ocean trip taken for pleasure



≡ **cruise**

⟷ **ocean trip**, **voyage** - an act of traveling by water

https://www.thefreedictionary.com/sail
Last Accessed: August 27, 2026

**3. sail** - any structure that resembles a sail

↔ **structure**, **construction** - a thing constructed; a complex entity constructed of many parts; "the structure consisted of a series of arches"; "she wore her hair in an amazing construction of whirls and ribbons"

**Verb** **1. sail** - traverse or travel on (a body of water); "We sailed the Atlantic"; "He sailed the Pacific all alone"

↔ **journey**, **travel** - travel upon or across; "travel the oceans"

**2. sail** - move with sweeping, effortless, gliding motions; "The diva swept into the room"; "Shreds of paper sailed through the air"; "The searchlights swept across the sky"

≡ **sweep**

↔ **move** - move so as to change position, perform a nontranslational motion; "He moved his hand slightly to the right"

↔ **swan** - sweep majestically; "Airplanes were swanning over the mountains"

↔ **sweep**, **brush** - sweep across or over; "Her long skirt brushed the floor"; "A gasp swept cross the audience"

↔ **ace**, **breeze through**, **pass with flying colors**, **sail through**, **sweep through**, **nail** - succeed at easily; "She sailed through her exams"; "You will pass with flying colors"; "She nailed her astrophysics course"

**3. sail** - travel on water propelled by wind; "I love sailing, especially on the open sea"; "the ship sails on"

↔ **navigation**, **pilotage**, **piloting** - the guidance of ships or airplanes from place to place

↔ **run** - sail before the wind

↔ **luff**, **point** - sail close to the wind

↔ **weather** - sail to the windward of

↔ **boat** - ride in a boat on water

↔ **beat** - sail with much tacking or with difficulty; "The boat beat in the strong wind"

↔ **scud**, **rack** - run before a gale

↔ **outpoint** - sail closer to the wind than

↔ **wear round**, **tack** - turn into the wind; "The sailors decided to tack the boat"; "The boat tacked"

↔ **wear ship** - turn away from the wind; "The sailors decided it was time to wear ship"

↔ **change course**, **gybe**, **jib**, **jibe** - shift from one side of the ship to the other; "The sail jibbed wildly"

**4. sail** - travel on water propelled by wind or by other means; "The QE2 will sail to Southampton tomorrow"




≡ **navigate**, **voyage**

↔ **astrogate** - navigate in space

↔ **cruise** - sail or travel about for pleasure, relaxation, or sightseeing; "We were cruising in the Caribbean"

↔ **journey**, **travel** - undertake a journey or trip

Based on WordNet 3.0, Farlex clipart collection. © 2003-2012 Princeton University, Farlex Inc.

# sail

*noun*

1. ≡ **sheet**, **canvas** *The white sails billow with the breezes they catch.*

*verb*

1. ≡ **go by water**, **cruise**, **voyage**, **ride the waves**, **go by sea** *We sailed upstream*

https://www.thefreedictionary.com/sail
Last Accessed: August 27, 2026

2. **set sail**, **embark**, **get under way**, **put to sea**, **put off**, **leave port**, **hoist sail**, **cast** ***or*** **weigh anchor**, **hoist the blue peter** *The boat is due to sail tonight.*

3. **pilot**, **steer**, **helm**, **navigate**, **captain**, **skipper** *I shall get myself a little boat and sail her around the world.*

4. **glide**, **sweep**, **float**, **shoot**, **fly**, **wing**, **soar**, **drift**, **skim**, **scud**, **skirr** *We got into the lift and sailed to the top floor.*

**sail through something** **cruise through**, **walk through**, **romp through**, **pass easily**, **succeed easily at** *She sailed through her maths exams.*

**set sail** **put to sea**, **embark**, **get under way**, **put off**, **leave port**, **hoist sail**, **cast** ***or*** **weigh anchor**, **hoist the blue peter** *He loaded his vessel with another cargo and set sail.*

**under sail** **sailing**, **cruising**, **on the sea**, **riding the waves** *a big ship under sail*

Collins Thesaurus of the English Language – Complete and Unabridged 2nd Edition. 2002 © HarperCollins Publishers 1995, 2002

# sail *verb*

**1.** To move swiftly:

**bolt**, **bucket**, **bustle**, **dart**, **dash**, **festinate**, **flash**, **fleet**, **flit**, **fly**, **haste**, **hasten**, **hurry**, **hustle**, **pelt**, **race**, **rocket**, **run**, **rush**, **scoot**, **scour**, **shoot**, **speed**, **sprint**, **tear**, **trot**, **whirl**, **whisk**, **whiz**, **wing**, **zip**, **zoom**.

*Informal:* **hotfoot**, **rip**.

*Slang:* **barrel**, **highball**.

*Chiefly British:* **nip**.

***Idioms:*** **get a move on**, **get cracking**, go like lightning, go like the wind, **hotfoot it**, **make haste**, **make time**, **make tracks**, **run like the wind**, **shake a leg**, **step on it**.

**2.** To pass quickly and lightly through the air:

**dart**, **float**, **fly**, **shoot**, **skim**.

**3.** To move through the air with or as if with wings:

**flap**, **flit**, **flitter**, **flutter**, **fly**, **wing**.

**4.** To proceed with ease, especially of expression:

**flow**, **glide**, **roll**.

*phrasal verb*

**sail in**

To start work on vigorously:

**attack**, **go at**, **tackle**, **wade in** (or into).

***Idiom:*** **hop to it**.

*phrasal verb*

**sail into**

To set upon with violent force:

**aggress**, **assail**, **assault**, **attack**, **beset**, **fall on** (or upon), **go at**, **have at**, **storm**, **strike**.

*Informal:* **light into**, **pitch into**.

The American Heritage® Roget's Thesaurus. Copyright © 2013, 2014 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

## Translations

Select a language: Spanish / Español ▼

vela | aspa | navegar | paseo en barco | pilotar

# sail [seɪl]

**A.** *N*

**1.** (*Naut*) (= *cloth*) → **vela** *f*

**the age of sail** → la **época de la navegación a vela**

**in *or* under full sail** → **a toda vela**, a **vela llena**

**to lower the sails** → **arriar** las **velas**

**to set sail** [*ship, person*] → **hacerse a la vela**, **zarpar**

*we set sail from Portsmouth* → nos **hicimos a la vela** en **Portsmouth**

*to set sail for Liverpool* → **zarpar** hacia **Liverpool**, **hacerse a la vela** con **rumbo** a **Liverpool**

**to take in the sails** → **amainar** las **velas**

**under sail** → a **vela**

**to take the wind out of sb's sails** → bajarle los **humos** a algn

**2.** (*Naut*) (= *trip*) → **paseo** *m* en **barco**

**it's three days' sail from here** → **desde aquí** se **tarda** tres **días** en **barco**

**to go for a sail** → **dar una vuelta** en **barco**

**3.** (*Naut*) (= *boat*) (**sail (*pl*)**) → **barco** *m* de **vela**, **velero** *m*

*20 sail* → 20 **veleros**

**4.** [*of windmill*] → **aspa** *f*

**B.** *VT* [+ *boat, ship*] → **gobernar**

**to sail the Atlantic** → **cruzar** el **Atlántico**

**he sails his own boat** → **tiene barco propio**

**they sailed the ship to Cadiz** → fueron **con el barco** a **Cádiz**

**to sail the (seven) seas** → **navegar** (en alta mar)

**C.** *VI*

**1.** (*Naut*) [*boat, ship, person*] → **navegar**

**to sail at 12 knots** → **navegar** a 12 **nudos**, **ir a** 12 **nudos**

**we sailed into harbour** → **entramos** a **puerto**

*we sailed into Lisbon* → **llegamos** a **Lisboa**

**to sail round the world** → **dar la vuelta** al **mundo** en **barco**

*to sail round a headland* → **doblar** un **cabo**

**to sail up the Tagus** → **navegar** por el **Tajo**, **subir** el **Tajo**

**to sail close to the wind** → **pisar terreno peligroso**

**2.** (*Naut*) (= *leave*) → **zarpar**, **salir**

**the boat sails at eight o'clock** → el **barco zarpa** *or* **sale** a las ocho

**we sail for Australia soon** → **pronto zarpamos** *or* **salimos** hacia **Australia**

**she sails on Monday** → **zarpa** *or* **sale el lunes**

**3.** (*fig*)

**she sailed into the room** → **entró majestuosamente en la sala**

**the plate sailed over my head** → el **plato voló por encima de** mi **cabeza**

**sail into** *VI + PREP* *to sail into sb* (= *scold*) → **poner** a algn como un **trapo**; (= *attack*) → **arremeter** contra algn, **atacar** a algn

**sail through** *VI + PREP* [+ *life, situation*] → **pasar sin esfuerzo** por; [+ *exam, driving test*] → no **tener problemas** para **aprobar**

*don't worry, you'll sail through it* → no te **preocupes**, todo te **resultará** facilísimo

https://www.thefreedictionary.com/sail
Last Accessed: August 27, 2026

Collins Spanish Dictionary - Complete and Unabridged 8th Edition 2005 © William Collins Sons & Co. Ltd. 1971, 1988 © HarperCollins Publishers 1992, 1993, 1996, 1997, 2000, 2003, 2005

## sail (seil) *noun*

**1.** a sheet of strong cloth spread to catch the wind, by which a ship is driven forward. **vela**
**2.** a journey in a ship. *a sail in his yacht; a week's sail to the island.* **paseo/viaje en barco**
**3.** an arm of a windmill. **aspa**

*verb*

**1.** (of a ship) to be moved by sails. *The yacht sailed away.* **navegar a vela**
**2.** to steer or navigate a ship or boat. *He sailed (the boat) to the island.* **pilotar**
**3.** to go in a ship or boat (with or without sails). *I've never sailed through the Mediterranean.* **navegar**
**4.** to begin a voyage. *The ship sails today; My aunt sailed today.* **zarpar, hacerse a la mar**
**5.** to travel on (the sea *etc*) in a ship. *He sailed the North Sea.* **navegar, cruzar en barco**
**6.** to move steadily and easily. *Clouds sailed across the sky; He sailed through his exams; She sailed into the room.* **deslizarse**

ˈ**sailboard** *noun*
a windsurfer. **plancha de windsurf**

ˈ**sailing** *noun*
the activity or sport of navigating a ship or boat that has sails. *Sailing is one of his hobbies.* **navegación a vela, vela**

**sailing-**
having a sail or sails. *sailing-boat.* **a vela**

ˈ**sailor** *noun*
a member of a ship's crew whose job is helping to sail a ship. **marinero**

**in full sail**
with all the sails spread. *The ship was in full sail.* **a toda vela, con las velas desplegadas**

Kernerman English Multilingual Dictionary © 2006-2013 K Dictionaries Ltd.

## sail → **navegar**, **vela**

Multilingual Translator © HarperCollins Publishers 2009

- ***When do we sail?*** → **¿Cuándo partimos?**

Collins Multilingual Translator © HarperCollins Publishers 2009

Advertisement. Bad banner? Please let us know Remove Ads

Advertisement. Bad banner? Please let us know Remove Ads

| **Copyright © 2003-2026 Farlex, Inc**

Disclaimer
All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.