# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV125-267**
TITLE **Solbello Inc. v. Shoreshade, LLC**
DATE **October 8, 2026**

TIMES **2:29 pm - 3:00 pm**
TOTAL **31 min.**

Honorable : **J. Randal Hall, Judge, U.S. District Court**
Courtroom Deputy : **Lisa Widener**
Court Reporter : **Lisa Davenport**
Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Mark S. Wigley | Craig Killen<br>Jonathan Todd<br>Megan Walker Burton | |

PROCEEDINGS : **Telephonic Status Conference**

☑ In Court
☐ In Chambers

**After hearing from the parties, the Court takes matter under advisement.**