**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| SOLBELLO, INC., Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-00267-JRH-BKE |
| SHORESHADE, LLC, Defendant. | ) | |

# JOINT MOTION TO STAY

Plaintiff Solbello, Inc. and Defendant ShoreShade LLC ("ShoreShade") jointly and respectfully move for a limited stay of this case. During the telephone conference held with the Court on October 8, 2026, the parties gave an update on the parallel Post Grant Review proceeding (PGR) before the Patent Trial and Appeal Board (PTAB) and discussed the possibility of a short stay of the case until around the middle of January.

As discussed in the telephone conference, the decision to institute a PGR involves a two step process: (1) the Director of the U.S. Patent & Trademark Office first determines whether to make a discretionary (non-merits) based denial of the PGR; and (2) if the Director does not discretionarily deny the PGR, he refers it to the PTAB for an institution decision on the merits.

On October 28, 2026, the Director decided not to discretionarily deny ShoreShade's PTAB petition. The discretionary denial decision is provided as Exhibit 1. (The relevant proceeding is PGR2026-00064.) The PTAB must now make an institution decision where it evaluates the substance of ShoreShade's petition. The parties are also actively engaged in settlement discussions, and the stay will also allow the parties to focus on a potential resolution.

The parties therefore jointly request a stay until January 15, 2027. At that point, the parties will know if institution of the PGR has been denied or not. If institution is denied, the parties will present a proposed scheduling order for the Court's review within 14 days. If the PGR is instituted, the parties anticipate asking the Court to continue the stay until the PTAB proceeding is resolved.

WARD AND SMITH, P.A.

*/s/ Joseph A. Schouten*
**Christopher A. Cosper**
Ga. State Bar I.D. No.: 142020
E-mail: ccosper@hullbarrett.com
For the firm of
Hull Barrett, PC
801 Broad Street, 7th Floor
Augusta, GA 30901
Telephone: (706) 722-4481
Facsimile: (706) 722-9779

**Joseph A. Schouten***
N.C. State Bar I.D. No.: 39430
E-mail: docket@wardandsmith.com
E-mail: jas@wardandsmith.com
**Payton Collier Bullard***
N.C. State Bar I.D. No.: 56731
E-mail: pcbullard@wardandsmith.com
**Gavin B. Parsons***
N.C. State Bar I.D. No.: 28013
E-mail: gbparsons@wardandsmith.com
**Mark S. Wigley***
N.C. State Bar I.D. No.: 63599
E-mail: mswigley@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: (919) 277-9100
Facsimile: (919) 277-9177

*Counsel for Plaintiff Solbello, Inc.*

* *Admitted Pro Hac Vice*

NELSON MULLINS RILEY
& SCARBOROUGH LLP

*/s/ Jonathan D. Todd*
**Lucas A. Westby**
GA Bar No. 594008
lucas.westby@nelsonmullins.com
**Megan Walker Burton**
GA Bar No. 525103
megan.burton@nelsonmullins.com
**Nelson Mullins Riley & Scarborough, LLP**
201 17th Street NW
Suite 1700
Atlanta, GA 30363

**Craig N. Killen***
SC Bar No. 65464
craig.killen@nelsonmullins.com
**Jonathan D. Todd***
SC Bar No. 103758
jonathan.todd@nelsonmullins.com
**Nelson Mullins Riley & Scarborough, LLP**
301 South College Street, Suite 2300
Charlotte, NC 28202

*Counsel for Defendant ShoreShade LLC*

* *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing document has been completed by filing this document with the Court's electronic-filing system.

This the 30th day of October 2026.

*/Jonathan D. Todd/*
Jonathan D. Todd