# EXHIBIT 1

Trials@uspto.gov
571-272-7822

Paper 12
Date: October 28, 2026

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

NOTICE OF DECISIONS ON INSTITUTION

---

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*.

NOTICE

Pursuant to 35 U.S.C. §§ 314(a), after review of discretionary and non-merits considerations, institution of *inter partes* review is denied in the following proceeding:

IPR2026-00417

Pursuant to 35 U.S.C. §§ 314(a) and 324(a), after review of discretionary considerations, the following proceedings will be reviewed for merits and non-discretionary considerations:

IPR2026-00406 PGR2026-00064

Pursuant to 35 U.S.C. § 314(a) and 324(a), after review of the merits, the petitioner has failed to show a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition, or that it is more likely than not that at least one of the claims challenged in the petition is unpatentable, as appropriate. Accordingly, institution of *inter partes* review or post-grant review is denied in the following proceedings:

none

Pursuant 35 U.S.C. § 314(a), after review of the merits, the petitioner has shown a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition, and no other non-discretionary considerations warrant denial of institution. Accordingly, institution of *inter partes* review is granted in the following proceedings:

IPR2026-00346* IPR2026-00361 IPR2026-00390
IPR2026-00347*

* Opinion forthcoming.