**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| SOLBELLO, INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:25-cv-00267 |
| SHORESHADE, LLC, | * | |
| Defendant. | * | |

**ORDER**

Presently before the Court is the Parties' Joint Motion to Stay. (Doc. __.) Upon consideration of the Joint Motion to Stay, and finding good cause exists to grant the Motion, it is hereby **ORDERED** that the Motion to Stay is **GRANTED**. All deadlines applying in this action are hereby stayed pending an institution decision in the parallel Post Grant Review Proceeding up to January 15, 2027. The parties shall submit a joint report to the Court within 14 days after an institution decision. If institution is denied, the parties shall submit a proposed Scheduling Order concurrent with the joint report.

Dated this ________ day of ____, 2026.

________________________________________
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA